

Jose Pedrosa Barreto Neto

28010 Barker Hollow Dr, Katy TX, 77494

5/11/2023

Re: Phoeno Wine Company Inc., Case 23-10554-KBO and Underground Enterprises, Inc., Case 23-10553-KBO

Dear Mrs. Stiles:

My name is Jose Pedrosa Barreto Neto, listed in the referred cases as Jose Barreto, and I am an engineer in the state of Texas.

I am writing on behalf of my wife, Monique Ribeiro de Araujo, listed in Schedules E and F of Case 23-10554-KBO as Monique Ribeiro, to request that she is added to the creditor list as she purchased several bottles of wine through www.undergroundcellar.com without ever receiving the products and she has not been included in such list.

Respectfully,

Jose Pedrosa Barreto Neto