5/16/2023

To whom it may concern:

I am writing you to update my address for case number 23-10554-kbo. The original notice is attached for case number 23-10554-kbo.

My new updated address is below. Please update your records.

Michal Foster
23570 FDR Blvd
Unit 407
California, MD
20619

v/r,
Mike Foster

FILED 2023 MAY 22 AM 10:25 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

THU-22307 0311-1 309C 23-10554
BAE Systems
Bankruptcy Noticing Center
45479 Holiday Drive
Sterling, VA 20166-9411



013462  13462 1 AB 0.504  20674  1#9  9861-1-13766    #P

Mike Foster
17559 River Dr
Piney Point, MD 20674-3104

# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address.<br>2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Phoeno Wine Company, Inc. | ) | Case No. 23-10554-KBO |
| | ) | |
| Debtor(s). | ) | |

## NOTICE THAT THE SECTION 341 MEETING WILL BE CONDUCTED TELEPHONICALLY

**PLEASE TAKE NOTICE** that the section 341 meeting of creditors for this case scheduled for **May 25, 2023 at 11:00 a.m. (ET)** will be held **telephonically**. Parties wishing to participate in the section 341 meeting should use the following dial-in instructions:

Call-In Number: **1-877-953-7561**

Participant Passcode: **8538112**

**PLEASE FOLLOW** the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee (the "Trustee") calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted. Each case will be announced at the start of its section 341 meeting).
- Unmute your phone when the Trustee calls your case so that the Trustee can hear you.
- Wait until the Trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

Dated: May 2, 2023
Wilmington, Delaware

/s/ Don A. Beskrone
Don A. Beskrone (DE Bar No. 4380)
Chapter 7 Trustee
P.O. Box 272
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: dbeskronetrustee@gmail.com

{01902717;v1 }

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Phoeno Wine Company, Inc. | EIN: | 83-1275273 |
| | Name | | |
| United States Bankruptcy Court | District of Delaware | Date case filed for chapter: | 7   5/1/23 |
| Case number: | 23-10554-KBO | | |

## Official Form 309C (For Corporations or Partnerships)

**Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**                      10/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Valid picture ID is required for access to the J. Caleb Boggs Federal Building. Additionally, Debtor(s) must also present photo ID plus original verification of his/her social security number to the Bankruptcy Trustee. If you do not have a photo ID and/or original verification of your social security number, please contact the Office of the United States Trustee's (302-573-6491).

| | | |
|---|---|---|
| 1. Debtor's full name | Phoeno Wine Company, Inc. | |
| 2. All other names used in the last 8 years | | |
| 3. Address | 1166 Commerce Blvd.<br>Suite C & D<br>American Canyon, CA 94503 | |
| 4. Debtor's attorney<br>Name and address | Eric M. Sutty<br>Armstrong Teasdale LLP<br>1007 North Market Street<br>Ste Third Floor<br>Wilmington, DE 19801 | Contact phone 302-416-9671<br><br>Email: esutty@atllp.com |
| 5. Bankruptcy trustee<br>Name and address | Don A. Beskrone<br>Ashby & Geddes<br>P.O. Box 272<br>Wilmington, DE 19899 | Contact phone 302-654-1888<br><br>Email: dbeskronetrustee@gmail.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 824 Market Street, 3rd Floor<br>Wilmington, DE 19801 | Hours open: Monday – Friday 8:00 AM – 4:00 PM<br><br>Contact phone 302-252-2900<br><br>Date: 5/2/23 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | May 25, 2023 at 11:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>844 King Street, Room 3209,<br>Wilmington, DE 19801 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline**                 page 1

013462                                                                 22307013475015