5/17/2023

FILED
2023 MAY 23 PM 2:30
CLERK
U.S. BANKRUPTCY COURT

Bankruptcy Clerk's office

824 Market Street, 3rd Floor

Wilmington, DE 19801

RE: Bankruptcy Filing, District /Off: 0311-1, Case: 23-10554-KBO (Phoeno Wine, Inc.)

Address Update

Please be I am listed as creditor (18196343) in the above case. My address listed in the case is not correct.

It should read as follows:

James Helmers

427 Longridge Drive

Vallejo, CA 94591

Thank you for your assistance in having the address updated. You can reach me at 707-980-2672 if you have any questions.

Sincerely,

James E Helmers