FILED
May 14, 2023

2023 MAY 25  PM 12:03

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

United States Bankruptcy Court
District of Delaware
824 North Market Street 3rd Floor
Wilmington , Delaware 19801

To whom it may concern,
I would like to request notices pertaining to the bankruptcy case #23-10554. We are a creditor of Phoeno Wine Company. I am not sure if this is the time to include the following documents but I have included a purchase order, confirmation of delivery and an invoice that has not been paid.

Thank you for your consideration,

*Diane Fore*

Diane Fore
Fore Family Vineyards LLC
1564 Estee Ave.
Napa, Ca. 94558
707-287-3955
diane@forefamilyvineyards.com



# Purchase Order

**Phoeno Wine Co.**
1166 Commerce Blvd. Suite D
American Canyon CA 94503
United States

PO# 4239
Date Created : 2/28/2023
Due By/Received Date : 3/9/2023
UC Freight Pick Up : Yes
Carrier Name : HANSON_TRUCKING
TERMS : Net 30

**Vendor**
Diane Fore
Fore Family Vineyards LLC
1564 Estee Ave
Napa CA 94558
United States

**Pickup Details**
Diane Fore
Valley Wine Warehouse
175 Tower Road
American Canyon CA 94503
United States
Ready Date:
Pickup Ref No.:

**Ship To**
Phoeno Wine Co./ Underground Cellar
707-999-1667
1166 Commerce Blvd. Suite D
American Canyon CA 94503
United States

| Item | Bottles Ordered | U/M ml (Pack Size) | Case Quantity | Unit Price | Line Total |
|---|---|---|---|---|---|
| **PHFFVCMBCLHGS17**<br>2017 Fore Family Grenache/Syrah 375ML | 180 | 12x375 | 15 | $14.50 | $2,610.00 |

| | |
|---|---|
| Total | $2,610.00 |
| Total Cases | 15 |

**INVOICES: MUST INCLUDE OUR PO #**
Invoices must be sent to accounting@undergroundcellar.com and must always include a matching PO number. We require all POs to be invoiced separately.

**Returns:**
**Per the ABC,** you are obliged to accept returns for incorrect product, damaged product, or product that has deteriorated in quality within 15 days of delivery to our warehouse.

**Key Contacts:**
Invoices and Payment - accounting@undergroundcellar.com
Purchasing and Scheduling - purchasing@undergroundcellar.com


4239

1 of 1

**Purchasing Dept (purchasing@undergroundcellar.com)** <system@sent-via.netsuite.com>   Mon, Mar 6, 2:00 PM
to me

To: Fore Family Vineyards LLC

Great news! Your PO# 4239 for 15 cases has been delivered to our warehouse on . If you haven't done so already, please make sure to send your invoice to accounting@undergroundcellar.com within the next 5 days.

Reminder - Please make sure your invoice has an invoice date of either the ship date or the delivered date. Also make sure to include the PO# on your invoice.

Thank you!
Sincerely,
Accounting Team
Underground/Phoeno Wine Company

# INVOICE

Fore Family Vineyards
1564 Estee Ave
Napa, CA. 94558
FEIN 83-0441387

707-287-3955

Underground Cellar
1166 Commerce Blvd. Suite D
American Canyon, CA 94503

**Invoice #** 16343
**Invoice Date** 03/02/2023
**Due Date** 04/03/2023

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| | PHFFVCMBCLHGS17 | 14.50 | 180.00 | 2,610.00 |

NOTES: PO#4239
Delivery date 3-6-23

| | |
|---|---|
| Subtotal | 2,610.00 |
| Total | 2,610.00 |
| Amount Paid | 0.00 |
| **Balance Due** | **$2,610.00** |