TO: The Clerk of the Court of Bankruptcy
RE: CHAPTER 7
PHOENO WINE COMPANY
CASE # 23-10554 KBO



FILED
2023 JUN -9  AM 9:48
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

My name is David Farhi and I live at 6837 108th Street Apt 4L, Forest Hills, NY 11375.
I have beem a customer of Underground Cellar for more than 5 years and still Sixty Two Bottles in their warehouse being stored under temperature controlled conditions. The value of those wines are approximately Four Thousand Dollars more or less.
I want to be included in the June 13th telephonic hearing at 1PM.
My email is dune12@yahoo.com
My Cell # is 917-568-0282
Please send me my notice ASAP

Thank You
David Farhi

Mr. David Farhi
6837 108th St. Apt. 4L
Forest Hills, NY 11375-3382

To: Clerk of the Bankruptcy Court
824 North Market Street 3rd Floor
Wilmington, DE 19801