**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Phoeno Wine Company, Inc., *et al.*, | Case No. 23-10554 (KBO) |
| Debtors. | Jointly Administered |

**MOTION TO SHORTEN TIME FOR NOTICE AND RESPONSE TO MOTION OF HPD CONSOLIDATION, INC. DBA VALLEY WINE WAREHOUSE TO RECLAIM POSSESSION OF NON-ESTATE PERSONAL PROPERTY**

HPD Consolidation, Inc. dba Valley Wine Warehouse ("Valley Wine Warehouse") hereby moves this Court (the "Motion to Shorten") for entry of an order under section 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") for entry of an order shortening time for notice and response to the *Motion of HPD Consolidation, Inc. dba Valley Wine Warehouse to Reclaim Possession of Non-Estate Personal Property* filed contemporaneously herewith (the "Motion")[1]:   In support of this Motion to Shorten, Valley Wine Warehouse respectfully states as follows:

**JURISDICTION**

1.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334.  This is a core proceeding pursuant to 28 U.S.C. §§ 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.  Pursuant to Local Bankruptcy Rule 9013-1(f), Valley Wine

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Warehouse consents to the entry of a final order by this Court with respect to the relief requested in this Motion to Shorten.

2.    The predicates for the relief requested herein are Bankruptcy Code section 105(a), Bankruptcy Rule 9006(c)(1), and Local Rule 9006-1(e).

## **BACKGROUND**

3.    On May 1, 2023 (the "Petition Date"), Pheono and its affiliated entity, Underground Enterprises, Inc. dba Underground Cellar (collectively, the "Debtors"), each filed petitions for relief under chapter 7 of the Bankruptcy Code with this Court.  Don A. Beskone has been appointed as Chapter 7 Trustee for the Debtors' estates (the "Trustee"). The Section 341 Meeting of Creditors was held on June 13, 2023.

4.    Pursuant to a certain Storage Agreement for Merchandise Warehouse (the "Storage Agreement"), Debtor Phoeno Wine Company, Inc. ("Phoeno") and Valley Wine Warehouse agreed that Valley Wine Warehouse would tender certain goods to Phoeno which, in turn, would store the goods at its facility located at 1166 Commerce Blvd., American Canyon, CA (the "Warehouse") and then release goods to Valley Wine Warehouse or its designated recipient.  The goods included wine and empty wine bottles which were in cases and/or on pallets, shrink wrapped and identified as the property of Valley Wine Warehouse.

5.    As of the Petition Date, Valley Wine Warehouse stored 63,198 units at the Warehouse, including 35,728 units of empty glass inventory in cases, 650 units of empty glass inventory in pallet units and 26,820 units of wine inventory in cases (collectively, the Valley Wine Warehouse Goods").

6.    Section 2 of the Storage Agreement explicitly provides that "[Phoeno] is only a warehouse and has no beneficial title or interest in [the Valley Wine Warehouse Goods].  Phoeno holds Valley Wine Warehouse Goods as a bailee or agent only and has no ownership interest in

the goods. The Valley Wine Warehouse Goods do not constitute property of the Debtors' bankruptcy estates.

7. Valley Wine Warehouse has an urgent need to recover the Valley Wine Warehouse Goods in the Warehouse. In particular, Valley Wine Warehouse has separate contractual obligations with its clients to provide the goods in the Warehouse to its clients. If Valley Wine Warehouse is not able to remove its goods from the Warehouse, it may not be able to fulfill its obligations to its clients.

8. Valley Wine Warehouse has been in communications with the Trustee in an attempt to reach an agreement regarding removal of the goods from the Warehouse. In connection with those discussions, the Trustee requested that Valley Wine Warehouse file a motion with the Court in order to provide parties with notice of the relief requested herein. Valley Wine Warehouse and the Trustee are continuing to discuss a consensual resolution of this matter.

**RELIEF REQUESTED**

9. As set forth above, Valley Wine Warehouse has various clients to whom the Valley Wine Warehouse Goods must be delivered pursuant to separate agreements. Valley Wine Warehouse's clients have expressed an immediate need to obtain possession of the Valley Wine Warehouse Goods. Failure to deliver could result in significant harm to Valley Wine Warehouse.

10. Based on these exigencies, by this Motion to Shorten, Valley Wine Warehouse respectfully requests that the Court enter an order (a) shortening notice with respect to the Motion so that they may be heard on **June 28, 2023 at 1:00 p.m. (ET)** (or such other date the Court may order) (the "Hearing"); (b) permitting parties to file and serve objections to the Motion by a deadline set by the Court; and (c) granting such other and further relief to Valley Wine Warehouse as the Court deems appropriate.

## **BASIS FOR RELIEF REQUESTED**

11.     Local Rule 9006-1(c)(1) provides in relevant part that "[u]nless the Fed. R. Bankr. P. or these Local Rules state otherwise, all motion papers shall be filed and served . . . at least fourteen (14) days prior to the hearing date."

12.     Bankruptcy Rule 9006(c)(1) allows the Court for cause shown to reduce the time period specified by other Bankruptcy Rules.  In addition, Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by order of the Court, on written motion . . . specifying the exigencies justifying shortened notice."

13.     Valley Wine Warehouse respectfully submits the exigencies justify considering the Motion at the Hearing.

14.     As set forth above, and in the Motion, the Valley Wine Warehouse Goods are not property of the Debtors' estates and Valley Wine Warehouse has an urgent need to remove those goods from the Warehouse in order to fulfill client orders.  Absent expedited relief, Valley Wine Warehouse may not be able to fulfill its orders, and may suffer significant harm.

15.     The parties set forth in the notice section of the Motion will be served with the order approving this Motion to Shorten and a copy of the Motion via email, fax, or overnight delivery within one (1) business day of the entry of an order shortening notice.  Accordingly, interested parties will have sufficient notice of the Motions under the circumstances.

16.     For the foregoing reasons, Valley Wine Warehouse respectfully submits no party will be prejudiced by the approval of this Motion to Shorten and the exigencies described herein justify the expedited consideration of the Motions.

## STATEMENT PURSUANT TO LOCAL RULE 9006-1(e)

17.    Prior to filing this Motion to Shorten, undersigned counsel to Valley Wine Warehouse discussed the relief requested herein with counsel to the Trustee. Counsel confirmed that the Trustee does not object to the relief requested herein.  The Trustee reserves all rights with respect to the relief requested by the Motion.

WHEREFORE, Valley Wine Warehouse respectfully requests that the Court grant the relief requested in this Motion to Shorten, enter the Proposed Order in the form attached hereto, and grant such other and further relief as the Court deems just and proper.

Dated:  June 20, 2023                          By: */s/  Alan M. Root*
                                                     Alan M. Root (DE No. 5427)
                                                     ARCHER & GREINER, P.C.
                                                     300 Delaware Avenue, Suite 1100
                                                     Wilmington, DE 19801
                                                     Telephone:  302-777-4350
                                                     Facsimile:  302-777-4352
                                                     Email:  aroot@archerlaw.com

                                                     *Counsel to Valley Wine Warehouse*