IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| Phoeno Wine Company, Inc., *et al.*,[1] | ) Case No. 23-10554 (KBO) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE** that Robert Floyd ("**Mr. Floyd**"), by its attorneys at **SAUL EWING LLP**, appear in this matter pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Sections 102(1), 342 and 1109(b) of title 11 of the United States Code (the "**Bankruptcy Code**") and request that all notices required to be given or otherwise given in this case and all papers required to be served or otherwise served in this case be given to and served upon:

John D. Demmy, Esq.
**SAUL EWING LLP**
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: 302-421-6848
E-mail: john.demmy@saul.com

Jorge Garcia, Esq.
**SAUL EWING LLP**
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: 305-428-4525
E-mail: jorge.garcia@saul.com

**PLEASE TAKE NOTICE FURTHER** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, disclosure

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

41758023.1 06/21/2023

statements, and plans of reorganization, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopier or otherwise.

**PLEASE TAKE NOTICE FURTHER** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to recoupments to which Mr. Floyd is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: June 21, 2023              **SAUL EWING LLP**

                                  */s/ John D. Demmy*
                                  John D. Demmy (Bar No. 2802)
                                  1201 N. Market Street, Suite 2300
                                  P.O. Box 1266
                                  Wilmington, DE 19899
                                  Telephone: 302-421-6848
                                  john.demmy@saul.com

                                          -and-

                                  Jorge Garcia
                                  701 Brickell Avenue, 17th Floor
                                  Miami, FL 33131
                                  Telephone: 305-428-4525
                                  jorge.garcia@saul.com

                                  *Attorneys for Robert Floyd*