IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., et al. | ) | Case No. 23-10554 (KBO) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 73** |

## ORDER LIMITING NOTICE AND ESTABLISHING NOTICE PROCEDURES PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002, 6004, 6007 AND 9007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Upon the Motion (the "Motion")[2] of Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of the bankruptcy Estates of the above-captioned Debtors (the "Debtors"), for entry of an order to limit notice and establish noticing procedures pursuant to section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 6004, 6007, and 9007 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"); the Court having found that (i) the relief requested is in the best interests of the Debtors' Estates, (ii) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion was sufficient under the circumstances and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Trustee is hereby authorized to limit the scope of notice for those matters set

---

[1] The last four digits of the Debtor's federal tax identification number are X-5273.
[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{01915298;v1 }

forth in the Motion as follows: notice for all pleadings that fall within the scope of Bankruptcy Rules 2002(a)(2), 2002(a)(3), 2002(a)(6), 6004, 6007, and 9007 shall be limited to the following parties (or their counsel, if known):

    a.    The Debtors;

    b.    The Office of the United States Trustee;

    c.    Triple Point Private Venture Credit, Inc.;

    d.    All entities that file requests for notice pursuant to Bankruptcy Rule 2002 in these cases; and

    e.    All parties-in-interest specifically impacted by any such pleadings or papers.

3.    This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Order.

Dated: June 23rd, 2023
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

{01915298;v1 }