IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Phoeno Wine Company, Inc., et al.,[1] | Case No. 23-10554 (KBO) |
| Debtor. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 1109(b) and rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (collectively, the "Rules"), DLA Piper LLP (US) hereby enters its appearance in the above-referenced chapter 7 cases as counsel to creditor TriplePoint Private Venture Credit, Inc. ("TriplePoint"). The undersigned respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

> Kaitlin W. MacKenzie (DE 5924)
> **DLA PIPER LLP (US)**
> 1201 North Market Street, Suite 2100
> Wilmington, Delaware 19801
> Telephone:    (302) 468-5700
> Email: kaitlin.mackenzie@us.dlapiper.com
>
> - and -
>
> Eric D. Goldberg
> **DLA PIPER LLP (US)**
> 2000 Avenue of the Stars
> Suite 400 North Tower
> Los Angeles, California 90067
> Telephone:    (310) 595-3000
> Email: eric.goldberg@us.dlapiper.com

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

1
ACTIVE\900518943.1
ACTIVE\900518943.1

2

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Notices and Papers is not only for the notices and other documents referred to in the Rules specified above but includes, without limitation, all orders, notices, applications, motions, petitions, schedules of assets and liabilities, statements of financial affairs, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile transmission, email or otherwise.

**PLEASE TAKE FURTHER NOTICE** that TriplePoint does not intend this Notice of Appearance and Request for Service of Notices and Papers or any later appearance, pleading, proof of claim, claim or suit be deemed or construed to be a waiver of (1) the right to have final orders entered only after *de novo* review by a District Judge, (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to these cases, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which TriplePoint is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments TriplePoint expressly reserves. TriplePoint's rights are reserved and preserved, without exception and without confessing or conceding jurisdiction in any way by this filing or by any other participation in this case.

[*Balance of page intentionally left blank*]

Dated:   June 27, 2023          **DLA PIPER LLP (US)**

By: <u>*/s/ Kaitlin W. MacKenzie*</u>
Kaitlin W. MacKenzie (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone:    (302) 468-5700
Email:  kaitlin.mackenzie@us.dlapiper.com

- and -

Eric D. Goldberg
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, California 90067
Telephone:    (310) 595-3000
Facsimile:    (310) 595-3300
Email:  eric.goldberg@us.dlapiper.com

*Counsel for TriplePoint Private Venture Credit, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, on this 27th day of June 2023, a true and correct copy of the foregoing *Notice of Appearance and Request for Service of Notices and Papers* was served on all parties registered to receive electronic notice of filings in this case via the Court's CM/ECF notification system.

                                                                            */s/ Kaitlin W. MacKenzie*
                                                                           Kaitlin W. MacKenzie (DE 5924)