**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| Phoeno Wine Company, Inc., *et al.*, | Case No. 23-10554 (KBO) |
| Debtors. | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of Eric D. Goldberg of DLA Piper LLP (US), to represent TriplePoint Private Venture Credit, Inc., in the above-captioned chapter 7 cases.

Dated:  June 27, 2023
Wilmington, Delaware

**DLA PIPER LLP (US)**

 */s/  Kaitlin W. MacKenzie*
Kaitlin W. MacKenzie (DE 5924)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
Telephone: (302) 468-5700
Email:  kaitlin.mackenzie@us.dlapiper.com

*Counsel to the TriplePoint Private Venture Credit, Inc.*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  June 27, 2023

**DLA PIPER LLP (US)**

 */s/  Eric D. Goldberg*
Eric D. Goldberg, Esq. (CA 157544)
2000 Avenue of the Americas
Suite 400 North Tower
Los Angeles, California 90067
Telephone: (310) 595-3000
Email:  eric.goldberg@us.dlapiper.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.