# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., *et al*[1] | ) | Case No. 23-10554 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATION OF COUNSEL REGARDING
### SCHEDULING OF OMNIBUS HEARING DATE

The undersigned hereby certifies that the Court has provided the omnibus hearing date as set forth on the proposed order, attached hereto as **Exhibit A**.

Dated: August 9, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email(s): GTaylor@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7 Trustee to Phoeno Wine Company, Inc., et al*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01917932;v1 }