IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., *et al*[1] | ) | Case No. 23-10554 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following omnibus hearing date in the above-captioned cases:

| **Date & Time** | **Location** |
|---|---|
| September 13, 2023 at 10:30 a.m. (ET) | Virtual Only Via Zoom |

*Ka B. O*

**Dated: August 9th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01917932;v1}                            2