**<u>Exhibit B</u>**

**(Taylor Affidavit)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., *et al*[1] | ) | Case No. 23-10554 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**AFFIDAVIT OF GREGORY A. TAYLOR IN SUPPORT OF THE APPLICATION FOR AN ORDER, PURSUANT TO 11 U.S.C. §§ 327, 328 AND 330, FED. R. BANKR. P. 2014 AND 2016 AND LOCAL RULE 2014-1, AUTHORIZING THE RETENTION AND EMPLOYMENT OF ASHBY & GEDDES, P.A. AS COUNSEL TO DON A. BESKRONE, CHAPTER 7 TRUSTEE, *NUNC PRO TUNC* TO MAY 1, 2023**

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss.: |
| COUNTY OF NEW CASTLE | ) | |

Gregory A. Taylor, being duly sworn, deposes and says:

1. I am a member of the firm of Ashby & Geddes, P.A. ("Ashby & Geddes" or the "Firm"), which maintains an office for the practice of law at 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899. I make this affidavit in support of the *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes, P.A., as Counsel to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc, to May 1, 2023* (the "Application") filed by Don A. Beskrone (the "Trustee"), Chapter 7 Trustee of Underground Enterprises, Inc. d/b/a Underground Cellar and Phoeno Wine Company, Inc. (the "Debtors") and their respective estates (the "Estates").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01926243;v1 }

2. Except as otherwise indicated, I have personal knowledge of the matters set forth herein.[1] To the extent that any information disclosed herein requires amendment or modification upon additional analysis or discovery of additional information by Ashby & Geddes, Ashby & Geddes will submit a supplemental affidavit disclosing such information.

3. I submit this Affidavit (the "Affidavit")[2] in connection with and in support of the Trustee's supplemental application for an order pursuant to sections 327, 328 and 330 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2014-1, authorizing the employment and retention of Ashby & Geddes as counsel, *nunc pro tunc* to May 1, 2023 (the "Supplemental Application").

4. On May 26, 2023, the Trustee filed the *Application of Don A. Beskrone, Interim Chapter 7 Trustee, for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes as Counsel, Nunc Pro Tunc to May 1, 2023* (the "Primary Application") (D.I. 34) together with the *Affidavit of Gregory A. Taylor in Support of Application of Don A. Beskrone, Interim Chapter 7 Trustee, Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016, and Local Rule 2014-1 Authorizing the Retention and Employment of Ashby & Geddes P.A. as Counsel, Nunc Pro Tunc to May 1, 2023* (the "Primary Affidavit") (D.I. 34-3). I incorporate the Primary Affidavit herein by reference.

5. On June 21, 2023, the Court entered that certain Order [D.I. 100] (the "Primary Retention Order") approving the Primary Application and authorizing the Trustee to retain Ashby & Geddes as his counsel, nunc pro tunc to May 1, 2023.

---

[1] Certain of the disclosures herein may relate to matters within the knowledge of others.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Supplemental Application.

6. The Primary Application requested Court authorization and approval of Ashby & Geddes's retention to perform services generally related to the administration of the Debtors' estates. In the Supplemental Application, the Trustee seeks to clarify and disclose the means by which Ashby & Geddes shall be compensated for fees and expenses incurred related to legal services (including litigation) regarding the Underground Enterprises Inc. 401(k) Plan (the "401(k) Plan"). Ashby & Geddes seeks authorization for a flat fee of $12,000.00 for such fees and expenses, which shall be paid as an expense of administration of the 401(k) Plan. It is my understanding that no fees or expenses for such services shall be paid from property of the Debtors' estate.

7. It is my understanding and belief that the proposed fees referenced above are on-par with rates and structures charged by similarly situated firms for the corresponding services.

8. To the best of my knowledge, information and belief, Ashby & Geddes continues to be a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as stated in the Primary Declaration and subject to the disclosures made therein.

9. Ashby & Geddes has not shared or agreed to share any of its compensation with any other person, other than a principal, professional or employee of Ashby & Geddes, as permitted by section 504 of the Bankruptcy Code. Ashby & Geddes's proposed retention is not prohibited by Bankruptcy Rule 5002.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Dated: August 22, 2023  
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email:  GTaylor@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7*
*Trustee to Phoeno Wine Company, Inc., et al.*