## Appendix 1

*List of Members of the Ad Hoc Group of Wine Customers*[9]

| Name | Schedule F Line | "Customer" Claim Amount |
|---|---:|---:|
| Amber L. Adam | 3.676 | $11,132.00 |
| Andrew Priestes | 3.986 | $54,050.00 |
| Ashley Lucibello | 3.1443 | $5,779.00 |
| Ben Switzer | 3.1662 | $37,294.00 |
| Brace William Ginsler | 3.1967 | $4,735.00 |
| Bradley Coppella | 3.2021 | $3,398.00 |
| Brennan Bubp | 3.2178 | $8,901.00 |
| Carl G. Yale | 3.2771 | $5,866.00 |
| Carrie Ridge | 3.2914 | $4,437.00 |
| Charles Siegel | 3.3139 | $20,181.00 |
| Cheryl Evans Sibson | 3.3212 | $6,959.00 |
| Dimitrios Malatos | 3.9158 | $66,884.00 |
| Eric Brown | 3.604 | $3,751.00 |
| Frank Nocito | 3.6525 | $12,883.00 |
| Jeffrey L Shada | 3.8528 | $28,059.00 |
| Jim Helmers | 3.7864 | $12,466.00 |
| John Andrew Fedorko | 3.9478 | $15,688.00 |
| Jonathan Kiely | 3.9896 | $2,743.00 |
| Kevin Koesters | 3.11287 | $8,701.00 |
| Leslie Katz[10] | 3.12161 | $1,928.00 |
| Maia Marusak | 3.12697 | $27,363.00 |
| Matt Van Tassell | 3.13664 | $40,070.00 |
| Melissa Blount | 3.13851 | $13,258.00 |
| Michael Busch | 3.14618 | $11,981.00 |
| Michael Costello | 3.14034 | $17,017.00 |
| Michael J. Konowicz | 3.14179 | $3,633.00 |
| Nathan Inks | 3.15005 | $3,288.00 |
| Nathan Palan | 3.15016 | $6,992.00 |
| Prageeta Sharma | 3.16127 | $6,480.00 |
| Rhoda DeMuth | 3.16551 | $9,846.00 |
| Richmond C Douglas | 3.16739 | $26,338.00 |

[9] The listing of the scheduled "Customer" claim amount each member of the Customer Group does not constitute an agreement or waiver of any right to contest the accuracy of the amount at a later time.

[10] Leslie Katz is a partner at Practus, LLP, the same firm as *pro hac vice* counsel Bernard J. Kornberg. Ms. Katz does not act as counsel to the Customer Group.

| | | |
|---|---|---|
| Stuart Ridge | 3.19043 | $12,565.00 |
| Sue Linder | 3.19054 | $31,040.00 |
| William Kim | 3.2063 | $11,430.00 |