**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| PHOENO WINE COMPANY, INC. et al., | ) | Case No. 23-10554-KBO |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | **Response Deadline: September 6, 2023 at 5:00 p.m. (EST)** |
| | ) | **Hearing Date: September 13, 2023 at 10:30 a.m. (EST)** |

**DECLARATION OF ANDREW PRIESTES IN SUPPORT OF MOTION OF THE AD HOC GROUP OF WINE CUSTOMERS FOR AN ORDER DIRECTING THE TRUSTEE TO RELEASE NON-ESTATE WINE AND FOR RELATED RELIEF**

I, Andrew Priestes, declare and affirm under the penalties of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the best of my information, knowledge and belief:

1. This declaration is made in support of the *Motion Of The Ad Hoc Group Of Wine Customers For An Order Directing The Trustee To Release Non-Estate Wine And For Related Relief* which is incorporated herein by reference.

2. I am a resident of Naples, Florida. I am in the business of financial consulting and investing.

3. I am a customer of Underground Cellar, which I understand to be the business name of consolidated debtors Phoeno Wine Company, Inc. ("Phoeno") and Underground Enterprises, Inc. ("Underground Enterprises") (and collectively, "Debtor").

[1] The last four digits of the Debtor's federal tax identification number are 5273.

4. I have been a customer of Debtor since 2016. During that time, I have purchased over 1,700 bottles of wine through Debtor. At this time, I have over 600 bottles in storage in Debtor's "CloudCellar".

5. I understand that the Debtor represents in its bankruptcy schedules that the amount I paid for the wine currently stored in the CloudCellar is $54,050.00. I am unable to confirm or deny that this number is accurate as I have no records from Debtor that would allow me to verify it (at least not without an unduly extensive financial reconciliation).

6. Due to my extensive use of Debtor's services, I am familiar with Debtor's business and followed Debtor's various communications and announcements during my time as a customer.

7. Indeed, in October of 2022, due to my status as a high use customer with an interest in Debtor, I was directly solicited by Jeff Hardy, the then CEO of Debtor, to invest in the company and provided marketing materials to entice me to invest. I ultimately declined to do so.

8. Further, given my business, I consider myself relatively sophisticated regarding understanding business models.

9. The business model of Debtor was, based on representations made to me by Debtor, to operate a marketplace for the sale of wine through the internet to individual customers throughout the United States and storing that wine until requested by the customer.

10. As represented to me by Debtor, the Debtor would enter into an agreement with wineries for the winery to sell a certain number of bottles on Debtor's marketplace at retail value. However, a customer's purchase of wine might randomly be upgraded to a much more expensive bottle. Thus a customer might purchase a $40 bottle, but the customer would be

upgraded to a bottle worth $70 at retail. In some rare cases, the upgrade could be of a significantly greater value, such as upgrading a $40 bottle to a $500 bottle.

11. As part of facilitating the sale of wine, the Debtor provided a service known as its "CloudCellar" to its customers.

12. The CloudCellar service was described to me as follows in an email sent to me by Debtor on June 8, 2017 in response to a purchase of wine.

> When you buy bottles of wine on Underground Cellar, we store them for you in our temperature and humidity controlled facility here in Napa Valley. We call this the CloudCellar. Anytime you'd like to have them shipped to you, just login to your account, click "CloudCellar" at the top, and select which bottles you want shipped by clicking the "Add to Shipment" button.

A copy of this email is attached to this declaration as Exhibit A.

13. As represented to me by Debtor, the purpose of the CloudCellar was to "expand your wine collection." Thus, a consumer could not only hold more wine than the consumer could otherwise physically store for the consumer's near-term use, the consumer could also, if they so choose, purchase and collect wine for future consumption as it was maintained in "ideal temperature/humidity" conditions. Debtor in fact at one point suggested it may allow consumers trade wine with each other, but I do not believe this feature was ever implemented.

14. By providing me the ability to store my purchased wine at a remote location through the CloudCellar, I was able to purchase far more bottles than I could otherwise store. For this exact reason, the CloudCellar service was marketed heavily to me as a customer of Debtor.

15. I received over 2,000 emails from Debtor during my time as a customer. Many of these emails emphasized that when I stored wine in the CloudCellar, Debtor would ship me the wine immediately upon request.

