**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| PHOENO WINE COMPANY, INC., | ) | Case No. 23-10554-KBO |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Response Deadline: September 6, 2023 at 5:00 p.m. (EST)**<br>**Hearing Date: September 13, 2023 at 10:30 a.m. (EST)** |

**NOTICE OF MOTION OF THE AD HOC GROUP OF WINE CUSTOMERS FOR AN ORDER DIRECTING THE TRUSTEE TO RELEASE NON-ESTATE WINE AND FOR RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 30, 2023, the Ad Hoc Group of Wine Customers (the "Customer Group"), by their undersigned counsel, filed the *Motion Of The Ad Hoc Group Of Wine Customers For An Order Directing The Trustee To Release Non-Estate Wine And For Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Motion is served upon you with this notice.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Motion must be filed with the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **September 6, 2023, at 5:00 p.m.**, and served upon the undersigned counsel to the Customer Group.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion will be held on **September 13, 2023, at 10:30 a.m.** before the Honorable Karen B. Owens, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 3, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE MOTION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTEHR NOTICE OR A HEARING.**

Respectfully submitted,

Dated: August 30, 2023

/s/ Daniel M. Pereira

Julie M. Murphy, Esq.
Daniel M. Pereira, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 2600
Wilmington, DE 19801
Tel: (302) 295.3805
Fax: (302) 295.4801
Email: jmmurphy@stradley.com
dpereira@stradley.com

Bernard J. Kornberg, Esq.
Practus, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Tel: (341) 234.6629
Email: bernard.kornberg@practus.com
(*Pro Hac Vic Pending*)

*Attorneys for the Ad Hoc Group of Wine Customers*