**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PHOENO WINE COMPANY, INC.,<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10554-KBO<br><br>(Jointly Administered)<br><br>**Response Deadline: September 6, 2023 at 5:00 p.m. (EST)**<br>**Hearing Date: September 13, 2023 at 10:30 a.m. (EST)** |

**ORDER**

AND NOW, this ___ day of __________, 2023, upon consideration of the Motion of the Ad Hoc Group of Wine Customers (the "Customer Group") for an Order Directing the Trustee To Release Non-Estate Wine and for Related Relief (the "Motion") and any response filed thereto,

IT IS HEREBY ORDERED THAT:

1. The Customer Group is entitled to possession of the wine purchased by each member of the Customer Group through consolidated debtors Phoeno Wine Company, Inc. ("Phoeno") and Underground Enterprises, Inc. DBA Underground Cellar ("Underground Enterprises") (and jointly, "the Debtor") and stored at the warehouse of Debtor (the "Stored Wine");

2. Don A. Beskrone, the duly appointed trustee of Debtor (the "Trustee"), is directed to immediately release to the Customer Group the Stored Wine;

3. Trustee is directed to release to the Customer Group the records of Debtor as to the wines owned by the Customer Group; and

4. Relief from the automatic stay is granted to the extent necessary to effect this Order.

5. This Court shall retain jurisdiction to resolve any and all disputes arising from or related to the Motion or this Order.

6. This Order shall become effective immediately upon entry.