**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| PHOENO WINE COMPANY, INC., | ) | Case No. 23-10554-KBO |
| Debtors. | ) | (Jointly Administered) |

**CERTIFICATE OF SERVICE**

I, Daniel M. Pereira, hereby certify that on August 30, 2023, I caused a copy of the foregoing *Motion Of The Ad Hoc Group Of Wine Customers For An Order Directing The Trustee To Release Non-Estate Wine And For Related Relief* to be served upon (i) all parties of record via CM/ECF, and (ii) the parties on the attached service list via email and/or first-class mail.

/s/ Daniel M. Pereira
Daniel M. Pereira (#6450)

**Service List**

Eric M. Sutty
Armstrong Teasdale, LLP
1007 North Market Street
Ste Third Floor
Wilmington, DE 19801
Email: esutty@atllp.com

Hamid R. Rafatjoo
Raines Feldman, LLP
1800 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Email: hrafatjoo@raineslaw.com

Office of the United States Trustee
Attn: Linda Richenderfer
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801
Email: Linda.richenderfer@usdoj.gov

David Zurowski
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: david@atcwines.com

Charles Bartlett
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: charles@atcwines.com

John Galvin
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: john@atcwines.com

Matthew Delguidice
Loeb Equipment
Email: mattd@loebequipment.com

Kern County Treasurer and Tax Collector Office
ATTN: Bankruptcy Division
c/o Rachel Medrano
P.O. Box 579
Bakersfield, CA 93302-0579
Email: bankruptcy@kerncounty.com

Jose Pedrosa Barreto Neto
Monique Ribeiro de Araujo
28010 Barker Hollow Drive
Katy, TX 77494

Diane Fore
Fore Family Vineyards, LLC
1564 Estee Avenue
Napa, CA 94558
Email: diane@forefamilyvineyards.com

Eric Goldberg
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4707
Email: Eric.Goldberg@us.dlapiper.com

Orion Warehousing Services
677 Hanna Drive, Suite A
American Canyon, CA 94503

**Service List**

Precision Wine Co.
1081 Napa Road
Sonoma, CA 95476

Jean-Claude Boisset Wines USA Inc.
849 Zinfandel Lane
Saint Helena, CA 94574

John D. Demmy, Esq.
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
E-mail: john.demmy@saul.com

Jorge Garcia, Esq.
SAUL EWING LLP
701 Brickell Avenue, 17th Floor
Miami, FL 33131
E-mail: jorge.garcia@saul.com

David Farhi
6837 108th Street, Apt. 4L
Forest Hills, NY 11375
Email: dune612@yahoo.com

Alan M. Root
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Email: aroot@archerlaw.com

Jigar Wines
Stephanie Patel
Email: stephanie@jigarwines.com

Berryessa Gap Vineyards
Carey Bettencourt
Email: carey@berryessagap.com

Markus Wine Co.
Markus
Email: markus@markuswine.com

Patent Wines
Eric Risch
Email: eric@patentwines.com

Elyse/Institution/Kobus
Lee Abraham
Email: lee@elysewinery.com

Berghold Vineyards
Julia Berghold
Email: julia@bergholdvineyards.com

Joseph Jewell
Adrian Manspeaker
Emaill: adrian@josephjewell.com

Continent Wines
John Waddell
Email: john@continentwinesinc.com

**Service List**

Odonata Wines
John Waddell
Email: john@continentwinesinc.com

Ramazzotti
Travis Ramazzotti
Email: travis.ramazzotti@gmail.com

Hawk & Horse Vineyards
Jerry Baker
Email: jerry@hawkandhorsevineyards.com

Marimar Estate Vineyards
Cristina M. Torres
Email: cmt@marimarestate.com

Pestoni Family
Gregory Pestoni
Email: greg@pestonifamily.com

Koehler Winery
Dan Zurliene
Email: danz@koehlerwinery.com

Lawer Estate
Kim Tix
Betsy Lawer
Email: kimtix@gmail.com
betsylawer@hotmail.com

Bruce Stewart
Tiger Capital Group
Email: bstewart@tigergroup.com

Marimar Estate
11400 Graton Road
Sebastopol, CA 95472
michelle@marimarestate.com