**Amended Appendix 1[1]**

*List of Members of the Ad Hoc Group of Wine Customers[2]*

| Name | Schedule F Line | "Customer" Claim Amount |
|---|---|---|
| Amber L. Adam | 3.676 | $11,132.00 |
| Andrew Priestes | 3.986 | $54,050.00 |
| Ashley Lucibello | 3.1443 | $5,779.00 |
| Ben Switzer | 3.1662 | $37,294.00 |
| Brace William Ginsler | 3.1967 | $4,735.00 |
| Bradley Coppella | 3.2021 | $3,398.00 |
| Brennan Bubp | 3.2178 | $8,901.00 |
| Carl G. Yale | 3.2771 | $5,866.00 |
| Carrie Ridge | 3.2914 | $4,437.00 |
| Charles Siegel | 3.3139 | $20,181.00 |
| Cheryl Evans Sibson | 3.3212 | $6,959.00 |
| Dimitrios Malatos | 3.9158 | $66,884.00 |
| Eric Brown | 3.604 | $3,751.00 |
| Frank Nocito | 3.6525 | $12,883.00 |
| Jeffrey L Shada | 3.8528 | $28,059.00 |
| Jim Helmers | 3.7864 | $12,466.00 |
| John Andrew Fedorko | 3.9478 | $15,688.00 |
| Jonathan Kiely | 3.9896 | $2,743.00 |
| Kevin Koesters | 3.11287 | $8,701.00 |
| Leslie Katz[3] | 3.12161 | $1,928.00 |
| Maia Marusak | 3.12697 | $27,363.00 |
| Matt Van Tassell | 3.13664 | $40,070.00 |
| Melissa Blount | 3.13851 | $13,258.00 |
| Michael Busch | 3.14618 | $11,981.00 |
| Michael Costello | 3.14034 | $17,017.00 |
| Michael J. Konowicz | 3.14179 | $3,633.00 |
| Nathan Inks | 3.15005 | $3,288.00 |

---

[1] The Appendix filed with the *Motion of the Ad Hoc Group of Wine Customers for an Order Directing the Trustee to Release Non-Estate Wine and for Related Relief* [Dkt. NO. 161] (the "Motion"), inadvertently failed to include customer, Samuel Weeman. Accordingly, this Amended Appendix 1 is being filed to further supplement the Motin.

[2] The listing of the scheduled "Customer" claim amount each member of the Customer Group does not constitute an agreement or waiver of any right to contest the accuracy of the amount at a later time.

[3] Leslie Katz is a partner at Practus, LLP, the same firm as *pro hac vice* counsel Bernard J. Kornberg. Ms. Katz does not act as counsel to the Customer Group.

| Nathan Palan | 3.15016 | $6,992.00 |
| --- | --- | --- |
| Prageeta Sharma | 3.16127 | $6,480.00 |
| Rhoda DeMuth | 3.16551 | $9,846.00 |
| Richmond C Douglas | 3.16739 | $26,338.00 |
| Samuel Weeman | 3.17662 | $8,060 |
| Stuart Ridge | 3.19043 | $12,565.00 |
| Sue Linder | 3.19054 | $31,040.00 |
| William Kim | 3.2063 | $11,430.00 |