# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| PHOENO WINE COMPANY, INC., *et al.*,[1] | ) Case No. 23-10554 (KBO) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related to Docket No. 161** |
| | ) **Objection Deadline: September 6, 2023 at 5:00 p.m. (ET)** |
| | ) **Hearing Date: September 13, 2023 at 10:30 a.m. (EST)** |

## JOINDER OF ROBERT FLOYD TO MOTION OF THE AD HOC GROUP OF WINE CUSTOMERS FOR AN ORDER DIRECTING THE TRUSTEE TO RELEASE NON-ESTATE WINE AND FOR RELATED RELIEF

Robert Floyd ("Mr. Floyd"), by and through undersigned counsel, hereby files this joinder (the "Joinder") to the *Motion of the Ad Hoc Group of Wine Customers for An Order Receiving Directing the Trustee to Release Non-Estate Wine and for Related Relief* [Dkt. No. 161], filed on August 30, 2023 (the "Motion"); and requests relief for himself consistent with that being sought by the Ad Hoc Group of Wine Customers. In support, Mr. Floyd respectfully states as follows:

### BACKGROUND[2]

1. On or about May 1, 2023 (the "Petition Date"), Phoeno and Underground Enterprises each filed a voluntary petition for relief under chapter 7 of title 11 of the United States Code, §§ 101, et seq. (the "Bankruptcy Code").

2. On May 30, 2023, the Court entered an order consolidating the cases of Phoeno and Underground Enterprises for procedural purposes only [Dkt. No. 35].

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

[2] Capitalized terms not defined herein shall have the same meaning ascribed to them in the Motion.

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The statutory predicates for the relief sought herein are sections 105, 362, and 541 of the Bankruptcy Code.

4. Like the individuals in the Customer Group, Mr. Floyd was a "customer" of the Debtor prior the Petition Date. Mr. Floyd purchased wine from the Debtor and later stored that wine at the CloudCellar.

5. Prior to the Petition Date, Mr. Floyd downloaded a list of his wine holdings from the Debtor's website before the Debtor filed for bankruptcy. Attached as **Exhibit A** is a true and correct copy of the list of Mr. Floyd's stored wine with the Debtor, as of the last time Mr. Floyd accessed the Debtor's website.

6. After the Petition Date, the Debtor's website was taken down, and Mr. Floyd was unable despite diligent effort to retrieve additional information regarding his stored wine. Therefore, the list of Mr. Floyd's stored wine may need updating via the Debtor's records.

## JOINDER

7. Mr. Floyd incorporates by reference, and hereby joins in, and adopts all arguments set forth in the Motion as if they were fully set forth herein.

8. Mr. Floyd submits that the factual and legal issues relating to his ownership of and the Debtor's storage of his wine is substantially identical to those relating to the Customer Group and that consideration of his request for affirmative relief by this Joinder is just, proper and consistent with notions of efficiency for the Court and all parties in interest in this case. Moreover, no party, including the Trustee, would be prejudiced if Mr. Floyd's request for affirmative relief were also considered at the September 13, 2023 hearing on the Motion.

9. Mr. Floyd reserves the right to supplement this Joinder and to participate in any hearing on the Motion and associated objections, including making arguments and examining witnesses.

Dated: September 5, 2023　　　　　　　　　**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
john.demmy@saul.com

-and-

Jorge Garcia
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4525
jorge.garcia@saul.com

*Attorneys for Robert Floyd*