**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| PHOENO WINE COMPANY, INC., | ) | Case No. 23-10554-KBO |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. 161** |

**NOTICE OF WITHDRAWAL**

PLEASE TAKE NOTICE that on August 30, 2023, the Ad Hoc Group of Wine Customers filed the **Motion of the Ad Hoc Group of Wine Customers for an Order Directing the Trustee to Release Non-Estate Wine and For Related Relief** [Dkt. No. 161] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the Ad Hoc Group of Wine Customers hereby withdraws the Motion.

Respectfully submitted,

Dated: September 11, 2023

/s/ Daniel M. Pereira
Julie M. Murphy, Esq.
Daniel M. Pereira, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 2600
Wilmington, DE 19801
Tel: (302) 295.3805
Fax: (302) 295.4801
Email: jmmurphy@stradley.com
dpereira@stradley.com

-and-

Bernard J. Kornberg, Esq.
Practus, LLP
58 West Portal Ave PMB 782
San Francisco, CA 94127
Tel: (341) 234.6629
Email: bernard.kornberg@practus.com
(*Pro Hac Vic Pending*)

*Attorneys for the Ad Hoc Group of Wine Customers*