**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., et al. | ) | Case No. 23-10554 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: October 5, 2023 at 3:00 p.m. (ET)** |
| | ) | **Objections Due: September 26, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, Don A. Beskrone (the "Trustee"), for the estates of the above-captioned debtors (the "Estates" or the "Debtors"), has filed the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* (the "Motion")[1] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3d Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Motion seeks an order authorizing the sale of certain assets of the Estates to Liquid Lotus Corporation (the "Purchaser") free and clear of all liens, claims, encumbrances, and other interests, pursuant to the APA (as defined in the Motion). **If you have not received a copy of the Motion and would like to receive one, you may request a copy from the Trustee's undersigned counsel**.

**PLEASE TAKE FURTHER NOTICE** that any objections to approval of the Motion must be (a) in writing; (b) filed on or before **September 26, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline)" with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served on counsel to the Trustee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion will be held on **October 5, 2023 at 3:00 p.m. ET** before the Honorable Karen B. Owens, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Dated: September 12, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (No. 4008)
500 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Phone: (302) 654-1888
Facsimile: (302) 654-2067
Email : gtaylor@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*