# <u>Exhibit B</u>

**(Beskrone Declaration)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., et al. | ) | Case No. 23-10554 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

| | | |
|---|---|---|
| STATE OF DELAWARE | ) | |
| | ) | ss.: |
| COUNTY OF NEW CASTLE | ) | |

Don A. Beskrone, being duly sworn, deposes and says:

1. I am a director of the firm of Ashby & Geddes, P.A., which maintains an office for the practice of law at 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19899. I make this declaration (the "Declaration") in support of the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* (the "Motion").[1]

2. Except as otherwise indicated, the statements contained herein are based on my personal knowledge, as well as information I have received from professionals and other parties assisting in my administration of these chapter 7 cases (the "Cases").

[1] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the Motion.

3. On May 1, 2023 (the "Petition Date"), the Debtors filed voluntary petitions under Chapter 7 of the Bankruptcy Code commencing these Cases. On the same date, the Debtors filed their schedules of assets and liabilities and statement of financial affairs [Docket Nos. 1].

4. Following the filing of the bankruptcy petitions, the United States Trustee for the District of Delaware appointed me to serve as Chapter 7 Trustee in the Cases. A meeting of creditors under and pursuant to 11 U.S.C. § 341(a) was held and concluded on June 13, 2023.

5. To the best of my knowledge, information and belief, the facts set forth in the Motion are true and correct, and that in the exercise of my business judgment, the approval of the Motion and the granting of the relief requested therein, including without limitation the approval of the APA identified in the Motion, is in the best interest of the Debtors' estates and their creditors. The APA is the product of good faith, arms' length negotiations between me and the Purchaser. All parties were represented by able counsel.

6. I also believe that a successful and private sale of the Purchased Assets on an "AS IS, WHERE IS" basis and free and clear of liens, claims, and encumbrances pursuant to section 363 of the Bankruptcy Code is the best way to maximize the value of the Debtors' estates under the facts and circumstances of these Cases. Indeed, the sale of the Purchased Assets represents the only source of meaningful recovery for creditors in these Cases (apart from any potential litigation claims). Accordingly, I am seeking Court authorization to undertake a private sale of the Purchased Assets and the assumption and assignment of the Assigned Contracts under and pursuant to the Bankruptcy Code and the APA.

7. I believe that the Purchase Price for the Purchased Assets as set forth in the APA is both fair and reasonable given other indications of interest and non-binding offers received from other PIPs and the unwillingness of other PIPs to offer an amount higher or better than the

Purchaser. Importantly, the APA is subject to higher and better offers. I will provide all parties who previously expressed interest in the Assets with notice of the filing of this Motion and the APA in the event they are interested in offering more than the Purchaser.

8. In my business judgment, the APA and the Motion should be approved by the Court.

9. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2023

*/s/ Don A. Beskrone*
Don A. Beskrone (No. 4380)
*Chapter 7 Trustee*