# CERTIFICATE OF SERVICE

I, Gregory A. Taylor, hereby certify that, on September 12, 2023, I caused one copy of the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* to be served upon (i) all parties of record via CM/ECF; (ii) the parties on the service list attached as Exhibit "A" via electronic mail, unless otherwise indicated; and (iii) all known Wine Customers via electronic mail.

Concurrently, I caused one copy of the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* to be served upon all known creditors of the Debtors' (other than Customers) on the service list attached as Exhibit "B" via First-Class mail.

Dated: September 12, 2023

*<u>/s/ Gregory A. Taylor</u>*
Gregory A. Taylor (DE Bar No. 4008)

# EXHIBIT A

Eric M. Sutty
Armstrong Teasdale, LLP
1007 North Market Street
Ste Third Floor
Wilmington, DE 19801
Email: esutty@atllp.com

Hamid R. Rafatjoo
Raines Feldman, LLP
1800 Avenue of the Stars
12th Floor
Los Angeles, CA 90067
Email: hrafatjoo@raineslaw.com

**VIA EMAIL & FIRST-CLASS MAIL**

Office of the United States Trustee
Attn: Linda Richenderfer
844 N King St., #2207
Lockbox #35
Wilmington, DE 19801
Email: Linda.richenderfer@usdoj.gov

Kern County Treasurer and Tax Collector Office
ATTN: Bankruptcy Division
c/o Rachel Medrano
P.O. Box 579
Bakersfield, CA 93302-0579
Email: bankruptcy@kerncounty.com

**VIA FIRST CLASS MAIL**

Jose Pedrosa Barreto Neto
Monique Ribeiro de Araujo
28010 Barker Hollow Drive
Katy, TX 77494

Diane Fore
Fore Family Vineyards, LLC
1564 Estee Avenue
Napa, CA 94558
Email: diane@forefamilyvineyards.com

David Farhi
6837 108th Street, Apt. 4L
Forest Hills, NY 11375
Email: dune612@yahoo.com

Marimar Estate
11400 Graton Road
Sebastopol, CA 95472
Email: michelle@marimarestate.com; cmt@marimarestate.com

Eric Goldberg
DLA PIPER LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4707
Email: Eric.Goldberg@us.dlapiper.com;
kaitlin.mackenzie@us.dlapiper.com

Daniel M. Pereira, Esq.
Stradley Ronon Stevens & Young, LLP
1000 N. West Street, Suite 1200
Wilmington, DE 19801
Email: dpereira@stradley.com

Barry J. Kornberg, Esq.
Practus, LLP
58 West Portal Avenue PMB 782
San Francisco, CA 94127
Email: Bernard.kornberg@practus.com

Alan M. Root
ARCHER & GREINER, P.C.
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Email: aroot@archerlaw.com

# EXHIBIT A

John D. Demmy, Esq.
SAUL EWING LLP
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
E-mail: john.demmy@saul.com

Jorge Garcia, Esq.
SAUL EWING LLP
701 Brickell Avenue, 17th Floor
Miami, FL 33131
E-mail: jorge.garcia@saul.com

Jeffrey R. Waxman, Esq.
Morris James, LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801-1494
Email: jwaxman@morrisjames.com

Jeffrey Shaw
580 Howard Street, Unit 500
San Francisco, CA 94105-3025
Email: jeff@shaw.vc

**VIA FIRST CLASS MAIL**
Precision Wine Co.
1081 Napa Road
Sonoma, CA 95476

**VIA FIRST CLASS MAIL**
Jean-Claude Boisset Wines USA Inc.
849 Zinfandel Lane
Saint Helena, CA 94574

**VIA FIRST CLASS MAIL**
Orion Warehousing Services
677 Hanna Drive Suite A
American Canyon, CA 94503

David Zurowski
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: david@atcwines.com

Charles Bartlett
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: charles@atcwines.com

John Galvin
Appellation Trading Company
55-5 Enterprise Court
Napa, CA 94558
Email: john@atcwines.com

Matthew Delguidice
Loeb Equipment
Email: mattd@loebequipment.com

Zach Zelner
300 Spring Street, #6
New York, NY 10013
Email: zach.zelner@gmail.com

