Robert Robichaud
4728 E Ruffian Rd
Gilbert, AZ 85297

09/12/2023

Attention: Court Clerk,
United States Bankruptcy Court for the District of Delaware
824 N. Market Street, 6th Floor, Courtroom #3
Wilmington, DE 19802
Case #23-10554 (KBO)

To: The Court Clerk RE Case #23-10554 (KBO)
Subject: Urgent Request Concerning My Personal Property

Dear United States Bankruptcy Court for the District of Delaware,

I hope this letter finds you well.

I wish to address the matter of my wine collection, currently stored with the company undergoing bankruptcy proceedings. As of May 2023, my collection consists of 267 bottles, valued at $12,992.00.

While I comprehend the intricacies of bankruptcy cases, I am a customer, not a creditor.

The wine in the Napa, CA facility is my personal property, fully paid for. Enclosed, please find the pertinent documentation to verify my claim and inventory.

Regrettably, since the company's bankruptcy filing, I have lost access to my wine collection. Due to its sensitive nature, wine requires a stable, controlled environment to maintain quality and value. While I reside in Arizona, my collection is housed in California, which inherently introduces retrieval costs. As per our established agreement, the company has always honored its commitment to bear all shipping expenses for each case I requested. Unfortunately, since May of 2023, my attempts to contact the company for shipping have gone unanswered.

Thus, I have no objections to the motion if it ensures the return of my wine, with the associated costs covered by the debtor. However, should this motion lead to a total or partial loss of my property, I expect to be compensated for the value of my investment. A swift resolution is crucial to avoid further financial and material setbacks.

I am available for further discussions to facilitate this process. Thank you for giving this matter your immediate attention.

Warm regards,
Robert Robichaud
Contact: 480-433-1642

STATE OF **ARIZONA**
COUNTY OF **MARICOPA**
This instrument was acknowledged before me
This ____ day of September, 20 23 ,
In witness whereof I herewith set my hand
and official seal.
_____ NOTARY PUBLIC



MATT HALTORP
Notary Public - Arizona
Maricopa County
Commission # 608058
My Commission Expires June 24, 2025

Underground Cellar regrets to inform its community that it is filing for Chapter 7 bankruptcy in Delaware.

The decision to file for bankruptcy was not an easy one, but it became necessary due to recent market headwinds, and an inability to secure follow-on financing or an acquisition in what has become an increasingly challenging capital market. Despite the team's hard work and dedication, the company was unable to overcome these challenges and continue operations.

The company has wound down its operations. Any decisions regarding the company's future will be made by a court-appointed trustee. Customers and creditors of Underground Cellar will receive a notice from the Bankruptcy Court with information about the bankruptcy case.

Thank You,
The Underground Cellar team

267   $12,992



Rob R
MY CELLAR

Search...

Anthem Winery Estate Mt Veeder
2017 · RED · CABERNET SAUVIGNON
$125

Courtney Benham Melange du Baum Mt Veeder
2020 · RED · CABERNET SAUVIGNON

VIEW SHIPMENT
SHIP

## Underground Cellar regrets to inform its community that it is filing for Chapter 7 bankruptcy in Delaware.

The decision to file for bankruptcy was not an easy one, but it became necessary due to recent market headwinds, and an inability to secure follow-on financing or an acquisition in what has become an increasingly challenging capital market. Despite the team's hard work and dedication, the company was unable to overcome these challenges and continue operations.

The company has wound down its operations. Any decisions regarding the company's future will be made by a court-appointed trustee. Customers and creditors of Underground Cellar will receive a notice from the Bankruptcy Court with information about the bankruptcy case.

Thank You,
The Underground Cellar team

 Rob R    267

Search... 

 **2017 Anthem Winery Estate Mt Veeder Cabernet Sauvignon**
2017 • RED • CABERNET SAUVIGNON
$125    SHIP

 **2020 Courtney Benham Melange du Baum Mt Veeder Cabernet Sauvignon**
2020 • RED • CABERNET SAUVIGNON
$120    SHIP

2  **2016 Cornerstone Cellars Calistoga Cabernet Sauvignon**
2016 • RED • CABERNET SAUVIGNON
$100    SHIP

 **2020 Devil's Well Napa Valley Cabernet Sauvignon**
2020 • RED • CABERNET SAUVIGNON
$115    SHIP

2 **2020 Caymus Napa Valley Cabernet Sauvignon**
2020 • RED • CABERNET SAUVIGNON
$85     VIEW SHIPMENT
    SHIP

