IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., *et al*[1] | ) | Case No. 23-10554 (KBO) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Obj. Due: September 22, 2023 at 4:00 p.m. (ET) |
| | ) | Hearing Date: October 5, 2023 at 3:00 p.m. (ET) |

**CERTIFICATE OF NO OBJECTION REGARDING
SUPPLEMENTAL APPLICATION FOR AN ORDER PURSUANT TO
11 U.S.C. §§ 327, 328 AND 330, FED. R. BANKR. P. 2014 AND 2016
AND LOCAL RULE 2014-1 AUTHORIZING THE EMPLOYMENT AND
RETENTION OF YOUNG CONAWAY STARGATT & TAYLOR, LLP
AS SPECIAL COUNSEL TO DON A. BESKRONE, CHAPTER 7
TRUSTEE, *NUNC PRO TUNC* TO JUNE 2, 2023**

I, Gregory A. Taylor, a member of the firm of Ashby & Geddes, P.A., counsel to Don A. Beskrone, the Chapter 7 trustee (the "Trustee") of the above-captioned debtors, hereby certify the following:

1. On September 8, 2023, the Trustee, by and through undersigned counsel, filed the *Application for an Order Pursuant to 11 U.S.C. §§ 327, 328 and 330, Fed. R. Bankr. P. 2014 and 2016 and Local Rule 2014-1 Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Special Counsel to Don A. Beskrone, Chapter 7 Trustee, Nunc Pro Tunc to June 2, 2023* [Docket No. 174] (the "Application"). Attached as Exhibit A to the Application is a proposed form of order approving the Application and the relief sought therein (the "Order").

2. Pursuant to the notice of the Application, objections or responses, if any, to the Application were to be filed with the Court and served upon the undersigned counsel by 4:00 p.m. (prevailing Eastern Time) on September 22, 2023.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01942832;v1 }

3.  As of the date hereof, the undersigned counsel have not been served with any objections or responses to the Application. A review of the Court's docket indicates that, as of this date, no responses or objections to the Application have been filed.

THEREFORE, Trustee respectfully requests that the Order approving the Application be entered at the Court's earliest convenience.

| | |
|---|---|
| Dated: September 25, 2023<br>Wilmington, Delaware | **ASHBY & GEDDES, P.A.**<br><br>*/s/ Gregory A. Taylor*<br>Gregory A. Taylor (DE Bar No. 4008)<br>500 Delaware Avenue, 8th Floor<br>Wilmington, Delaware 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email:  GTaylor@ashbygeddes.com<br><br>*Counsel to Don A. Beskrone, Chapter 7*<br>*Trustee to Phoeno Wine Company, Inc., et al* |