# EXHIBIT D

## (Perfection Certificate)

## Certificate of Perfection

This Certificate of Perfection shall reference that certain Plain English Growth Capital Loan and Security Agreement dated as of May 18, 2022, by and between TriplePoint Private Venture Credit, Inc., in its capacity as collateral agent for the Lenders (in such capacity, together with its successors and assigns in such capacity, "**Collateral Agent**"), the Lenders party thereto, UNDERGROUND ENTERPRISES, INC., a Delaware corporation (the "**Borrower Representative**"), and each other Borrower party thereto (together with the Borrower Representative in its capacity as a Borrower, collectively, the "**Borrowers**," "**We**," "**Us**," or "**Our**") (the "**Loan Agreement**"). All terms not defined in this Certificate of Perfection shall have the same meanings as in the Loan Agreement. Pursuant to the terms of the Loan Agreement, the Borrower Representative, on behalf of itself as a Borrower and each other Borrower, hereby certifies, represents and warrants the following as of the date set forth below the signature to this Certificate of Perfection:

1. Our current names and organizational status are as follows:

   | | |
   |---|---|
   | Name: | Underground Enterprises, Inc. |
   | Type of Organization: | C Corporation |
   | State of Organization: | Delaware |
   | Organization File Number: | 5586268 |
   | Federal Employer Tax Identification Number: | 47-1827930 |
   | | |
   | Name: | Phoeno Wine Company Inc. |
   | Type of Organization: | S Corporation |
   | State of Organization: | Delaware |
   | Organization File Number: | 6951578 |
   | Federal Employer Tax Identification Number: | 83-1275273 |

2. Five (5) years prior to the date of this Certificate of Perfection, We did not do business under any other name or organization or form except the following:

   | | |
   |---|---|
   | Name: | Underground Enterprises, Inc. (dba Underground Cellar) |
   | Type of Organization: | See above. |
   | State of Organization: | See above. |
   | Organization File Number: | See above. |

Federal Employer Tax Identification Number:

Dates of Existence: See above.

3. Our fiscal year ends on _____Dec 31_____.

4. Our current locations and the locations of all the Collateral are:

Chief Executive Office:
580 Howard #500
San Francisco, CA 94105

Principal Place of Business:
580 Howard #500
San Francisco, CA 94105

Locations of Collateral:
1166 Commerce Blvd Std. D
American Canyon, CA 94503

5. The following is a list of any and all of Our Affiliates and subsidiaries:

Name: [Not applicable]

Type of Organization:

State of Organization:

Organization File Number:

Federal Employer Tax Identification Number:

Your Ownership Interest:

6. We and Our subsidiaries currently maintain Deposit Accounts, other accounts holding Investment Property owned by Us or such subsidiaries, and electronic accounts (such as PayPal or similar accounts) as follows:

| Bank Name/Address | Account Holder Name | Account (Type & Number) |
|---|---|---|
| Silicon Valley Bank | Underground Enterprises, Inc. | Checking 3303393457 |
| Silicon Valley Bank | Phoeno Wine Company Inc. | Checking 3303397124 |
| Silicon Valley Bank | Underground Enterprises, Inc. | Collateral MMA 3303720009 |
| Silicon Valley Bank | Underground Enterprises, Inc. | Collateral MMA 3303719993 |
| Silicon Valley Bank | Phoeno Wine Company Inc. | Collateral MMA 3303720013 |

7. We currently have the following commercial tort claims: NONE

2

8.     Attached is a current listing of all Patents, Patent applications, Patent Licenses, Trademarks, Trademark applications, Trademark Licenses, Copyrights, Copyright applications and Copyright Licenses of any of Us.

*(Signature Page to Follow)*

3

**BORROWER REPRESENTATIVE:**

**UNDERGROUND ENTERPRISES, INC., as Borrower Representative on behalf of itself and all other Borrowers**

Signature: _____

Print Name: Jeff Hardy

Title: President and COO

Date: May 18, 2022

## TRADEMARKS

### Phoeno Wine Company, Inc.

| Name | Date Filed or Issued | Serial Number | Status |
|---|---|---|---|
| NEXT DIMENSION | 11/17/2021 | 97129862 | Filed |
| SKYLIGHT | 11/17/2021 | 97129857 | Filed |
| FILLMORE FAMILY WINERY | 11/04/2021 | 97109288 | Filed |

### Underground Enterprises, Inc.

| Name | Date Filed or Issued | Serial Number | Status |
|---|---|---|---|
| UNDERGROUND CELLAR | 11/17/2021 | 97129909 | Filed |
| UNDERGROUND CELLAR | 11/17/2021 | 97129915 | Filed |
| CLOUDCELLAR | 11/04/2021 | 97109286 | Filed |