# EXHIBIT E

(Landlord Waiver)

## PLAIN ENGLISH LANDLORD REPRESENTATION AND WAIVER AGREEMENT

**DATE:** JULY 12, 2022
**CREDITOR:** TRIPLEPOINT PRIVATE VENTURE CREDIT INC.
**SUB-SUBLESSOR** BIAGI BROS., INC.
**TENANT:** PHOENO WINE COMPANY, INC., A DELAWARE CORPORATION
**PREMISES:** 1166 COMMERCE BLVD., AMERICAN CANYON, CA 94503

**This is a PLAIN ENGLISH LANDLORD REPRESENTATION AND WAIVER AGREEMENT** ("Agreement") by and among Creditor, Landlord, Sublessor and Sub-Sublessor dated as of the date listed above.

Reference is made to that certain Sublease for Multiple Tenants, by and between Phoeno Wine Company, Inc. ("Tenant") and Biagi Bros., Inc. ("Sub-Sublessor"), dated as of October 28, 2021 (as amended from time to time, "Sub-Sublease"), pursuant to which Tenant leases the Premises from Sub-Sublessor.

The words "We", "Us", or "Our", refer to the Creditor. The words "You" or "Your" refers to the Sub-Sublessor.

Each of Us and You acknowledges, affirms, and agrees to the following statements and conditions:

1. You are the sublessor of that certain real property commonly known as the Premises.

2. Tenant has entered into that certain Sub-Sublease with Sub-Sublessor.

3. We have entered into certain credit facilities with Tenant pursuant to which We have made loans to Tenant, which loans are secured by a security interest in all or substantially all of the assets of Tenant, including, but not limited to, its equipment.

4. Tenant has informed Us that it intends to keep the personal property at the Premises.

5. We have a security interest in the personal property and all additions, accessions, attachments, replacements and substitutions to all Tenant's personal property.

6. The equipment is personal property, and no item of the equipment and personal property shall become a fixture or part of the Premises even though it may become affixed or attached to the Premises.

7. You waive and release each and every right that You now have or that may arise after the date of this Agreement, under applicable law or by virtue of the lease for the Premises between You and Tenant, to levy or distrain upon for rent, in arrears, in advance or both, or to claim or assert title to or a security interest in or a statutory or possessory lien on the equipment and personal property that are located on the Premises, or may hereafter be delivered or installed on the Premises, until the time that all of the obligations owed to Us by Tenant are finally paid in full in cash.

8. With advance notice to You, We and Our agents and employees may enter upon the Premises and remove any of the equipment. You shall have no claim of any nature or kind against Us or Our agents or employees acting on Our behalf arising out of or related to such actions, except for reasonable and actually incurred costs, expenses and damages caused solely by Us or Our agents or employees, in connection with the entry on the Premises and removal of the equipment by Us or Our employees or agents in the exercise of Our rights under this Agreement. In no event will We be liable or responsible to You for any type of incidental, punitive, indirect or consequential damages, whether arising under theory of contract, tort (including negligence), strict liability or otherwise.

9. This Agreement shall be governed and controlled by and interpreted under the laws of the State of California and shall inure to the benefit of and be binding upon the successors and assigns of You (including the transferees of the Premises) and Us. The person signing this Agreement on behalf of You represents to Us that he/she has that authority to execute this Agreement on Your behalf.

10. You agree to notify Us of the termination of the lease between You and Tenant for any reason. You agree to use best efforts to provide Us with any notices of default under the lease between You and Tenant.

Landlord Waiver (Phoeno Wine Company, Inc.)

11. This Agreement and the waivers and agreements contained in this Agreement shall continue to be effective until all of the obligations owed to Us by Tenant are finally paid in full in cash.

*[Signature Pages Follow]*

**Landlord Waiver (Phoeno Wine Company, Inc.)** 2

**IN WITNESS WHEREOF**, the parties hereto have executed this Plain English Landlord Representation and Waiver Agreement on or as of the day and year first above written.

"SUB-SUBLESSOR"

BIAGI BROS., INC.

By: *Andrea Biagi*
     89FD7B49B5534E4...

Name: Andrea Biagi

Title: President

[Signature page to Plain English Landlord Representation and Waiver Agreement]

**IN WITNESS WHEREOF**, the parties hereto have executed this Plain English Landlord Representation and Waiver Agreement on or as of the day and year first above written.

"CREDITOR"

**TRIPLEPOINT PRIVATE VENTURE CREDIT INC.**

By: TriplePoint Advisers LLC, its investment adviser

*Kevin Thorne*
DocuSigned by:
349B6408BB7B467...

Name: Kevin W. Thorne

Title:_ Chief Operating Officer

TriplePoint Private Venture Credit Inc.
Attn: Sajal Srivastava, President
2755 Sand Hill Road, Suite 150
Menlo Park, CA 94025

Tel: (650) 854-2090
Fax: (650) 854-1850
Email: legal@triplepointcapital.com

[Signature page to Plain English Landlord Representation and Waiver Agreement]

Each of the undersigned hereby acknowledges that it has read the Plain English Landlord Representation and Waiver Agreement (the "Landlord Consent") and agrees that solely for the purposes of Section 8 of the Landlord Consent and on the terms set forth therein, Creditor shall have the right to access common areas of the building in which the Premises are located, enter the Premises and remove any of the equipment owned by Tenant or that otherwise belongs to Tenant. Creditor acknowledges that Creditor has commercial general liability insurance and will pay, protect, indemnify, defend and hold harmless the undersigned (without duplication with Section 8) from and against any actually incurred costs, expenses, and damages caused solely by Creditor or Creditor's agents or employees, in connection with the entry on common areas of the building in which the Premises are located and/or entry on the Premises and removal of the equipment by Creditor or Creditor's employees or agents in the exercise of the Creditor's rights under Section 8 of the Landlord Consent. In no event will Creditor be liable or responsible to the undersigned for any type of incidental, punitive, indirect or consequential damages, whether arising under theory of contract, tort (including negligence), strict liability or otherwise.

**BROADSTONE HC CALIFORNIA, LLC**

By: Broadstone Net Lease, LLC,
a New York limited liability company and
its sole member

By: Broadstone Net Lease, Inc.,
a Maryland corporation and
its managing number

By: _____
Name: Andrea Tompkins Wright
Title: SVP, Property Mgmt


**THE HESS COLLECTION WINERY**

By: _Timothy Persson_ (DocuSigned, 1110CB976E874AC...)
Name: Timothy Persson
Title: CEO


[Signature page to Plain English Landlord Representation and Waiver Agreement]

Landlord Waiver (Phoeno Wine Company, Inc.)                                                                 5