# EXHIBIT F

(Phoeno Balance Sheet as of end of February 2023)

ACTIVE\1603583469.1

**Phoeno Wine Co.**
**Comparative Balance Sheet**
**End of Feb 2023**

Options: Activity Only

| Financial Row | As of Jan 2022 | As of Feb 2022 | As of Mar 2022 | As of Apr 2022 | As of May 2022 | As of Jun 2022 | As of Jul 2022 | As of Aug 2022 | As of Sep 2022 | As of Oct 2022 | As of Nov 2022 | As of Dec 2022 | As of Jan 2023 | As of Feb 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| **Bank** | | | | | | | | | | | | | | |
| **1100 - Cash & Cash Equivalents** | | | | | | | | | | | | | | |
| 1101 - SVB PHOENO COLLATERAL MMA 0013 | $0.00 | $0.00 | $0.00 | $0.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 | $100,000.00 |
| 1105 - Platinum Business Checking (6859) CLEARING | ($1,830.00) | $41,174.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 | $83,468.50 |
| 1115 - PHOENO Wells Fargo Business Choice Checking (6228) | ($13,438.58) | ($13,438.58) | $126,561.42 | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) | ($14,380.80) |
| 1122 - SVB PHOENO Operating 7124 | $429,881.09 | $259,196.60 | $51,859.42 | $33,953.60 | $49,200.32 | $119,189.93 | $99,998.35 | ($1,741.18) | $39,890.16 | $64,641.00 | $60,953.27 | $138,066.03 | $97,910.33 | $35,451.50 |
| 1123 - SVB Underground Cellar Checking 3457 CLEARING | $6,271.00 | $6,271.00 | $6,716.88 | $983.93 | $4,012.60 | $5,436.20 | $5,976.38 | $8,014.63 | $37,519.84 | $38,001.84 | $38,169.84 | $79,335.65 | $112,239.97 | $112,239.97 |
| 1125 - Deposits in Transit | $578,090.15 | $432,847.21 | $267,098.21 | $364,428.36 | $288,408.65 | $98,790.05 | $158,048.64 | $97,401.36 | $123,216.82 | $433,329.19 | $572,849.77 | $102,839.28 | $26,308.90 | $23,846.38 |
| 1197 - Bill.com Money Out Clearing | $0.00 | $56,007.60 | $50,069.15 | ($28,207.70) | $32,517.45 | ($19,386.87) | ($20,511.87) | ($36,053.51) | ($40,844.51) | ($40,844.51) | ($33,853.58) | ($41,250.23) | ($46,812.24) | ($49,551.24) |
| **Total - 1100 - Cash & Cash Equivalents** | **$998,973.66** | **$782,058.33** | **$585,773.58** | **$440,245.89** | **$543,226.72** | **$373,117.01** | **$412,599.20** | **$236,709.00** | **$328,870.01** | **$663,733.22** | **$807,039.00** | **$406,912.62** | **$325,830.34** | **$291,074.31** |
| **Total Bank** | **$998,973.66** | **$782,058.33** | **$585,773.58** | **$440,245.89** | **$543,226.72** | **$373,117.01** | **$412,599.20** | **$236,709.00** | **$328,870.01** | **$663,733.22** | **$807,039.00** | **$406,912.62** | **$325,830.34** | **$291,074.31** |
| **Accounts Receivable** | | | | | | | | | | | | | | |
| **1200 - Receivables** | | | | | | | | | | | | | | |
| 1205 - Accounts Receivable | $87,685.31 | $116,338.44 | $142,280.98 | $154,004.23 | $167,671.10 | $175,447.18 | $181,363.54 | $190,951.08 | $202,136.47 | $215,549.35 | $224,891.49 | $237,248.19 | $270,040.96 | $283,875.76 |
| 1212 - Related Party Receivable | $38,502,049.95 | $40,736,944.53 | $43,050,076.14 | $44,661,258.74 | $46,275,222.87 | $48,024,531.49 | $49,474,210.65 | $51,150,811.37 | $52,927,391.21 | $54,279,391.49 | $56,050,555.17 | $57,278,565.11 | $58,377,981.55 | $59,590,951.24 |