16. For example, in the email from Debtor in 2016, when I first signed up, I was informed that "We get them for you straight from the source, store them for you for free, and then whenever you want -- POOF! -- we ship the bottles you want from your collection directly to your door!" A copy of this email is attached to this declaration as Exhibit B.

17. When an order was made, payment was due when the wine was received by Debtor at the CloudCellar. An email dated May 9, 2016 setting forth this policy is attached to this declaration as Exhibit C.

18. During my time as a customer of Debtor, I do not have any recollection of being specifically asked to review and acknowledge any agreements regarding the contractual relationship between myself and Debtor as a condition of any shipment of wines.

Dated: Aug 29, 2023

Andrew Priestes
Andrew Priestes (Aug 29, 2023 19:07 EDT)
Andrew Priestes

# EXHIBIT A

Gmail

Andrew Priestes <arpriestes@gmail.com>

# You've Got Wine! order 93467644-15de-446c-a587-2b184858a4f7

1 message

**Team Underground Cellar** <wine@e.undergroundcellar.com> Thu, Jun 8, 2017 at 11:11 PM
Reply-To: Underground Cellar <support@undergroundcellar.com>
To: Andrew <arpriestes@gmail.com>

Hey Andrew,

Thanks for your purchase! These 6 bottles will be on their way to your CloudCellar for storage in a jiffy.

Here's your order #: 93467644-15de-446c-a587-2b184858a4f7 (yes, it's long)

Anytime you want to check on your bottles, just go to your CloudCellar page on the site. You can also see your exact order history including the bottles you won in your My Account page.

Here's what's happening next:

1. We're waiting for the offer to sell out.
2. Then your bottles will be carefully whisked from the winery to our wine cellar (CloudCellar) in Napa Valley, where we'll store them for free for as long as you want.

Once the bottles arrive in your CloudCellar from the winery, simply pick and choose which bottles you'd like shipped or watch your wine collection expand.

## "What is CloudCellar storage?"

When you buy bottles of wine on Underground Cellar, we store them for you in our temperature and humidity controlled facility here in Napa Valley. We call this the *CloudCellar*. Anytime you'd like to have them shipped to you, just login to your account, click "CloudCellar" at the top, and select which bottles you want shipped by clicking the "Add to Shipment" button.

Shipping 6 bottles out costs just $5; and shipping 12 is free.

**So mix and match away and ship bottles together to save :)** You can store up to 500 bottles for free, for as long as you want.

We're here to help anytime you need anything-- 888-977-9899 / support@undergroundcellar.com

# EXHIBIT B

Gmail

Andrew Priestes <arpriestes@gmail.com>

# Woohoo, welcome Andrew!

8 messages

**Jeff at Underground Cellar** <support@undergroundcellar.com> Sun, May 8, 2016 at 11:51 PM
To: Andrew <arpriestes@gmail.com>

UNDERGROUND CELLAR

Hi Andrew,

I'm Jeff Shaw, the founder of Underground Cellar. Thanks for creating an account!

Every week we curate some of the best wines from around the world, and offer them to you to buy from our website. We get them for you straight from the source, store them for you for free, and then whenever you want -- *POOF!* -- we ship the bottles you want from your collection directly to your door!

In case you were wondering, there are **no membership fees of any kind**. You can buy wine when and where you want and store them for free in your CloudCellar. Complimentary CloudCellar storage allows you to mix and match wines from different wineries and save big on shipping, with free shipping on 12 bottles. But that's not even the best part...

**The BEST PART is that…**
when you buy bottles of wine, **half or more of your bottles are swapped-out for free** to something better-- like large-format magnums, rare vintages, and autographed bottles!

Why do we do this? Well, wineries want you to try their higher-end wines, so they hook up our members!

**That's like walking into your favorite wine shop with $50 bucks, and walking**

**out with a rare $500 magnum bottle!**

These upgrades happen every day on our site, and it's why so many of our customers buy ALL their wine from us. So throughout the week, we'll email you about the latest deals we're striking up with prestigious wineries for you.