# EXHIBIT A


Jigar Wines
Stephanie Patel
Email: stephanie@jigarwines.com

**VIA EMAIL & FIRST CLASS MAIL**
Biagi Bros
466 Devlin Road
Napa, CA 94558
Email: abiagi@biagibros.com

Berryessa Gap Vineyards
Carey Bettencourt
Email: carey@berryessagap.com

**VIA FIRST CLASS MAIL**
Oracle America, Inc.
5400 N. Grand Blvd. Suite 515
Oklahoma City, OK 73112

Markus Wine Co.
Markus
Email: markus@markuswine.com

Patent Wines
Eric Risch
Email: eric@patentwines.com

Elyse/Institution/Kobus
Lee Abraham
Email: lee@elysewinery.com

Berghold Vineyards
Julia Berghold
Email: julia@bergholdvineyards.com

Joseph Jewell
Adrian Manspeaker
Emaill: adrian@josephjewell.com

Continent Wines
John Waddell
Email: john@continentwinesinc.com

Odonata Wines
John Waddell
Email: john@continentwinesinc.com

Ramazzotti
Travis Ramazzotti
Email: travis.ramazzotti@gmail.com

Hawk & Horse Vineyards
Jerry Baker
Email: jerry@hawkandhorsevineyards.com

Koehler Winery
Dan Zurliene
Email: danz@koehlerwinery.com

EXHIBIT A

Pestoni Family
Gregory Pestoni
Email: greg@pestonifamily.com

Bruce Stewart
Tiger Capital Group
Email: bstewart@tigergroup.com

Lawer Estate
Kim Tix
Betsy Lawer
Email: kimtix@gmail.com
betsylawer@hotmail.com

Curt Freidberg
GGG Partners
Email: cfriedberg@gggmgt.com

Estate Wine Brokers
Email: team@estatewinebrokers.com

Dave Shefferman
WineSavage
Email: dave@winesavage.com

**VIA FIRST CLASS MAIL**
NAPPJO, LLC
5602 Belleza Drive
Pleasanton, CA 94588

**VIA FIRST CLASS MAIL**
Microsoft Azure
Attn: Microsoft Legal Department
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

**VIA FIRST CLASS MAIL**
Microsoft 365
Attn: Microsoft Legal Department
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052

**VIA FIRST CLASS MAIL**
Google Workspace
1600 Amphitheatre Parkway
Mountain View, CA 94043

**VIA FIRST CLASS MAIL**
Slack
500 Howard St
San Francisco, CA 94105

**VIA FIRST CLASS MAIL**
Klaviyo
125 Summer St
Boston, MA 02110

**VIA FIRST CLASS MAIL**
CloudFlare
101 Townsend St.
San Francisco, CA 94107

**VIA FIRST CLASS MAIL**
Vercel
340 S Lemon Ave 4133
Walnut, California, 91789

EXHIBIT A

**VIA FIRST CLASS MAIL**
DialPad
3001 Bishop Drive Suite 400A
San Ramon, CA 94583

**VIA FIRST CLASS MAIL**
Zendesk
989 Market St
San Francisco, CA 94103

**VIA FIRST CLASS MAIL**
Liberty Mutual
265 Lenox Ave Ste 215
Oakland, CA 94610

**VIA FIRST CLASS MAIL**
PG&E
885 Embarcadero Drive West
Sacramento, CA 95605

**VIA FIRST CLASS MAIL**
Bay Alarm
P.O. Box 51041
Los Angeles, CA 90051-5334

**VIA FIRST CLASS MAIL**
California Dept of Tax & Fee Admin
Account Information Group, MIC 29
Sacramento, CA 94279-0029

**VIA FIRST CLASS MAIL**
Delaware State Treasury
820 Silver Lake Blvd., Suite 100
Dover, DE 19904

**VIA FIRST CLASS MAIL**
Employment Development Department
Bankruptcy Group MIC 92E
Sacramento, CA 94280-0001

**VIA FIRST CLASS MAIL**
Franchise Tax Board
Bankruptcy Section, MS A-340
Sacramento, CA 95812-2952

**VIA FIRST CLASS MAIL**
Franchise Tax Board
PO Box 898
Dover, DE 19903

**VIA FIRST CLASS MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

**VIA FIRST CLASS MAIL**
State Of California Department Of Justice
Office Of The Attorney General
P.O. Box 944255
Sacramento, Ca 94244-2550

**VIA FIRST CLASS MAIL**
Delaware Department of Justice
Carvel State Building
820 N. French St.
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Office of the United States Attorney for the District of Delaware
1313 N Market Street
PO Box 2046
Wilmington, DE 19801

EXHIBIT A

**VIA FIRST CLASS MAIL**
California Department of Alcoholic Beverage Control
3021 Reynolds Ranch Parkway, Suite 150
Lodi, CA 95240

**VIA FIRST CLASS MAIL**
Office of the United States Trustee
450 Golden Gate Avenue
5th Floor
San Francisco, CA 94102-3405

**VIA FIRST CLASS MAIL**
State of Delaware
Division of Revenue
820 N. French Street, 8th Floor
Wilmington, DE 19801-3509

**VIA FIRST CLASS MAIL**
Delaware Department of Justice
Office Of The Attorney General
Carvel State Building
820 N. French St.
Wilmington, DE 19801