### Biasiotto Andrea Biasiotto Prosecco
NV • SPARKLING • PROSECCO
$28                                                                                               SHIP

### 2019 Halcyon Wines Camino Alto Vineyard El Dorado Cabernet Franc
2019 • RED • CABERNET FRANC
$35                                                                                               SHIP

### 2019 Raised by Wolves Mount Simon Stellenbosch Muscat
2019 • WHITE • MUSCAT
$32                                                                                               SHIP

### 2021 Domaine Emmanuel Fellot Burgundy Chardonnay
2021 • WHITE • CHARDONNAY
$35                                                                                               SHIP

### 2018 Le Vigne Nikiara Vineyard Series Red Blend
2018 • RED • RED BLEND
$55                                                                                               SHIP

### 2  2019 Joseph Jewell Raymond Burr Vineyard Dry Creek Valley Zinfandel
2019 • RED • ZINFANDEL
$45                                                                                               SHIP

### 2  2019 Crossbow Lake County Zinfandel
2019 • RED • ZINFANDEL
$45                                                                                               SHIP

### 2020 Markus Wine Co. The Church Ancient Vines Lodi Red Blend
2020 • RED • RED BLEND
$41                                                                                               SHIP

### 2019 Crossbow Lake County Zinfandel
2019 • RED • ZINFANDEL
$45                                                               INCOMING: 1 BOTTLE    SHIP

### 2021 Saini Dry Creek Valley Zinfandel
2021 • RED • ZINFANDEL
$35                                                                                               SHIP

### 2  2019 J Dusi Wines The Don Paso Robles Red Blend
2019 • RED • RED BLEND
$42                                                                                               SHIP



### 2020 Dusty Nabor Spear Vineyard Grenache
2020 • RED • GRENACHE
$35                                                                                               SHIP

| Qty | Wine | | Status |
|---|---|---|---|
| 2 | **2016 Ocelli Cellars Upland Vineyard Snipes Mountain Grenache** <br> 2016 · RED · GRENACHE <br> $48 | | SHIP |
| | **2017 Seven Oxen Estate Wines Paso Robles Zinfandel** <br> 2017 · RED · ZINFANDEL <br> $40 | | SHIP |
| | **2018 Bodega de Edgar Straight Outta Paso Red Rhone Blend** <br> 2018 · RED · GRENACHE BLEND <br> $36 | | SHIP |
| | **2019 Homefire Firework Dry Creek Valley Zinfandel** <br> 2019 · RED · ZINFANDEL <br> $23 | | SHIP |
| 2 | **Smith Story Lord Sandwich 4th Release Sonoma Bordeaux Blend Left Bank** <br> NV · RED · BORDEAUX BLEND LEFT BANK <br> $30 | | SHIP |
| | **2018 Jigar Sonoma County Bordeaux Blend Left Bank** <br> 2018 · RED · BORDEAUX BLEND LEFT BANK <br> $26 | | SHIP |
| | **2017 Hill Family Estate Barrel Red Blend** <br> 2017 · RED · RED BLEND <br> $32 | | SHIP |
| | **2019 Voix de Vigne Cabernet Franc** <br> 2019 · RED · CABERNET FRANC <br> $32 | | SHIP |
| | **2017 Preston Farm & Winery Dry Creek Valley Grenache** <br> 2017 · RED · GRENACHE <br> $36 | | SHIP |
| | **2018 Berryessa Gap Yolo County Tempranillo** <br> 2018 · RED · TEMPRANILLO <br> $28 | | SHIP |
| | **2015 Gordon Estate Columbia Valley Merlot** <br> 2015 · RED · MERLOT <br> $23 | | SHIP |
| 2 | **2014 The Winery SF North Coast Zinfandel** <br> 2014 · RED · ZINFANDEL <br> $27 | | SHIP |