| **Total - 1200 - Receivables** | **$38,589,735.26** | **$40,853,282.97** | **$43,192,357.12** | **$44,815,262.97** | **$46,442,893.97** | **$48,199,978.67** | **$49,655,574.19** | **$51,341,762.45** | **$53,129,527.68** | **$54,494,940.84** | **$56,275,446.66** | **$57,515,813.30** | **$58,648,022.51** | **$59,874,827.00** |
| **Total Accounts Receivable** | **$38,589,735.26** | **$40,853,282.97** | **$43,192,357.12** | **$44,815,262.97** | **$46,442,893.97** | **$48,199,978.67** | **$49,655,574.19** | **$51,341,762.45** | **$53,129,527.68** | **$54,494,940.84** | **$56,275,446.66** | **$57,515,813.30** | **$58,648,022.51** | **$59,874,827.00** |
| **Other Current Asset** | | | | | | | | | | | | | | |
| 1280 - Purchases Returned Not Credited | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 | $456.00 |
| **1300 - Inventories** | | | | | | | | | | | | | | |
| 1320 - Inventory Phoeno | $9,390,389.95 | $10,749,937.63 | $11,442,020.87 | $11,382,547.72 | $10,929,227.82 | $10,834,586.27 | $11,039,956.11 | $11,294,144.95 | $11,401,901.08 | $11,554,639.95 | $11,454,811.17 | $11,275,263.58 | $11,154,962.02 | $11,107,608.91 |
| 1322 - Inventory Other | ($32,259.48) | ($32,259.48) | ($32,259.48) | ($32,259.48) | ($32,259.48) | ($32,259.48) | ($29,829.48) | ($30,009.48) | ($30,099.48) | ($30,234.48) | ($30,324.48) | ($30,414.48) | ($30,414.48) | ($30,459.48) |
| 1325 - Packing Supplies Inventory | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 | $32,259.48 |
| **Total - 1300 - Inventories** | **$9,390,389.95** | **$10,749,937.63** | **$11,442,020.87** | **$11,382,547.72** | **$10,929,227.82** | **$10,834,586.27** | **$11,042,386.11** | **$11,296,394.95** | **$11,404,061.08** | **$11,556,664.95** | **$11,456,746.17** | **$11,277,108.58** | **$11,156,807.02** | **$11,109,408.91** |
| 1350 - Deferred Gift Card Discounts Costs | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 | $173,049.60 |
| **1400 - Prepaid Expenses** | | | | | | | | | | | | | | |
| 1407 - Prepaid Merchant Fees | $517,467.01 | $526,036.73 | $535,282.51 | $536,462.68 | $548,334.90 | $561,434.72 | $571,979.48 | $586,146.54 | $598,825.80 | $601,638.19 | $608,230.01 | $608,230.01 | $608,446.70 | $612,301.68 |
| 1409 - Prepaid Marketing | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 | $2,811,419.58 |
| **Total - 1400 - Prepaid Expenses** | **$3,328,886.59** | **$3,337,456.31** | **$3,346,702.09** | **$3,347,882.26** | **$3,359,754.48** | **$3,372,854.30** | **$3,383,399.06** | **$3,397,566.12** | **$3,410,245.38** | **$3,413,057.77** | **$3,419,649.59** | **$3,419,649.59** | **$3,419,866.28** | **$3,423,721.26** |
| **Total Other Current Asset** | **$12,892,782.14** | **$14,260,899.54** | **$14,962,228.56** | **$14,903,935.58** | **$14,462,487.90** | **$14,380,946.17** | **$14,599,290.77** | **$14,867,466.67** | **$14,987,812.06** | **$15,143,228.32** | **$15,049,901.36** | **$14,870,263.77** | **$14,750,178.90** | **$14,706,635.77** |