**And starting today you get to enjoy these perks:**

- Upgrades to premium bottles at no extra charge.
- Access to private stashes of boutique wines you can't get anywhere else.
- Interaction with our wine experts and dedicated online community.
- The ease of ordering through our website and receiving bottles at your door.
- Free wine storage for 500 bottles in perfect humidity/temperature in Napa Valley (collect bottles from different wineries and then ship bottles together, on-demand).

So sit back. Relax. And be quick to open our emails when they come to your inbox. Soon you'll be popping bottles that will make your friends jealous!

**"Omg I'm shaking! I can't believe I just got a $450 Autographed Magnum for $40."**
--Kathy M. from California .

Talk soon,
Jeff

**P.S.** I'd like you to do 1 thing for me: 'Reply' to this email and tell me what your favorite wine is. Even if you don't know the winery, varietal or vintage, don't hesitate. I read every response!

**P.S.S.** If you need help with anything on our site, also reply to this email and we'll get you sorted ASAP!

Facebook Twitter Blog

*Copyright © 2015 Underground Cellar, All rights reserved.*

Note: This **transactional email** is being sent to you because you took a specific action on

# EXHIBIT C

Gmail

Andrew Priestes <arpriestes@gmail.com>

**Your order on Underground Cellar has been placed successfully**

1 message

**Team Underground Cellar** <support@undergroundcellar.com> Mon, May 9, 2016 at 12:19 AM
To: arpriestes@gmail.com

Undergroundcellar.com

UNDERGROUND CELLAR

Hey Andrew,

Thanks for your purchase! These 4 bottles will be on their way to your CloudCellar for storage in a jiffy.

Here's your order #: a12a43e0-e3c3-4b92-bc8d-042734ccf268

Anytime you want to check on your bottles, just go to your CloudCellar (sign in at undergroundcellar.com and click CloudCellar in the header). The following bottles are now **en route to your CloudCellar:**

- 1x 2013 Rock & Vine ‘Three Ranches’ Chardonnay
- 2x 2014 Lost Dog Lane Chardonnay California
- 1x 2013 Twenty Bench Napa Chardonnay

## What happens next?

When the offer sells out, your bottles will be carefully whisked from the winery to the **CloudCellar** -- our secure wine storage facility in Napa Valley -- where we’ll store them for you, for as long as you want.

Once the bottles arrive from the winery, we'll send you another email letting you

know about that. Then, simply sign in to your account, pick and choose which bottles you'd like shipped, and they'll arrive at your door in a few days. Or, leave them in your CloudCellar and **watch your wine collection expand** while we store your wine in ideal conditions in our Napa facility. You can mix and match bottles from all our different offers and save big on shipping with $5 shipping on 6-12 bottles and FREE shipping on 12 bottles!

We have placed a temporary authorization on the funds on your credit or debit card, but the transaction isn't finalized until the wine arrives to your Cloud Cellar.

We're here to help anytime you need anything. Email us at support@undergroundcellar.com (or just reply to this email) for the fastest response, or give us a call.

**Thanks for using Underground Cellar!**

Facebook Twitter Blog

*Copyright © 2014 Underground Cellar, All rights reserved.*

You are receiving this email because you are a member of Underground Cellar. **Our mailing address is:**

Underground Cellar
425 Market Street
Suite 2200
San Francisco, CA 94105

# Revised Declaration

Final Audit Report 2023-08-29

| | |
|---|---|
| Created: | 2023-08-29 |
| By: | Bernard Kornberg (bernard.kornberg@practus.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA2CeurMKnvuHr0c_3DPfSm29oRuWTAE4N |

## "Revised Declaration" History

Document created by Bernard Kornberg (bernard.kornberg@practus.com)
2023-08-29 - 11:00:05 PM GMT

Document emailed to arpriestes@gmail.com for signature
2023-08-29 - 11:00:23 PM GMT

Email viewed by arpriestes@gmail.com
2023-08-29 - 11:01:03 PM GMT

Signer arpriestes@gmail.com entered name at signing as Andrew Priestes
2023-08-29 - 11:07:02 PM GMT

Document e-signed by Andrew Priestes (arpriestes@gmail.com)
Signature Date: 2023-08-29 - 11:07:04 PM GMT - Time Source: server

Agreement completed.
2023-08-29 - 11:07:04 PM GMT