EXHIBIT B

Select Staffing
PO Box 512007
Los Angeles, CA 90051-0007

Brenda Rodriguez
2313 Burgundy Way, 712 Utah st
Fairfield, CA 94533

Customer Thermometer
Phoenix House 32 West Street
Suite 1 2nd Fl
Brighton United Kingdom BN1 2RT
United Kingdom

Skillcloud Consulting, Inc.
280 Summer Street, Suite 9M
Boston, MA 02210-1131

Degree, Inc (DBA Lattice)
360 Spear St Floor 4
San Francisco, CA 94105-1638

Lever, Inc.
1125 Mission St
San Francisco, CA 94103-1514

Alex Livingston
178 Molino Ave
Mill Valley, CA 94941-2743

Michael Husted
330 South Cedros Ave, Apt 5
Solana Beach, CA 92075-2151

Robert Olthoff
1340 Salem Avenue
Hagerstown, MD 21740-3562

Carta
333 Bush Street, Suite 2300
San Francisco, CA 94104-2854

Lori Monteleone
2239 Railroad St
Apt. 426
Pittsburgh, PA 15222

Robert Olthoff
1340 Salem Avenue
Hagerstown, MD 21740-3562

ClickUp
50 Tenth Ave #5th
San Diego, CA 92101

RR Donnelley & Sons
PO Box 932721
Cleveland, OH 44193-0015

Guideline
412 Chapin Ave
Burlingame, CA 94010

Fivetran
405 14th Street
Suite 110
Oakland, CA 94612-2704

William Carter
3511 Verde Valley School Road
Sedona, AZ 86351-9521

Justin Kulovsek
1536 W Elmdale Avenue, Unit 2
Chicago, IL 60660-2458

Brenton Biddlecombe
572 E. San Jose Ave
Unit 104
Burbank, CA 91501-2685

Staya, Inc. (dba Dover)
2261 Market St
San Francisco, CA 94114-1612

Nichole Amberg
627 Watercolor Lane
West Sacramento, CA 95605-2584

Caitlin Phillips
2653 Fir Park Way
Santa Rosa, CA 95404-1854

California Wine Festival
1114 State St Ste 295
Santa Barbara, CA 93101-6707

Phyllis Maurer
8163 Willow Street
Windsor, CA 95492-9303

Crista Miller
2510 SE 47th Ave
Portland, OR 97206-1502

Cintas
Po Box 631025
Cincinnati, OH 45263-1025

Gabriela Bucio
202 Tall Trees Dr
Vallejo, CA 94589-2245

Contentful
1801 California St Ste 4600
Denver, CO 80202-2664

Byron Burgess
938 Shadywood Cir
Suisun City, CA 94585-1792

DJK Imports
551 Eccles Ave
South San Francisco, CA 94080-1906

EXHIBIT B

Yahoo
701 First Avenue
Sunnyvale, CA 94089-1019

Valley Recycling & Disposal
1615-B S. 7th St.
San Jose, CA 95112-5928

Michael Downey
102 Lois Ln
Vallejo, CA 94590-3556

Jakob Kamer
120 Farragut Ave
Vallejo, CA 94590-4308

Sugar Bear Plumbing
317 Corey Way
South San Francisco, CA 94080-6706

Kreitz Transport
1562 Airport Blvd
Napa, CA 94558-6241

Madison Moore
152 Bellefonte Park Cir.
Garner, NC 27529-9277

Manny Cruz
9224 Del Mar Dr
Pico Rivera, CA 90660-5926

Heap
225 Bush St Ste 200
San Francisco, CA 94104-4251

Fivetran
1221 Broadway Ste 2400
Oakland, CA 94612-1824

Outbrain
111 West 19th Street, third floor.
New York, NY 10011-4115

Barry G. Bishop
10014 Kopplin Rd.
New Braunfels, TX 78132-4649

Lowenberg Corporation Property Managemen
235 Montgomery St #800
San Francisco, CA 94104-2911

Warlito Bolisay
591 Stonehouse Dr
Napa, CA 94558-3648

Tony’s Valley Express
PO Box 10133
American Canyon, CA 94503-0133

GlasVin
2810 N Church St, PMB 63311
Wilmington, DE 19802-4447

Crystal De Haro-Lares
1350 Pueblo Ave, 234
Napa, CA 94558-4856

Contentful
150 Spear Street
San Francisco, CA 94105-1535

Jerzy Piatkowski
16596 Goldencrest Circle
Purcellville, VA 20132-9653

Cecilia Camarena
1820 Park Ave
Napa, CA 94558-4733

Hanson Transportation Services
3493 Costantino Cir
Stockton, CA 95212-3128

Ahmad Nasim
16077 Ashland Ave 296
San Lorenzo, CA 94580-7009

TriplePoint Private Venture Credit, Inc.
2755 Sand Hill Road
Suite 150
Menlo Park, CA 94025-7087