| | | |
|---|---|---|
| | **2020 Dolum Cask 3 Oakville Cabernet Sauvignon**<br>2020 • RED • CABERNET SAUVIGNON<br>$120 | SHIP |
| | **2019 On Q Adagio Sonoma Cabernet Sauvignon**<br>2019 • RED • CABERNET SAUVIGNON<br>$88 | SHIP |
| | **2019 Erikson & Caradin Ivy & Thistle Atlas Peak Cabernet Sauvignon**<br>2019 • RED • CABERNET SAUVIGNON<br>$120 | SHIP |
| 2 | **2016 Sagestone Carnelian Napa Valley Cabernet Sauvignon**<br>2016 • RED • CABERNET SAUVIGNON<br>$111 | SHIP |
| | **2017 Morgado Cellars Sage Ridge Vineyard Cabernet Sauvignon**<br>2017 • RED • CABERNET SAUVIGNON<br>$175 | SHIP |
| 2 | **2019 Trecini Russian River Valley Merlot**<br>2019 • RED • MERLOT<br>$40 | SHIP |
| 2 | **2016 Korbin Kameron Moon Mountain District Merlot**<br>2016 • RED • MERLOT<br>$40 | SHIP |
| 4 | **2015 Paradise Ridge Winery Merlot**<br>2015 • RED • MERLOT<br>$45 | SHIP |
| | **2013 Cuvee Cellars Santa Cruz Mountains Merlot**<br>2013 • RED • MERLOT<br>$45 | SHIP |
| | **2014 Summers Winery Reserve Knights Valley Merlot**<br>2014 • RED • MERLOT<br>$45 | SHIP |
|  | **2017 Meeker Vineyard Handprint Merlot**<br>2017 • RED • MERLOT<br>$48 | SHIP |
|  | **2017 Longboard Vineyards Dakine Vineyard Russian River Valley Merlot**<br>2017 • RED • MERLOT<br>$39 | SHIP |


### 2013 Pestoni Family Howell Mountain Merlot
2013 • RED • MERLOT

$70    SHIP


4
### 2019 Koehler Magia Nera Santa Ynez Valley Red Blend
2019 • RED • RED BLEND

$45    SHIP


### 2013 King Estate North by Northwest Walla Walla Syrah
2013 • RED • SYRAH

$50    SHIP


4
### 2017 Grounded Wine Co Collusion Columbia Valley Cabernet Sauvignon
2017 • RED • CABERNET SAUVIGNON

$25    SHIP


### 2017 Front Porch Russian River Valley Grenache
2017 • RED • GRENACHE

$35    SHIP


2
### 2020 Bandiera Vino Sociale Sonoma County Red Blend
2020 • RED • RED BLEND

$30    SHIP


### 2017 Le Vigne Grand Rosso Red Blend
2017 • RED • RED BLEND

$48    SHIP

### Northbrook by Tedeschi Proprietary #21 Red Blend
NV • RED • RED BLEND

$60    SHIP


3
### 2019 Koehler Rebel Santa Ynez Valley Red Blend
2019 • RED • RED BLEND

$55    SHIP


2
### 2018 Palatine Cellars Red Blend
2018 • RED • RED BLEND

$30    SHIP


### 2019 Paydirt Going For Broke Red Blend
2019 • RED • RED BLEND

$25    SHIP

### 2017 Press Cellars Solano County Red Blend
2017 • RED • RED BLEND

$38    SHIP

| | Wine | Price | Status |
|---|---|---|---|
| | 2018 Forth Vineyards Histoire Chapter 6 Cabernet Sauvignon<br>2018 • RED • CABERNET SAUVIGNON | $28 | SHIP |
| 3 | 2018 Maquis Colchagua Cabernet Sauvignon<br>2018 • RED • CABERNET SAUVIGNON | $26 | SHIP |
| 2 | 2020 Crossbow Sonoma County Cabernet Sauvignon<br>2020 • RED • CABERNET SAUVIGNON | $45 | SHIP |
| | 2018 Skyshower Paso Robles Cabernet Sauvignon<br>2018 • RED • CABERNET SAUVIGNON | $38 | SHIP |
| | 2018 Chateau Les Terasses d'Eyquem Cotes de Bourg Bordeaux Blend Left Bank<br>2018 • RED • BORDEAUX BLEND LEFT BANK | $36 | SHIP |
| | 2014 Berghold Vineyards Lodi Cabernet Sauvignon<br>2014 • RED • CABERNET SAUVIGNON | $40 | SHIP |
| | 2020 CaliPaso Paso Robles Cabernet Sauvignon<br>2020 • RED • CABERNET SAUVIGNON | $40 | SHIP |
| | 2019 Vara Grenache<br>2019 • RED • GRENACHE | $24 | SHIP |
| | 2019 McKahn Family Cellars Morning Glass Amador Grenache Blend<br>2019 • RED • GRENACHE BLEND | $28 | SHIP |
| | 2018 Orinda Hayes RLS Palisades Cabernet Sauvignon<br>2018 • RED • CABERNET SAUVIGNON | $42 | SHIP |
| | 2020 Summerland Vintner's Select Santa Barbara Chardonnay<br>2020 • WHITE • CHARDONNAY | $40 | SHIP |
| 2 | 2018 OnQ Wines Downbeat Chardonnay<br>2018 • WHITE • CHARDONNAY | $75 | SHIP |