| **Total Current Assets** | **$52,481,491.06** | **$55,896,240.84** | **$58,740,359.26** | **$60,159,444.44** | **$61,448,608.59** | **$62,954,041.85** | **$64,667,464.16** | **$66,445,938.12** | **$68,446,209.75** | **$70,301,902.38** | **$72,132,387.02** | **$72,792,989.69** | **$73,724,031.75** | **$74,872,537.08** |
| **Total ASSETS** | **$52,481,491.06** | **$55,896,240.84** | **$58,740,359.26** | **$60,159,444.44** | **$61,448,608.59** | **$62,954,041.85** | **$64,667,464.16** | **$66,445,938.12** | **$68,446,209.75** | **$70,301,902.38** | **$72,132,387.02** | **$72,792,989.69** | **$73,724,031.75** | **$74,872,537.08** |
| **Liabilities & Equity** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | | | |
| **2100 - Accounts Payable** | | | | | | | | | | | | | | |
| 2105 - Accounts Payable Trade | $2,726,134.51 | $2,838,580.91 | $2,598,198.07 | $2,496,719.72 | $1,851,925.27 | $802,949.38 | $984,246.62 | $1,157,613.18 | $1,158,723.14 | $1,239,940.93 | $1,198,313.84 | $1,062,347.60 | $898,075.34 | $844,605.34 |
| 2115 - Related Party Payable | $39,107,367.44 | $41,891,456.70 | $44,189,314.89 | $45,115,114.17 | $47,001,859.44 | $49,229,584.02 | $50,264,086.10 | $51,580,413.82 | $53,134,288.24 | $54,480,587.46 | $55,966,117.63 | $57,692,416.28 | $58,856,875.10 | $59,822,632.24 |
| **Total - 2100 - Accounts Payable** | **$41,833,501.95** | **$44,730,037.61** | **$46,787,512.96** | **$47,611,833.89** | **$48,853,784.71** | **$50,032,533.40** | **$51,248,332.72** | **$52,738,027.00** | **$54,293,011.38** | **$55,720,528.39** | **$57,164,431.47** | **$58,754,763.88** | **$59,754,950.44** | **$60,667,237.58** |
| **Total Accounts Payable** | **$41,833,501.95** | **$44,730,037.61** | **$46,787,512.96** | **$47,611,833.89** | **$48,853,784.71** | **$50,032,533.40** | **$51,248,332.72** | **$52,738,027.00** | **$54,293,011.38** | **$55,720,528.39** | **$57,164,431.47** | **$58,754,763.88** | **$59,754,950.44** | **$60,667,237.58** |
| **Credit Card** | | | | | | | | | | | | | | |
| **2000 - Card Credit** | | | | | | | | | | | | | | |
| 2030 - SVB Phoeno Credit Card 8789 | $63,792.15 | ($49,658.08) | $12,136.59 | $106,129.11 | $8,380.69 | $55,561.33 | $24,625.49 | $20,346.79 | $17,129.47 | $26,722.01 | $27,177.83 | $18,459.13 | $370.21 | ($1,294.79) |
| 2041 - Brex Credit Card (PH SUB) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 2000 - Card Credit** | **$63,792.15** | **($49,658.08)** | **$12,136.59** | **$106,129.11** | **$8,380.69** | **$55,561.33** | **$24,625.49** | **$20,346.79** | **$17,129.47** | **$26,722.01** | **$27,177.83** | **$18,459.13** | **$370.21** | **($1,294.79)** |
| **Total Credit Card** | **$63,792.15** | **($49,658.08)** | **$12,136.59** | **$106,129.11** | **$8,380.69** | **$55,561.33** | **$24,625.49** | **$20,346.79** | **$17,129.47** | **$26,722.01** | **$27,177.83** | **$18,459.13** | **$370.21** | **($1,294.79)** |
| **Other Current Liability** | | | | | | | | | | | | | | |
| **2200 - Accrued Inventory** | | | | | | | | | | | | | | |
| 2210 - Accrued Wine Purchases | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 2200 - Accrued Inventory** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **2400 - Other Current Liabilities** | | | | | | | | | | | | | | |