Jeannette Huynh
122 Sweet Road
Alameda, CA 94502-7764

Caroline Bucciero
519 Hill Street, Apt 3
Santa Monica, CA 90405-4217

Hill Brothers Locksmith, Inc/ Horton’s
1602 Yajome St
Napa, CA 94559-1812

Stacey Musel
250 Ben Franklin Dr
Sarasota, FL 32366

Nichole Amberg
627 Watercolor Lane
West Sacramento, CA 95605-2584

Airbase
548 Market Street
Suite 93249
San Francisco, CA 94104-5401

startup Soft
44 Montgomery St
San Francisco, CA 94104-4602

EXHIBIT B

Jose Ildefonso
334 Brown St
Napa, CA 94559-3844

Robert Friedman
2852 Homestead Drive
Eason, PA 18040-8642

Danielle Morelli-Blevins
1014 Wild Elm St.
Celebration, FL 34747-4224

PCT Logistics, Inc.
6005 CAPISTRANO AVE STE D
ATASCADERO, CA 93422-7200

Kimberly Vincent
21501 211th Street
Tonganoxie, KS 66086-4128

Lilian Beltran
3115 Hazelwood St
Vallejo, CA 94591-6678

Descartes Systems Group
120 Randall Drive
Waterloo Ontario N2V 1C6
Ontario

Michael McGovern
2452 Club Road
Columbus, OH 43221-4007

James Kerivan
3931 25th St.
San Francisco, CA 94114-3812

Alexander Vicars-Harris
6B Davis Drive
Tiburon, CA 94920-1719

Autumn Communications LLC
8322 Beverly Blvd Ste 201
Los Angeles, CA 90048-2664

Fiona Winterman
18645 Simonet Dr., NW
Elk River, MN 55330-1134

Nayla Cash
7709 Porter Rd
Dixon, CA 95620-9760

GLEN D SPENCER
190 1ST OAK DRIVE
ENCHANTED OAKS, TX 75156-9020

Michael Costello
3721 Crawford Ave
Miami, FL 33133-6121

Armanino LLP
12657 Alcosta Blvd. Suite 500
San Ramon, CA 94583-4406

CorpNet, Incorporated
31416 Agoura Rd #118
Westlake Village, CA 91361-5655

EAN Services, LLC
340 Lafayette Avenue
St. Louis, MO 63104

Blue Cross Blue Shield
225 North Michigan Ave
Chicago, IL 60601-6026

Bridget Lapin
339 E 88th St Apt 6f
New York, NY 10128-4913

FOX News
1211 Avenue of the Americas
New York, NY 10036-8799

Daversa Partners
55 Greens Farms Rd Ste 2
Westport, CT 06880-6149

Enterprise Holdings
600 Corporate Park Drive
St. Louis, MO 63105-4211

Angelina Brittain
1213 Foothill Blvd
Calistoga, CA 94515-1715

Jose Barreto
28010 Barker Hollow Dr
Katy, TX 77494-1868

Notion
2300 Harrison St
San Francisco, CA 94110-2013

Shelly Candler
1467 Alpowa Ave
Moscow, ID 83843-2401

HubSpot
25 1st St Fl 2,
Cambridge, MA 02141-1802

Dickenson Peatman & Fogarty P.C.
1455 1St St Ste 301
Napa, CA 94559-2822

David Sylvester
812 Grantsdale Road
Hamilton, MT 59840-9108

EXHIBIT B

Digital Ocean
101 Avenue of the Americas 10th Floor
New York, NY 10013-1905

Paul Baginski
173 Wooster St.
Apt. B
New Haven, CT 06511-5782

Summertime Farms Inc
1569 Solano Ave # 439
Berkeley, CA 94707-2116

Docusign
221 Main Street
Suite 1000
San Francisco, CA 94105-1925

Sheryl Uy
311 Reliant Way
American Canyon, CA 94503-3237

DocuSign, Inc.
221 Main Street Suite 1550
San Francisco, CA 94105-1947

Airbase Inc.
548 Market St Ste 93249
San Francisco, CA 94104-5401

Brad Beedle
59 Orchard Way
Novato, CA 94947-3071

MailChimp
675 Ponce de Leon Ave NE Suite 5000
Atlanta, GA 30308-2172

Indoor Environment Services
1512 Silica Ave
Sacramento, CA 95815-3312

Slack
500 Howard St
San Francisco, CA 94105-3031

Partners Peronnel Management Services, L
20503 Hesperian Blvd
Hayward, CA 94541-4713

PagerDuty
600 Townsend St #200
San Francisco, CA 94103-4959

Pepperjam LLC
555 East North Lane Suite 5045
Conshohocken, PA 19428-2248

Burkland Associates LLC
12 Shepherd Way
Tiburon, CA 94920-1114

Mode
208 Utah Street
Suite 400
San Francisco, CA 94103-4881

Hootsuite
111 East 5th Avenue
Vancourver, BC V5T 4L1
Canada

Jerzy Piatkowski
16596 Goldencrest Circle
Purceville, VA 20132-9653

AB Tasty
408 Broadway
New York, NY 10013-3699

Rafael Solorio
2364 Arthur St
Napa, CA 94559-4640

Enterprising Solutions
1051 Century Drive
Napa, CA 94558-4207

Recology American Canyon
Po Box 848870
Los Angeles, CA 90084-8870

Nicole Lampsa
57 Campra Way
San Fracisco, CA 94123-1501

Seyfarth
233 S Wacker Dr Ste 8000
Chicago, IL 60606-6448

AB Tasty
c/o Pramex International - 1251 Ave
New York, NY 10020

Francisca Garcia
529 Franklin St, Apt 1
Napa, CA 94559-3361

Fource Recruiting
1298 Lake Shore Blvd
Lake Orion, MI 48362-3908

Nette PR LLC
97 SOUTHPORT WOODS DRIVE
SOUTHPORT, CT 06890-1502

Sydney Garcia-Franklin
270 Wellington Ave
Daly City, CA 94014-1126

A & S Plumbing Inc.
Po Box 3053
Yountville, CA 94599-3053

EXHIBIT B

Amna Mulla
1 Polk St Unit 1005
San Francisco, CA 94102-5253

Andrey Tarasov
3119 Marvelle Ln
Concord, CA 94518-1137

Incorporating Services, Ltd.
3500 S Dupont Hwy
Dover, DE 19901-6041

Kevin Howe
931 E Walnut St, Unit 311
Pasadena, CA 91106-5503

Michael McGovern
2452 Club Rd
Columbus, OH 43221-4007

Logan Mcconnell
2347 Stanbridge Ave
Long Beach, CA 90815-1932

Matthew Mayback
2257 Eudora St
Denver, CO 80207-3812

IShipWine c/o PS Telluride
747 Skyway Ct
Napa, CA 94558-7510

Julian Silva
1500 Bella Vista Dr
Suisun City, CA 94585-3223

Zoraida Sturge
16 Acacia Way
Vallejo, CA 94591-7445

Heap
225 Bush Street
Suite 200
San Francisco, CA 94104-4251

Grace Oca
620 Buckskin Pl
Vallejo, CA 94591-8438

GitHub
88 Colin P Kelly Junior Street
San Francisco, CA 94107-2008

Neal Coats
144 Fulton Pl
Windsor, CA 95492-9474

Glen D. Spencer
190 1st Oak Drive
Enchanted Oaks, TX 75156-9020

Grammarly
48 Market Street, #35410
San Francisco, CA 94104

Edward Baney
411 S. Main Street #605
Los Angeles, CA 90013-1335

Hannah Anderson
609 Clayton Street
San Francisco, CA 94117-2926

CROWN WINE SHIPPING
101 Grant Ave Unit D,
Healdsburg, CA 95448-9248

Francesca Duncan
5440 Tujunga Ave, Unit 910
North Hollywood, CA 91601-4975

Transbay Joint Powers Authority
425 Mission St # 250
San Francisco, CA 94105-2199

Raymond Kutch
304 Avondale St., Unit A
Houston, TX 77006-3160

Rhonda DeMuth
27 Gallavant Rd
Bluffton, SC 29910-7715

Arbon Equipment Corporation
8900 N Arbon Dr
Milwaukee, WI 53223-2451

Datadog
225 Franklin Street 24th Floor
Boston
Boston, MA 02110-2804

David Velazquez
109 Rutgers Ct
Vallejo, CA 94589-1762

Bill.com
1810 Embarcadero Road
Palo Alto, CA 94303-3359

Mathew Jedeikin
2611 Marty Way
Sacramento, CA 95818-2307

Michael C Seamands
1554 Mississippi Ave
St. Louis, MO 63104-2512

Solium Analytics, LLC
221 MAIN STREET SUITE 1340
SAN FRANCISCO, CA 94105-1937

EXHIBIT B

Coravin, Inc.
28 Crosby Drive Suite 101
Bedford, MA 01730

Thrive Market
4509 Glencoe Avenue
Marina Del Rey, CA 90292-6372

Jillian Watson
1815 Alice St
Oakland, CA 94612-4139

Vin2Glass LLC
2829 E Kyne St Unit 2319
San Mateo, CA 94403-3494

Lori Monteleone
2239 Railroad St, #426
Pittsburgh, PA 15222

Benjamin Smith
118 Whitehills Dr
East Lansing, MI 48823-2726

Matthew Clark
PO Box 958
Newark, CA 94560-0958

Raymond Barrows
301 W Platt Street
#A215
Tampa, FL 33606-2292

Nelly Perchatkin
1238 Sutter Street,, 804
San Francisco, CA 94109-5586

Nathan Kidder
2212 Polk St
San Francisco, CA 94109-1812

Tyler Garvin
1815 Alice St, #204
Oakland, CA 94612-4281

American Express
200 Vesey Street Manhattan
New York City, NY 10281-5525

Josh Kirchhoff
920 Country Meadow Ln
Sonoma, CA 95476-4105

Alice Ni
5421 Tree Side Drive
Carmichael, CA 95608-5942

Giovacchini Construction
1370 Industrial Ave Ste G
Petaluma, CA 94952-6519

Advantage Transportation Inc
4524 W 1980 S
Salt Lake City, UT 84104-4700

We Ship Express Inc
745 Skyway Ct
Napa, CA 94558-7510

Michael Young
1102 Ethel Ave
Hancock, MI 49930-1127

CodeBunk
438 Seymour
Vancourver, BC V6B 6H4
Canada

Big Red Napa
1901 N Kelly Rd
Napa, CA 94558-6221

Jason Minix
2425 Market St, Apt. 2
San Francisco, CA 94114-4200

Brave Software International, SEZC
580 Howard St Unit 402
San Francisco, CA 94105-3025

Innovations PSI
PO Box 27157
San Francisco, CA 94127-0157

Anderson
12650 Danielson Ct
Poway, CA 92064-6822

Samuel Cashdan
1485 Guerneville Rd
Santa Rosa, CA 95403-4129

Canva
75 East Santa Clara Street
San Jose, CA 95113-1827

Victor Fernandez
2954 Soscol Ave # 64
Napa, CA 94558-6431

Robert Wallace
3860 Highland Shore Lane
Oshkosh, WI 54904-9368

Allysyn Bryant
1226 Tabor Ave, Apt 19
Fairfield, CA 94533-3162

Liberty Mutual Ins. CO
265 Lenox Ave Ste 215
Oakland, CA 94610-4632

EXHIBIT B

Marisa Perez
2358 Park Blvd # 3
Oakland, CA 94606-1433

ServPro
815 Arnold Dr Ste 9
Martinez, CA 94553-6500

Share Local Media
40 Exchange Pl Ste 900
New York, NY 10005-2786

Hotjar
1601 S California Ave
Palo Alto, CA 94304-1111

Shana Lakso
1511 Desert Gold Ct
Gardnerville, NV 89410-6659

Azumo, LLC
3130 Alpine Rd Ste 288
Portola Valley, CA 94028-7541

Meghan Miller
213 Rose Ct
Moscow, ID 83843-9266

Brian Bettencourt
1730 Ofarrell St, #612
San Francisco, CA 94115-3586

Deluxe Corp
801 S Marquette Ave
Minneapolis, MN 55402-2807

Norton Rose Fulbright
555 California St # 3300
San Francisco, CA 94104-1520

Inside.com
9415 Culver Blvd
culver city, CA 90232-2616

Amanda McGuigan
1189 Tennessee Street
Unit 202
San Francisco, CA 94107-3677

Kite and Sons Message and Hauling
1793 Hardman Avenue
Napa, CA 94558-1410

E&P Properties Inc
5400 Industrial Way
Benicia, CA 94510-1037

Fishman Supply Co.
Po Box 750279
Petaluma, CA 94975-0279

Chad La Tourette
1007 Evelyn Ave
Albany, CA 94706-2313

LinkedIn Corporation
222 2nd St
San Francisco, CA 94105-3106

Ad-Vantage Marketing Inc
455 Tesconi Cir
Santa Rosa, CA 95401-4619

Morning Brew, Inc
22 W 19th St
New York, NY 10011-4204

Danielle Morelli
1014 Wild Elm St
Celebration, FL 34747-4224

Thach Nguyen Consulting, LLC DBA Plenty
133 Ne 2Nd Ave Apt 419
Miami, FL 33132-2908

TaxJar
462 Washington Street #3066
Woburn, MA 01888-8049

Jennifer Shoemaker
291 Candletree Cir
Monument, CO 80132-7104

Delen Wong
921 W McGraw St Unit 35
Seattle, WA 98119-3082

Clark Hill, LLP
505 Montgomery Street 13th Floor
San Francisco, CA 94111

Le’Mun Lawson
1151 Porter St # B
Vallejo, CA 94590-7904

Bamboo Technologies
3601 Fremont Ave N Ste 309
Seattle, WA 98103-8753

John Ortiz
4665 Midway Road
Vacaville, CA 95688-9685

Rakuten Marketing, LLC
800 Concar Dr
San Mateo, CA 94402-7044

GrubHub Holdings, Inc
64 Granville St
Gahanna, OH 43230-3064

EXHIBIT B

Matthew L McWalters
1022 Clement St
San Francisco, CA 94118-2113

Napa Country Recycling
Po Box 239
Napa, CA 94559-0239

Timothy j, Locker
13995 PASTEUR BLVD.
PALM BEACH GARDENS, FL 33418-7231

Crown Equipment Corporation
1420 Enterprise Blvd.
West Sacramento, CA 95691-3485

Bottle Barn
3331-A Industrial Dr
Santa Rosa, CA 95403-2062

Sentry
1800 North Point Drive
Stevens Point, WI 54481-1283

Daniel Ruiz
1172 Legend Cir
Vallejo, CA 94591-8690

David Goldklang
1929 Arrowhead Dr
Oakland, CA 94611-1447

heypoplar
85 Broad St Fl 9
New York, NY 10004-2876

Pillsbury Winthrop Shaw Pittman LLP
1200 17Th St Nw
Washington, DC 20036-3006

Jonathan Kiely
1727 160th Street
Whitestone, NY 11357-3214

High Tide Creative LLC
1425 S Glenburnie Rd #5
New Bern, NC 28562-2610

Fisher & Phillips
1 Embarcadero Ctr # 2050
San Francisco, CA 94111-3709

BraunHagey & Borden LLP
351 California St, 10th Fl
San Francisco, CA 94104-2411

Sonoma County Vintners
400 Aviation Blvd Ste 500
Santa Rosa, CA 95403-1182

Jessica Affatato
22 Upland Drive
East Northport, NY 11731-1425

Robert Creviston
8213 Niagara Ln N
Maple Grove, MN 55311-1542

Kelsey Mackendorf
2001 Matisse St
Davis, CA 95618-0501

Rhonda DeMuth
27 Gallavant Rd
Bluffton, SC 29910-7715

3Q Digital, Inc
1 S Wacker Dr
Chicago, IL 60606-4614

Hinman & Carmichael LLP
260 California St #700
San Francisco, CA 94111-4379

Jacob Greenberg
444 Lee St
Oakland, CA 94610-4770

Amanda McGuigan
1189 Tennessee Street, Apt 202
San Francisco, CA 94107-3677

Robert Ord
205 Coombs St
Napa, CA 94559-3938

Jonee’ Renshaw
Hunter Wine Marketing
PO Box 2154
Santa Clara, CA 95055-2154

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158-3686

Rachel Kleban, llc
5336 Bryant Ave
Oakland, CA 94618-1430

Scott Feldman
4406 Tamarind Way
Naples, FL 34119-9684

Jeffrey Hardy
5650 Ocean View Drive
Oakland, CA 94618-1533

Nexem Partners
3820 STATE ST SUITE B
SANTA BARBARA, CA 93105-3182

EXHIBIT B

Acorn Paper Products LLC
Po Box 23965
Los Angeles, CA 90023-0965

Langtry Farms, LLC.
22000 Butts Canyon Rd.
Middletown, CA 95461-9612

Max Victor
2014 Oliver Dr
Mt Juliet, TN 37122-6040

Popular Pays, Inc.
448 N La Salle Dr
Chicago, IL 60654-4518

Checkr, Inc.
1 Montgomery St Ste 2000
San Francisco, CA 94104-5520

Goodwin Proctor LLP
Three Embarcadero Center 28th floor
San Francisco, CA 94111-4066

PeoplePath
121 NE 45th ST
Miami, FL 33137-3419

Kyle Jackson
121 13th St
Vallejo, CA 94590-7116

ABD Insurance & Financial Services
777 Mariners Island Blvd. Suite 250
San Mateo, CA 94404-5088

Landsberg/EPS
2701 Maxwell Way
Fairfield, CA 94534-9708

David Sylvester
812 Grantsdale Rd.
Hamilton, MT 59840-9108

Ross Harris
954 La Mirada Street
Laguna Beach, CA 92651-3751

Zapier
548 Market St. #62411.
San Francisco, CA 94104-5401

Neuberg, Gore & Associates, LLC
220 Montgomery St #684
San Francisco, CA 94104-3440

Best Fire Equipment Company
918 Enterprise Way Ste D
Napa, CA 94558-6230

Victoria Love
1022 State St
Hood River, OR 97031-1424

Andrea Madden
14 Edgemar Way
Corte Madera, CA 94925-1803

Sotheby’s Wine
27 E Napa St
Sonoma, CA 95476-6738

Mode Analytics
208 Utah St Ste 400
San Francisco, CA 94103-4881

Dialpad
3001 Bishop Drive Suite 400A
San Ramon, CA 94583-5005

Pingboard
4303 Russell Dr
Austin,, TX 78704-7634

TowerData
789 Chestnut St.
San Francisco, CA 94133

Michael J. Konowicz
68-1845 Waikoloa Road, Suite 106-228
Waikoloa, HI 96738-5584

Fastsigns International
100 W American Canyon Rd Ste K8
American Canyon, CA 94503-4195

Wilson Sonsini Goodrich
650 Page Mill Rd
Palo Alto, CA 94304-1050

Brandly
PO Box 620694
Woodside, CA 94062-0694

Mishall Afzal
490 Fell St
San Francisco, CA 94102-5017

K Butler Electric
4870 E 2Nd St
Benicia, CA 94510-1023

Michael Husted
330 South Cedros
Apt 5
Solana Beach, CA 92075-2151

Gaw Poe LLP
4 Embarcadero Ctr #1400,
San Francisco, CA 94111-4164

EXHIBIT B

Courtyard Marriott
10400 Fernwood Rd
Bethesda, MD 20817-1102

Figma
760 Market St,, 10th Fl
San Francisco, CA 94102-2300

datagrip
2 Seaport Lane, suite 8C, 8th floor
Seaport EAST Boston, MA 02210-2001

Robert Creviston
8213 Niagara Ln N
Maple Grove, MN 55311-1542

Express Wine Delivery, LLC
970 Cameron Dr
Windsor, CA 95492

Emuye Reynolds
4711 West St
Oakland, CA 94608-3219

Clare Apps
305 Liberty St
Petaluma, CA 94952-2811

Jami L. Grounds
322 N. 134th Street, Apt 301
Seattle, WA 98133-7444

Dwight Brown II
3700 Lyon Rd Apt 265
Fairfield, CA 94534-7991

Grace Jovanovic
1546 Alice St, Apt 34
Oakland, CA 94612-4145

Lawrence Meinert
123 F Street SE
Washington, DC 20003

Robert Fehskens
PO Box 11065
Zephyr Cove, NV 89448-3065

David J. Brot
145 Library Lane Apt 2C
Mamaroneck, NY 10543-3663

Top Choice Trucking, LLC
Po Box 1400
Suisun City, CA 94585-4400

Angelo Baumgartner
1550 Eddy St, Apt 530
San Francisco, CA 94115-7404

Gunderson Direct Inc.
1275 A St
Hayward, CA 94541-2969

Marcial Pineda
2550 Hilborn Rd, Apt 64
Fairfield, CA 94534-1087

Retool
1550 Bryant St
San Francisco, CA 94103-4859

Hybrid Media
357 Main St Fl 2
Armonk, NY 10504-1860

Brandon Meyer Law Group Inc
29 Glen Dr
Sausalito, CA 94965-2030

Sandra Schultz
134 Berry Mountain Rd
Cramerton, NC 28032-1637

Calendly
271 17th St NW Ste 1000
Atlanta, GA 30363-6201

Susanne Lee
200 Grand Panama Cir, Apt 312
Panama City Beach, FL 32407-3476

Carta
333 Bush Street
Suite 2300
San Francisco, CA 94104-2854

Kristen Kahler
225 Los Altos Pl
American Canyon, CA 94503-1074

4Parts Design
7639 N Chatham Ave
Portland, OR 97217-5669

Wine Country Connect
PO Box 175
Vineburg, CA 95487-0175

Groskopf Warehouse & Logistics
20580 8th St E #9590
Sonoma, CA 95476-9590

Julie Wakefield
91-1016 Komana Street
Ewa Beach, HI 96706-2244

Lynn Dukette
805 Kingsley Street
Unit 5
Asbury Park, NJ 07712-6295

EXHIBIT B

LORI MONTELEONE
2239 RAILROAD ST
APT 426
PITTSBURGH, PA 15222-4830

Benjamin Herila
580 Howard St, Unit 500
San Francisco, CA 94105-3025

Carla Gross
400 28th Ave, 2
San Francisco, CA 94121-1873

CORAVIN INC
ATTN ROB BECK
28 CROSBY DRIVE
SUITE 101
BEDFORD, MA 01730-1450

Le Vigne Winery Accounting Manager
5115 Buena Vista Dr
Paso Robles, CA 93446-8558

Mustafa Bedi Egilmez
2001 Mcallister St, B330
San Francisco, CA 94118-4436

Shana Clarke
210 E Broadway, Apt H405
New York, NY 10002-1984

CT Corporation
28 Liberty St Fl 42
New York, NY 10005-1448

CLARK HILL LLP
ATTN TIMOTHY M FLAHERTY
505 MONTGOMERY STREET 13TH FLOOR
SAN FRANCISCO, CA 94111-2551

Mihaela Green
366 Los Palmos Dr
San Francisco, CA 94127-2316

Raymond Barrows
301 West Platt Street, #A215
Tampa, FL 33606-2292