| | | | |
|---|---|---|---|
| 2 | **2016 Anaba Wines White Aero Sonoma Valley White Blend**<br>2016 · DESSERT · WHITE BLEND<br>$36 | | SHIP |
| 2 | **2013 Paradiso Vin Santo San Gimignano Trebbiano**<br>2013 · DESSERT · TREBBIANO<br>$35 | | SHIP |
| | **2015 Tedeschi Family Winery Late Harvest Dessert Sauvignon Blanc**<br>2015 · DESSERT · SAUVIGNON BLANC<br>$55 | | SHIP |
| | **2016 Chateau Lamourette Sauternes Semillon**<br>2016 · DESSERT · SEMILLON<br>$38 | | SHIP |
| | **2020 Tasi Rose Prosecco**<br>2020 · SPARKLING · PROSECCO<br>$35 | | SHIP |
| | **2017 Schug Rouge de Noir Carneros Sparkling Wine**<br>2017 · SPARKLING · SPARKLING WINE<br>$40 | | SHIP |
| | **NV Trecini Prosecco Sparkling Wine**<br>NV · SPARKLING · SPARKLING WINE<br>$40 | | SHIP |
| | **2020 Fattoria Amo Revolta Frizzante Toscana Sparkling Wine**<br>2020 · SPARKLING · SPARKLING WINE<br>$35 | | SHIP |
| | **Opta Metodo Classico Bairrada Sparkling Wine**<br>NV · SPARKLING · SPARKLING WINE<br>$30 | | SHIP |
| 2 | **2021 Tobias Vineyards Lexi's Estate Mendocino Sauvignon Blanc**<br>2021 · WHITE · SAUVIGNON BLANC<br>$30 | | SHIP |
| | **2021 Saini Vineyards Dry Creek Valley Sauvignon Blanc**<br>2021 · WHITE · SAUVIGNON BLANC<br>$25 | | SHIP |
| | **2019 Viluko Sauvignon Blanc**<br>2019 · WHITE · SAUVIGNON BLANC<br>$28 | | SHIP |

### 2021 Shannon Ridge High Valley Sauvignon Blanc
2021 · WHITE · SAUVIGNON BLANC

$35     SHIP

### 2019 Courtney Benham Napa Valley Sauvignon Blanc
2019 · WHITE · SAUVIGNON BLANC

$25     SHIP

### 2017 Tori Magna Kyros Red Rhone Blend
2017 · RED · RED RHONE BLEND

$45     SHIP

### 2020 Shannon Ridge Crossbow Russian River Valley Chardonnay
2020 · WHITE · CHARDONNAY

$45     SHIP

### 2020 Summerland Small Lot Series Paso Robles Rose Rose
ROSE

$35     SHIP

### 2015 Bonny Doon Le Cigare Volant Red Blend
2015 · RED · RED BLEND

$45     SHIP

### 2019 Corley Family Monticello Vineyards Cabernet Franc
2019 · RED · CABERNET FRANC

$48     SHIP

### 2017 C. Whitcomb Cask Selection Alexander Valley Cabernet Sauvignon
2017 · RED · CABERNET SAUVIGNON

$55     SHIP

### 2018 Penfolds Bin 28 Kalimna Shiraz
2018 · RED · SHIRAZ

$34     SHIP

### 2017 ONX The Reckoning Paso Robles Red Rhone Blend
2017 · RED · RED RHONE BLEND

$58     SHIP

**2**    **2019 Bouchard Aine & Fils Savigny les Beaune Pinot Noir**
2019 · RED · PINOT NOIR

$47     SHIP

### 2018 Bishop's Peak Paso Robles Petit Verdot
2018 · RED · PETIT VERDOT

$34     SHIP


### 2019 John Duval Plexus Barossa Valley Red Rhone Blend
2019 • RED • RED RHONE BLEND
$40                                                                                         SHIP

2 
### 2017 Ketcham Estate 5 Clone Russian River Valley Pinot Noir
2017 • RED • PINOT NOIR
$45                                                                                         SHIP

5 
### 2016 Beringer Distinction Cabernet Sauvignon
2016 • RED • CABERNET SAUVIGNON
$65                                                                                         SHIP


### 2019 Sojourn Cellars Durell Vineyard Chardonnay
2019 • WHITE • CHARDONNAY
$54                                                                                         SHIP


### 2017 Deovlet Sanford & Benedict Vineyard Chardonnay
2017 • WHITE • CHARDONNAY
$40                                                                                         SHIP


### 2019 Sojourn Cellars Sonoma Coast Chardonnay
2019 • WHITE • CHARDONNAY
$38                                                                                         SHIP


### 2018 De Restia Crianza Select Harvest Ribera Del Duero Tempranillo
2018 • RED • TEMPRANILLO
$42                                                                                         SHIP


### 2015 Olivier Riviere El Cadastro Tempranillo
2015 • RED • TEMPRANILLO
$45                                                                                         SHIP


### 2016 The Winery SF North Coast Tempranillo
2016 • RED • TEMPRANILLO
$27                                                                                         SHIP

### 2018 Bardos Romantica Crianza Tempranillo
2018 • RED • TEMPRANILLO
$30                                                                                         SHIP

2
### 2016 Bodegas Vina Valoria Crianza Tempranillo
2016 • RED • TEMPRANILLO
$35                                                                                         SHIP

### 2018 Meeker Vineyard Petaluma Gap Pinot Noir
2018 • RED • PINOT NOIR
$40                                                                                         SHIP

| | | |
|---|---|---|
| 2 | **2019 Sojourn Cellars Sonoma Coast Pinot Noir**<br>2019 • RED • PINOT NOIR<br>$42 | SHIP |
| | **2014 Sei Querce 'Ranch House' Cabernet Sauvignon**<br>2014 • RED • CABERNET SAUVIGNON<br>$75 | SHIP |
| | **2020 Shannon Ridge High Valley Lake County Sauvignon Blanc**<br>2020 • WHITE • SAUVIGNON BLANC<br>$27 | SHIP |
| | **2020 Trinchero Mary's Vineyard Calistoga Sauvignon Blanc**<br>2020 • WHITE • SAUVIGNON BLANC<br>$28 | SHIP |
| | **2013 Sol Rouge Red Hills Cabernet Sauvignon**<br>2013 • RED • CABERNET SAUVIGNON<br>$54 | SHIP |
| | **2019 Priest Ranch Napa Valley Cabernet Sauvignon**<br>2019 • RED • CABERNET SAUVIGNON<br>$50 | SHIP |
| | **2017 Chapter Ring Yountville Cabernet Sauvignon**<br>2017 • RED • CABERNET SAUVIGNON<br>$100 | SHIP |
| | **2020 Idle Cellars Sonoma Valley Sauvignon Blanc**<br>2020 • WHITE • SAUVIGNON BLANC<br>$26 | SHIP |
| | **2018 Mark Herold Wines Uproar Cabernet Sauvignon**<br>2018 • RED • CABERNET SAUVIGNON<br>$70 | SHIP |
| 2 | **2017 Cote West La Cruz Sonoma Coast Pinot Noir**<br>2017 • RED • PINOT NOIR<br>$43 | SHIP |
| 2 | **2018 Twenty Eight Eighty Red Rhone Blend**<br>2018 • RED • RED RHONE BLEND<br>$44 | SHIP |
| | **2017 Summerland Sierra Madre Santa Maria Valley Chardonnay**<br>2017 • WHITE • CHARDONNAY<br>$45 | SHIP |

| Qty | Wine | Price | Status |
|---|---|---|---|
| 3 | **2019 Bodega de Edgar Tempranillo** <br> 2019 · RED · TEMPRANILLO | $36 | SHIP |
| 2 | **2018 Grenachista Alder Springs Mendocino County Grenache** <br> 2018 · RED · GRENACHE | $40 | SHIP |
|   | **2016 Sequum MIXT Napa Valley Red Blend** <br> 2016 · RED · RED BLEND | $50 | SHIP |
|   | **2016 Saxon Brown El Diablo Vineyard Russian River Valley Grenache** <br> 2016 · RED · GRENACHE | $40 | SHIP |
|   | **2017 Kelley & Young Alexander Valley Zinfandel** <br> 2017 · RED · ZINFANDEL | $36 | SHIP |
| 2 | **2019 Abiouness Grenache** <br> 2019 · RED · GRENACHE | $50 | SHIP |
|   | **2018 Bodega de Edgar Tarragona Red Blend** <br> 2018 · RED · RED BLEND | $54 | SHIP |
|   | **2017 Muscardini Cellars Reserve Cassata Vineyards Sonoma Valley Cabernet Sauvignon** <br> 2017 · RED · CABERNET SAUVIGNON | $60 | SHIP |
| 2 | **2020 Paradise Ridge Pretty in Pink Russian River Valley Rose** <br> ROSE | $22 | SHIP |
| 2 | **2020 Zinke Wines Rose** <br> ROSE | $22 | SHIP |
|   | **2020 ZO Wines Dry Creek Valley Rose** <br> ROSE | $29 | SHIP |
|   | **PUMPERKNUCKLE9000 – Wine Opener of the Future** <br> NON-WINE ITEM | $29 | SHIP |

| Qty | Wine | Status |
|---|---|---|
| 3 | **2019 Tobias Vineyard Blue Oaks Vineyard Chardonnay**<br>2019 · WHITE · CHARDONNAY<br>$42 | SHIP |
| 2 | **2016 Ammunition Wines Reserve Russian River Valley Cabernet Sauvignon**<br>2016 · RED · CABERNET SAUVIGNON<br>$60 | SHIP |
| | **2016 Deovlet Sanford & Benedict Vineyard Sta Rita Hills Pinot Noir**<br>2016 · RED · PINOT NOIR<br>$60 | SHIP |
| | **2017 Asani La Vie Coombsville Cabernet Sauvignon**<br>2017 · RED · CABERNET SAUVIGNON<br>$120 | SHIP |
| | **2018 Beringer Reserve Knights Valley Cabernet Sauvignon**<br>2018 · RED · CABERNET SAUVIGNON<br>$70 | SHIP |
| | **2018 Bedarra Vineyards Estate Grown Alexander Valley Cabernet Sauvignon**<br>2018 · RED · CABERNET SAUVIGNON<br>$65 | SHIP |
| | **2017 Provenance Vineyards Napa Valley Cabernet Sauvignon**<br>2017 · RED · CABERNET SAUVIGNON<br>$60 | SHIP |
| | **2016 Ammunition Wines Reserve Sonoma Valley Syrah**<br>2016 · RED · SYRAH<br>$60 | SHIP |
| | **2018 Frisson Cabernet Sauvignon**<br>2018 · RED · CABERNET SAUVIGNON<br>$72 | SHIP |
| | **2017 Miner Emily's Napa Valley Cabernet Sauvignon**<br>2017 · RED · CABERNET SAUVIGNON<br>$65 | SHIP |
| | **2015 Estate 1856 Tzabaco Rancho Vineyards Cabernet Sauvignon**<br>2015 · RED · CABERNET SAUVIGNON<br>$46 | SHIP |
| | **2019 Courtney Benham Wines Rutherford Cabernet Sauvignon**<br>2019 · RED · CABERNET SAUVIGNON<br>$120 | SHIP |

| | | | |
|---|---|---|---|
| | **2017 Morgado Sage Ridge Cabernet Sauvignon** 2017 • RED • CABERNET SAUVIGNON $140 | | SHIP |
| | **2015 Waters Cabernet Sauvignon** 2015 • RED • CABERNET SAUVIGNON $50 | | SHIP |
| 3 | **2016 Schug Winery Sonoma Valley Cabernet Franc** 2016 • RED • CABERNET FRANC $42 | | SHIP |
| | **2015 Waters 21 Grams Red Bordeaux** 2015 • RED • BORDEAUX BLEND LEFT BANK $125 | | SHIP |
| | **2014 Summerland Sierra Madre Santa Maria Valley Pinot Noir** 2014 • RED • PINOT NOIR $80 | | SHIP |
| | **2017 Zinke Wines Reserve Derby Vineyard Grenache** 2017 • RED • GRENACHE $45 | | SHIP |
| | **2018 Meniketti "Forever" San Saba Vineyard Monterey Pinot Noir** 2018 • RED • PINOT NOIR $48 | | SHIP |
| 5 | **2015 Shirvington McLaren Vale Cabernet Sauvignon** 2015 • RED • CABERNET SAUVIGNON $59 | | SHIP |
| 4 | **2019 Silver Trident Symphony No. 9 Napa Valley Sauvignon Blanc** 2019 • WHITE • SAUVIGNON BLANC $32 | | SHIP |
| 2 | **2019 Gersing Cellars Dineen Vineyard Viognier** 2019 • WHITE • VIOGNIER $26 | | SHIP |
| 5 | **2019 Gersing Cellars Emergence White Blend** 2019 • WHITE • WHITE BLEND $22 | | SHIP |
| | **2019 Hill Family Estate Napa Valley Sauvignon Blanc** 2019 • WHITE • SAUVIGNON BLANC $28 | | SHIP |

**2019 Ellman Family Vineyards Caryn Renae Sauvignon Blanc**
2019 • WHITE • SAUVIGNON BLANC
$45 — SHIP

**2020 Clay Shannon Lake County Sauvignon Blanc**
2020 • WHITE • SAUVIGNON BLANC
$30 — SHIP

**2019 Zinke Wines Coquelicot Vineyard Sauvignon Blanc**
2019 • WHITE • SAUVIGNON BLANC
$26 — SHIP

2 — **2020 Martin Ray Concrete Dutton Ranch Chardonnay**
2020 • WHITE • CHARDONNAY
$35 — SHIP

**2018 Summerland Vintners Select Santa Barbara Chardonnay**
2018 • WHITE • CHARDONNAY
$40 — SHIP

**2018 Stringer Cellars Linda Vista Vineyard Oak Knoll Chardonnay**
2018 • WHITE • CHARDONNAY
$32 — SHIP

**2017 Lioco 'La Marisma' Santa Cruz Mountains Chardonnay**
2017 • WHITE • CHARDONNAY
$54 — SHIP

2 —  **2012 Hawk and Horse Vineyards Red Hills Cabernet Sauvignon**
2012 • RED • CABERNET SAUVIGNON
$85 — SHIP

2 — **2019 The Wonderland Project No. 9 Cabernet Sauvignon**
2019 • RED • CABERNET SAUVIGNON
$40 — SHIP

**2015 Robert James Wines Pinnacle Russian River Valley Pinot Noir**
2015 • RED • PINOT NOIR
$62 — SHIP

3 —  **2017 Emeritus Vineyards Russian River Valley Pinot Noir**
2017 • RED • PINOT NOIR
$45 — SHIP

 **2014 Orentano R. Buoncristiani Russian River Valley Pinot Noir**
2014 • RED • PINOT NOIR
$35 — SHIP

| | | |
|---|---|---|
| | **2016 Nocton Coal River Pinot Noir**<br>2016 • RED • PINOT NOIR<br>$31 | SHIP |
| | **2017 Capanna Sant Antimo Rosso Red Blend**<br>2017 • RED • RED BLEND<br>$34 | SHIP |
| | **2018 Titus Merlot**<br>2018 • RED • MERLOT<br>$52 | SHIP |
| | **2017 Artevino Orben Rioja Tempranillo**<br>2017 • RED • TEMPRANILLO<br>$36 | SHIP |
| | **2018 Beau Vigne CULT Cabernet Sauvignon**<br>2018 • RED • CABERNET SAUVIGNON<br>$125 | SHIP |
| 3 | **2018 Acumen Mountainside Napa Valley Red Blend**<br>2018 • RED • RED BLEND<br>$45 | SHIP |
| | **2018 Beringer 'Q' Napa Bordeaux Blend**<br>2018 • RED • BORDEAUX BLEND LEFT BANK<br>$65 | SHIP |
| | **2015 Twenty Eight Eighty Red Blend Napa Valley Rhone Blend**<br>2015 • RED • GRENACHE BLEND<br>$54 | SHIP |
| | **2017 Substance Vineyard Collection Jack's Vineyard Walla Walla Valley Cabernet Sauvign...**<br>2017 • RED • CABERNET SAUVIGNON<br>$45 | SHIP |
| 2 | **2015 Sei Querce Six Oaks Cabernet Sauvignon**<br>2015 • RED • CABERNET SAUVIGNON<br>$75 | SHIP |
| | **2017 Salvestrin Cabernet Sauvignon**<br>2017 • RED • CABERNET SAUVIGNON<br>$50 | SHIP |
| 2 | **2015 Schug Reserve Sonoma Valley Cabernet Sauvignon**<br>2015 • RED • CABERNET SAUVIGNON<br>$66 | SHIP |

| | | |
|---|---|---|
| | **2015 Gracciano della Seta Riserva Vino Nobile di Montepulciano Sangiovese**<br>2015 · RED · SANGIOVESE<br>$37 | SHIP |
| | **2018 Vaughn Duffy Old River Red North Coast Red Blend**<br>2018 · RED · RED BLEND<br>$30 | SHIP |
| | **Repour WineSaver 4-Pack**<br>NON-WINE ITEM<br>$10 | SHIP |
| | **2017 Et Fille Kalita Vineyard Yamhill-Carlton Pinot Noir**<br>2017 · RED · PINOT NOIR<br>$48 | SHIP |
| | **2011 Morgado Cellars Sonoma Coast Pinot Noir**<br>2011 · RED · PINOT NOIR<br>$65 | SHIP |
| | **2018 Chateau De Vie Cabernet Sauvignon**<br>2018 · RED · CABERNET SAUVIGNON<br>$68 | SHIP |
| | **2014 Tuck Beckstoffer Melee California Grenache**<br>2014 · RED · GRENACHE<br>$40 | SHIP |
| | **2017 Alto Moncayo Veraton Camp de Borja Grenache**<br>2017 · RED · GRENACHE<br>$36 | SHIP |
| | **2015 Elyse Korte Ranch Vineyard Zinfandel**<br>2015 · RED · ZINFANDEL<br>$45 | SHIP |
| | **2013 Beringer Vineyards Private Reserve Napa Valley Cabernet Sauvignon**<br>2013 · RED · CABERNET SAUVIGNON<br>$170 | SHIP |
|  3 | **2017 Gro Wines Frediani Vineyard Calistoga Cabernet Franc**<br>2017 · RED · CABERNET FRANC<br>$70 | SHIP |
| | **2016 Buty Rediviva of the Stones Rocks District of Milton-Freewater Syrah**<br>2016 · RED · SYRAH<br>$60 | SHIP |

| | | |
|---|---|---|
|  2016 Amphora Winery Teroldego Red Wine<br>2016 • RED • RED WINE<br>$42 | | SHIP |
| 2017 Buty Connor Lee Columbia Valley Bordeaux Blend<br>2017 • RED • BORDEAUX BLEND LEFT BANK<br>$45 | | SHIP |
| 2018 Gersing Cellars De Cote Red Blend<br>2018 • RED • RED BLEND<br>$45 | | SHIP |
| 2017 A. Viloria Winery Black Knight Sonoma Coast Pinot Noir<br>2017 • RED • PINOT NOIR<br>$45 | | SHIP |
| 2019 Elyse Winery C'est Si Bon Red Blend<br>2019 • RED • RED BLEND<br>$35 | | SHIP |
| 2  2016 Kaiken Obertura Mendoza Cabernet Franc<br>2016 • RED • CABERNET FRANC<br>$50 | | SHIP |
|  2017 Judd's Hill Los Carneros Pinot Noir<br>2017 • RED • PINOT NOIR<br>$48 | | SHIP |
| 2016 Ser Winery Cabernet Pfeffer Central Coast Red Wine<br>2016 • RED • RED WINE<br>$36 | | SHIP |
| Underground Cellar Magnet<br>NON-WINE ITEM<br>$5 | | SHIP |



```
ROBERT ROBICHAUD                      1 LBS        1 OF 1
(480) 433-1642                        SHP WT: 1 LBS
THE UPS STORE #5070                   DATE: 12 SEP 2023
STE 114
3317 S HIGLEY RD
GILBERT  AZ 85297-5438

SHIP  FOR THE DISTRICT OF DELAWARE
TO:   UNITED STATES BANKRUPTCY COURT
      COURTROOM 3
      FL 6
      824 N MARKET ST
      WILMINGTON  DE 19801-3011
```



DE 197 9-25

UPS GROUND

TRACKING #: 1Z R39 2F6 03 4442 8287



BILLING: P/P