| 2402 - Gift Card/Credit Payable | $976,122.22 | $993,308.72 | $954,441.22 | $960,628.63 | $965,039.64 | $932,300.85 | $934,023.15 | $902,219.44 | $861,595.51 | $857,500.34 | $901,432.18 | $890,526.63 | $857,598.07 | $827,406.67 |
| 2403 - Sales Taxes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2420 - Other Accrued Expenses | ($337,491.15) | ($174,488.64) | $230,209.93 | $331,882.20 | $312,989.42 | $238,601.27 | $292,444.47 | $172,383.78 | $92,080.24 | $301,671.40 | $248,223.23 | $177,282.02 | $197,306.71 | $214,816.28 |
| **Total - 2400 - Other Current Liabilities** | **$638,631.07** | **$818,820.08** | **$1,184,651.15** | **$1,292,510.83** | **$1,278,029.06** | **$1,170,902.12** | **$1,226,467.62** | **$1,074,603.22** | **$953,675.75** | **$1,159,171.74** | **$1,149,655.41** | **$1,067,808.65** | **$1,054,904.78** | **$1,042,222.95** |
| 2426 - Deferred Revenue Sales Transaction | $15,797,973.72 | $16,239,684.37 | $16,557,610.72 | $16,825,780.13 | $17,101,072.10 | $17,483,605.79 | $17,970,220.42 | $18,388,502.58 | $18,943,138.58 | $19,175,199.05 | $19,548,601.36 | $18,617,415.26 | $18,536,782.53 | $18,640,849.33 |
| 2430 - Deferred Revenue Other | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 | $31,646.73 |
| **Total Other Current Liability** | **$16,468,251.52** | **$17,090,151.18** | **$17,773,908.60** | **$18,149,937.69** | **$18,410,747.89** | **$18,686,154.64** | **$19,228,334.77** | **$19,494,752.53** | **$19,928,461.06** | **$20,366,017.52** | **$20,729,903.50** | **$19,716,870.64** | **$19,623,334.04** | **$19,714,719.01** |
| **Total Current Liabilities** | **$58,365,545.62** | **$61,770,530.71** | **$64,573,558.15** | **$65,867,900.69** | **$67,272,913.29** | **$68,774,249.37** | **$70,501,292.98** | **$72,253,126.32** | **$74,238,601.91** | **$76,113,267.92** | **$77,921,512.80** | **$78,490,093.65** | **$79,378,654.69** | **$80,380,661.80** |
| **Equity** | | | | | | | | | | | | | | |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Retained Earnings | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,957,504.35) | ($5,697,103.96) | ($5,697,103.96) |
| Net Income | $73,449.79 | $83,214.48 | $124,305.46 | $249,048.10 | $133,199.65 | $137,296.83 | $123,675.53 | $150,316.15 | $165,112.19 | $146,138.81 | $168,378.57 | $260,400.39 | $42,481.02 | $188,979.24 |
| **Total Equity** | **($5,884,054.56)** | **($5,874,289.87)** | **($5,833,198.89)** | **($5,708,456.25)** | **($5,824,304.70)** | **($5,820,207.52)** | **($5,833,828.82)** | **($5,807,188.20)** | **($5,792,392.16)** | **($5,811,365.54)** | **($5,789,125.78)** | **($5,697,103.96)** | **($5,654,622.94)** | **($5,508,124.72)** |
| **Total Liabilities & Equity** | **$52,481,491.06** | **$55,896,240.84** | **$58,740,359.26** | **$60,159,444.44** | **$61,448,608.59** | **$62,954,041.85** | **$64,667,464.16** | **$66,445,938.12** | **$68,446,209.75** | **$70,301,902.38** | **$72,132,387.02** | **$72,792,989.69** | **$73,724,031.75** | **$74,872,537.08** |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| check | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |