# **EXHIBIT G**

**(Underground Enterprises Balance Sheet as of end of February 2023)**

**Underground Cellar**
**Underground Cellar**
**Comparative Balance Sheet**
**End of Feb 2023**

Options: Activity Only

| Financial Row | As of Jan 2022 | As of Feb 2022 | As of Mar 2022 | As of Apr 2022 | As of May 2022 | As of Jun 2022 | As of Jul 2022 | As of Aug 2022 | As of Sep 2022 | As of Oct 2022 | As of Nov 2022 | As of Dec 2022 | As of Jan 2023 | As of Feb 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | | | | | | | | | |
| **Current Assets** | | | | | | | | | | | | | | |
| **Bank** | | | | | | | | | | | | | | |
| **1100 - Cash & Cash Equivalents** | | | | | | | | | | | | | | |
| 1102 - SVB UC COLLATERAL MMA 9993 | $0.00 | $0.00 | $0.00 | $0.00 | $325,000.00 | $325,000.00 | $325,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $40,000.00 | $20,000.00 |
| 1103 - SVB UC COLLATERAL MMA 0009 | $0.00 | $0.00 | $0.00 | $0.00 | $500,000.00 | $500,000.00 | $500,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $210,000.00 | $45,000.00 |
| 1106 - Platinum Business Checking (6859) | $17,210.49 | $17,210.49 | $2,210.49 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 | $157.99 |
| 1110 - Wells Fargo Business Choice Checking (0924) | $67,620.47 | $103,122.88 | $10,829.85 | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) | ($53,758.02) |
| 1120 - Wells Fargo Business Platinum Savings (9646) | $1,562.02 | $1,662.03 | $1,762.04 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 | $696.70 |
| 1121 - SVB Underground Cellar Checking 3457 | $4,534,875.63 | $2,344,103.84 | $1,163,415.11 | $984,327.49 | $1,087,885.22 | $1,744,898.98 | $970,901.58 | $3,903,937.76 | $3,207,807.03 | $2,579,687.64 | $2,209,875.16 | $1,113,848.21 | $668,782.90 | $744,952.57 |
| 1130 - Airbase Money Out Clearing | ($102.10) | $6,073.38 | ($3,597.42) | ($4,832.40) | $209,307.79 | $154,806.56 | $13,312.60 | $22,678.73 | $203,949.89 | $37,243.82 | $67,328.45 | $101,150.30 | $122,791.65 | $119,025.35 |
| 1198 - Bill.com Money Out Clearing (UC SUB) | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $5,152.38 | $10,912.38 | $11,237.47 |
| 1199 - Payroll Clearing | $151.73 | $151.73 | ($23,301.46) | ($23,301.46) | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 | $151.73 |
| **Total - 1100 - Cash & Cash Equivalents** | **$4,626,470.62** | **$2,477,476.73** | **$1,156,470.99** | **$908,442.68** | **$2,074,593.79** | **$2,677,106.32** | **$1,761,614.96** | **$4,129,017.27** | **$3,614,157.70** | **$2,819,332.24** | **$2,479,604.39** | **$1,417,399.29** | **$999,735.33** | **$887,463.79** |
| **Total Bank** | **$4,626,470.62** | **$2,477,476.73** | **$1,156,470.99** | **$908,442.68** | **$2,074,593.79** | **$2,677,106.32** | **$1,761,614.96** | **$4,129,017.27** | **$3,614,157.70** | **$2,819,332.24** | **$2,479,604.39** | **$1,417,399.29** | **$999,735.33** | **$887,463.79** |
| **Accounts Receivable** | | | | | | | | | | | | | | |
| **1200 - Receivables** | | | | | | | | | | | | | | |
| 1205 - Accounts Receivable | $12,088.80 | $12,088.80 | $12,088.80 | $12,088.80 | $26,690.70 | $26,690.70 | $93,963.80 | $126,189.90 | $172,070.90 | $216,694.50 | $251,951.90 | $122,430.20 | $119,293.40 | $118,288.40 |
| 1210 - Other Receivables | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,743.13 | $1,743.13 | $1,743.13 | $0.13 | $0.13 | $0.13 | $0.13 | $0.13 | $0.13 |
| 1212 - Related Party Receivable | $38,840,812.73 | $41,624,901.99 | $43,922,760.18 | $44,848,559.46 | $46,683,329.96 | $48,911,054.54 | $49,945,556.62 | $51,261,884.34 | $52,815,758.76 | $54,162,057.98 | $55,647,588.15 | $57,373,886.80 | $58,538,345.62 | $59,504,102.76 |
| **Total - 1200 - Receivables** | **$38,852,901.53** | **$41,636,990.79** | **$43,934,848.98** | **$44,860,648.26** | **$46,710,020.66** | **$48,939,488.37** | **$50,041,263.55** | **$51,389,817.37** | **$52,987,829.79** | **$54,378,752.61** | **$55,899,540.18** | **$57,496,317.13** | **$58,657,639.15** | **$59,622,391.29** |
| **Total Accounts Receivable** | **$38,852,901.53** | **$41,636,990.79** | **$43,934,848.98** | **$44,860,648.26** | **$46,710,020.66** | **$48,939,488.37** | **$50,041,263.55** | **$51,389,817.37** | **$52,987,829.79** | **$54,378,752.61** | **$55,899,540.18** | **$57,496,317.13** | **$58,657,639.15** | **$59,622,391.29** |
| **Other Current Asset** | | | | | | | | | | | | | | |
| **1250 - Other Current Assets** | | | | | | | | | | | | | | |
| 1260 - Employee Advances | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total - 1250 - Other Current Assets** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| **1400 - Prepaid Expenses** | | | | | | | | | | | | | | |
| 1405 - Prepaid Rent | $82,823.62 | $82,823.62 | $82,823.62 | $43,132.92 | $1,701.82 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 | $43,132.92 |
| 1409 - Prepaid Marketing | $48,649.76 | $40,878.51 | $37,432.00 | $79,132.00 | $165,556.04 | $171,594.80 | $17,232.32 | $11,082.13 | $9,250.01 | $8,093.76 | $6,937.31 | $5,781.26 | $4,625.01 | $3,468.76 |
| 1410 - Prepaid Insurance | $33,234.17 | $28,345.33 | $51,027.58 | $46,030.82 | $41,034.06 | $34,101.82 | $27,471.49 | $22,333.58 | $17,195.67 | $12,057.76 | $6,919.85 | $4,613.27 | $2,306.69 | ($0.00) |
| 1415 - Other Prepaid Expenses | $144,639.39 | $67,358.05 | $81,175.80 | $67,014.32 | $91,556.09 | $103,219.72 | $90,838.19 | $105,323.72 | $104,408.12 | $100,727.52 | $103,200.46 | $168,342.93 | $67,626.38 | $50,264.53 |
| **Total - 1400 - Prepaid Expenses** | **$309,346.94** | **$219,405.51** | **$252,459.00** | **$235,310.06** | **$299,848.01** | **$352,049.26** | **$178,674.92** | **$181,872.35** | **$173,986.72** | **$164,011.96** | **$160,190.74** | **$221,870.38** | **$117,691.00** | **$96,866.21** |
| **Total Other Current Asset** | **$309,346.94** | **$219,405.51** | **$252,459.00** | **$235,310.06** | **$299,848.01** | **$352,049.26** | **$178,674.92** | **$181,872.35** | **$173,986.72** | **$164,011.96** | **$160,190.74** | **$221,870.38** | **$117,691.00** | **$96,866.21** |
| **Total Current Assets** | **$43,788,719.09** | **$44,333,873.03** | **$45,343,778.97** | **$46,004,401.00** | **$49,084,462.46** | **$51,968,643.95** | **$51,981,553.43** | **$55,700,706.99** | **$56,775,974.21** | **$57,362,096.81** | **$58,539,335.31** | **$59,135,586.80** | **$59,775,065.48** | **$60,606,721.29** |
| **Fixed Assets** | | | | | | | | | | | | | | |
| **1500 - Fixed Assets** | | | | | | | | | | | | | | |
| 1505 - Computer Equipment | $31,717.63 | $33,802.28 | $38,262.02 | $38,282.00 | $38,282.00 | $38,282.00 | $38,013.00 | $37,258.00 | $36,861.50 | $36,861.50 | $36,861.50 | $36,861.50 | $36,861.50 | $36,861.50 |
| 1510 - Furniture & Equipment | $298,315.85 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 | $298,553.94 |
| 1515 - Leasehold Improvements | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 | $109,293.84 |
| **Total - 1500 - Fixed Assets** | **$439,327.32** | **$441,650.06** | **$446,109.80** | **$446,129.78** | **$446,129.78** | **$446,129.78** | **$445,860.78** | **$445,105.78** | **$444,709.28** | **$444,709.28** | **$444,709.28** | **$444,709.28** | **$444,709.28** | **$444,709.28** |
| **1600 - Accumulated Depreciation** | | | | | | | | | | | | | | |
| 1605 - A/D Computer Equipment | ($44,208.28) | ($44,208.28) | ($76,668.08) | ($76,668.08) | ($76,668.08) | ($106,424.56) | ($106,424.56) | ($106,424.56) | ($133,877.51) | ($133,877.51) | ($133,877.51) | ($161,330.46) | ($161,330.46) | ($161,330.46) |
| 1610 - A/D Furniture & Equipment | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) | ($12,383.95) |
| **Total - 1600 - Accumulated Depreciation** | **($56,592.23)** | **($56,592.23)** | **($89,052.03)** | **($89,052.03)** | **($89,052.03)** | **($118,808.51)** | **($118,808.51)** | **($118,808.51)** | **($146,261.46)** | **($146,261.46)** | **($146,261.46)** | **($173,714.41)** | **($173,714.41)** | **($173,714.41)** |
| **Total Fixed Assets** | **$382,735.09** | **$385,057.83** | **$357,057.77** | **$357,077.75** | **$357,077.75** | **$327,321.27** | **$327,052.27** | **$326,297.27** | **$298,447.82** | **$298,447.82** | **$298,447.82** | **$270,994.87** | **$270,994.87** | **$270,994.87** |
| **Other Assets** | | | | | | | | | | | | | | |
| **1900 - Other Non-Current Assets** | | | | | | | | | | | | | | |
| 1905 - Long Term Deposits | $148,199.78 | $148,199.78 | $148,199.78 | $148,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $168,199.78 | $142,740.42 | $142,740.42 |
| 1910 - Start Up Costs | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 | $395,117.05 |
| 1911 - A/A Start Up Costs | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) | ($37,265.16) |
| **Total - 1900 - Other Non-Current Assets** | **$506,051.67** | **$506,051.67** | **$506,051.67** | **$506,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$526,051.67** | **$500,592.31** | **$500,592.31** |
| **1950 - Intangible Assets** | | | | | | | | | | | | | | |
| 1955 - Intellectual Property | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 | $3,125.00 |
| 1965 - Website Development | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 | $45,000.00 |
| 1970 - A/A Intangible Assets | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) | ($45,000.00) |
| **Total - 1950 - Intangible Assets** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** | **$3,125.00** |
| **Total Other Assets** | **$509,176.67** | **$509,176.67** | **$509,176.67** | **$509,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$529,176.67** | **$503,717.31** | **$503,717.31** |
| **Total ASSETS** | **$44,680,630.85** | **$45,228,107.53** | **$46,210,013.41** | **$46,870,655.42** | **$49,970,716.88** | **$52,825,141.89** | **$52,837,782.37** | **$56,556,180.93** | **$57,603,598.70** | **$58,189,721.30** | **$59,366,959.80** | **$59,935,758.34** | **$60,549,777.66** | **$61,381,433.47** |
| **Liabilities & Equity** | | | | | | | | | | | | | | |
| **Current Liabilities** | | | | | | | | | | | | | | |
| **Accounts Payable** | | | | | | | | | | | | | | |
| **2100 - Accounts Payable** | | | | | | | | | | | | | | |

| Account | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2105 - Accounts Payable Trade | $725,552.17 | $760,659.65 | $438,022.84 | $770,237.38 | $1,259,283.47 | $984,627.81 | $566,306.03 | $526,907.36 | $516,307.71 | $465,019.09 | $508,872.31 | $638,466.60 | $589,642.05 | $474,330.43 |
| 2110 - Accrued Shipping & Packaging | $48,392.00 | $20,821.60 | $44,658.93 | $10,502.00 | $11,176.00 | $0.00 | $22,168.04 | ($37,009.40) | $49,020.00 | ($0.00) | ($0.00) | ($0.00) | ($0.00) | ($0.00) |
| 2115 - Related Party Payable | $38,235,495.21 | $40,470,389.79 | $42,783,521.40 | $44,394,704.00 | $45,956,693.36 | $47,706,001.98 | $49,155,681.14 | $50,832,281.86 | $52,608,861.70 | $53,960,861.98 | $55,732,025.66 | $56,960,035.60 | $58,059,452.04 | $59,272,421.73 |
| **Total - 2100 - Accounts Payable** | **$39,009,439.38** | **$41,251,871.04** | **$43,266,203.17** | **$45,175,443.38** | **$47,227,152.83** | **$48,690,629.79** | **$49,744,155.21** | **$51,322,179.82** | **$53,174,189.41** | **$54,425,881.07** | **$56,240,897.97** | **$57,598,502.20** | **$58,649,094.09** | **$59,746,752.16** |
| **Total Accounts Payable** | **$39,009,439.38** | **$41,251,871.04** | **$43,266,203.17** | **$45,175,443.38** | **$47,227,152.83** | **$48,690,629.79** | **$49,744,155.21** | **$51,322,179.82** | **$53,174,189.41** | **$54,425,881.07** | **$56,240,897.97** | **$57,598,502.20** | **$58,649,094.09** | **$59,746,752.16** |
| **Credit Card** | | | | | | | | | | | | | | |
| 2000 - Card Credit | | | | | | | | | | | | | | |
| 2010 - Airbase Physical Card Credit | $407,636.67 | $110,109.80 | $437,418.11 | $77,091.74 | $226,895.17 | $3,605.67 | $9,237.60 | $8,569.68 | $4,235.83 | $3,170.40 | $2,174.46 | ($1,797.31) | ($5,225.68) | ($6,280.68) |
| 2020 - Airbase Virtual Card Credit | $73,685.78 | $4,495.20 | $9,026.70 | $494,292.40 | $212,601.85 | $250,721.81 | $101,726.23 | $104,142.36 | $106,409.32 | $95,921.28 | $100,723.66 | $99,728.24 | $82,158.60 | $82,035.54 |
| 2040 - Brex Credit Card | $39,901.46 | $41,119.46 | $80,428.82 | $149,615.00 | $180,603.67 | $58,454.19 | $128,039.04 | $138,619.34 | $141,784.56 | $149,225.50 | $165,037.55 | $80,315.11 | $43,126.60 | $47,873.97 |
| **Total - 2000 - Card Credit** | **$521,223.91** | **$155,724.46** | **$526,873.63** | **$720,999.14** | **$620,100.69** | **$312,781.67** | **$239,002.87** | **$251,331.38** | **$252,429.71** | **$248,317.18** | **$267,935.67** | **$178,246.04** | **$120,059.52** | **$123,628.83** |
| **Total Credit Card** | **$521,223.91** | **$155,724.46** | **$526,873.63** | **$720,999.14** | **$620,100.69** | **$312,781.67** | **$239,002.87** | **$251,331.38** | **$252,429.71** | **$248,317.18** | **$267,935.67** | **$178,246.04** | **$120,059.52** | **$123,628.83** |
| **Other Current Liability** | | | | | | | | | | | | | | |
| 2200 - Accrued Inventory | | | | | | | | | | | | | | |
| 2220 - Accrued Shipping & Packaging | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 | $149,516.51 |
| **Total - 2200 - Accrued Inventory** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** | **$149,516.51** |
| 2300 - Accrued Compensation and Related | | | | | | | | | | | | | | |
| 2305 - Deferred SS Payroll Taxes | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 | $73,575.46 |
| 2310 - Accrued Compensation | $0.00 | $34,343.15 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2315 - Employee Benefits Liability | ($13,712.54) | $21,472.59 | ($14,281.11) | $20,759.15 | $18,633.53 | $14,167.49 | $12,094.84 | $13,161.59 | $10,763.82 | $12,946.27 | $7,090.88 | $1,522.24 | ($3,908.84) | $1,325.90 |
| 2320 - 401k Liability | $25,748.24 | $24,162.42 | $24,683.06 | $26,101.46 | $27,491.13 | $21,048.42 | $20,662.49 | $19,090.51 | $16,580.40 | $20,274.38 | $21,400.96 | $36,176.28 | $10,417.69 | $7,550.85 |
| **Total - 2300 - Accrued Compensation and Related** | **$85,611.16** | **$153,553.62** | **$83,977.41** | **$120,436.07** | **$119,700.12** | **$108,791.37** | **$106,332.79** | **$105,827.56** | **$100,919.68** | **$106,796.11** | **$102,067.30** | **$111,273.98** | **$80,084.31** | **$82,452.21** |
| 2400 - Other Current Liabilities | | | | | | | | | | | | | | |
| 2410 - Accrued Interest | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 | $11,286.06 |
| 2420 - Other Accrued Expenses | $99,967.33 | $99,967.33 | $99,967.33 | $99,967.33 | $99,967.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 | $93,217.33 |
| 2421 - Accrued Operating Expense | $106,197.00 | $128,836.00 | $184,466.00 | $108,814.00 | $134,747.77 | $100,896.50 | $84,560.00 | $91,843.00 | $83,101.00 | $167,581.00 | $157,929.62 | $159,298.10 | $102,202.00 | $71,086.13 |
| 2440 - Refunds Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($16,242.44) | ($21,815.82) | ($24,759.10) |
| **Total - 2400 - Other Current Liabilities** | **$217,450.39** | **$240,089.39** | **$295,719.39** | **$220,067.39** | **$246,001.16** | **$205,399.89** | **$189,063.39** | **$196,346.39** | **$187,604.39** | **$272,084.39** | **$262,433.01** | **$247,559.05** | **$184,889.57** | **$150,830.42** |
| 2500 - Short Term Debt | | | | | | | | | | | | | | |
| 2520 - SVB CAC Term Loan | $476,363.65 | $416,818.20 | $357,272.75 | $297,727.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2530 - TriplePoint Loan | | | | | | | | | | | | | | |
| 2530 - TriplePoint Loan | $0.00 | $0.00 | $0.00 | $0.00 | $3,000,000.00 | $5,000,000.00 | $5,000,000.00 | $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $8,000,000.00 | $8,000,000.00 |
| 2532 - Accrued Interest | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($44,858.51) | $3,794.28 | $8,794.28 | ($0.00) | ($0.00) | ($0.00) |
| **Total - 2530 - TriplePoint Loan** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,000,000.00** | **$5,000,000.00** | **$5,000,000.00** | **$8,000,000.00** | **$7,955,141.49** | **$8,003,794.28** | **$8,008,794.28** | **$8,000,000.00** | **$8,000,000.00** | **$8,000,000.00** |
| 2531 - Launch Loan | | | | | | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 | $892,565.00 |
| **Total - 2500 - Short Term Debt** | **$476,363.65** | **$416,818.20** | **$357,272.75** | **$297,727.30** | **$3,000,000.00** | **$5,892,565.00** | **$5,892,565.00** | **$8,892,565.00** | **$8,847,706.49** | **$8,896,359.28** | **$8,901,359.28** | **$8,892,565.00** | **$8,892,565.00** | **$8,892,565.00** |
| **Total Other Current Liability** | **$928,941.71** | **$959,977.72** | **$886,486.06** | **$787,747.27** | **$3,515,217.79** | **$6,356,272.77** | **$6,337,477.69** | **$9,344,255.46** | **$9,285,747.07** | **$9,424,756.29** | **$9,415,376.10** | **$9,400,914.54** | **$9,307,055.39** | **$9,275,364.14** |
| **Total Current Liabilities** | **$40,459,605.00** | **$42,367,573.22** | **$44,679,562.86** | **$46,684,189.79** | **$51,362,471.31** | **$55,359,684.23** | **$56,320,635.77** | **$60,917,766.66** | **$62,712,366.19** | **$64,098,954.54** | **$65,924,209.74** | **$67,177,662.78** | **$68,076,209.00** | **$69,145,745.13** |
| **Long Term Liabilities** | | | | | | | | | | | | | | |
| 2700 - Long Term Debt | | | | | | | | | | | | | | |
| 2705 - Loan Payable - EIDL (Non-current) | $199,900.00 | $199,900.00 | $199,900.00 | $199,900.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2708 - Loan Payable - PPP (Non-current) | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 | $190,782.00 |
| 2715 - Series A-1 (SAFE) | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 | $4,875,000.00 |
| **Total - 2700 - Long Term Debt** | **$5,265,682.00** | **$5,265,682.00** | **$5,265,682.00** | **$5,265,682.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** |
| 2750 - Security Deposit Refundable | $13,000.00 | $13,000.00 | $13,000.00 | $13,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Long Term Liabilities** | **$5,278,682.00** | **$5,278,682.00** | **$5,278,682.00** | **$5,278,682.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** | **$5,065,782.00** |
| **Equity** | | | | | | | | | | | | | | |
| 3300 - Equity | | | | | | | | | | | | | | |
| 3305 - Common Stock | $2,140,469.71 | $2,140,469.71 | $2,140,469.71 | $2,140,469.71 | $2,140,469.79 | $2,140,469.79 | $2,140,469.79 | $2,161,301.01 | $2,161,304.18 | $2,161,304.18 | $2,161,304.18 | $2,161,304.18 | $2,161,304.18 | $2,161,304.18 |
| 3310 - Preferred Stock - Series Seed | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 | $12,480,823.25 |
| 3312 - Preferred Stock - Series Seed 1 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 | $50,135.82 |
| 3314 - Preferred Stock - Series Seed 2 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 | $12,533.95 |
| 3315 - Issuance Costs | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) | ($261,945.30) |
| 3320 - APIC | $350,000.00 | $350,000.00 | $350,000.00 | $350,000.00 | $350,749.92 | $350,749.92 | $350,749.92 | $350,752.00 | $397,008.93 | $397,008.93 | $397,008.93 | $397,008.93 | $397,008.93 | $397,008.93 |
| **Total - 3300 - Equity** | **$14,772,017.43** | **$14,772,017.43** | **$14,772,017.43** | **$14,772,017.43** | **$14,772,767.43** | **$14,772,767.43** | **$14,772,767.43** | **$14,793,600.73** | **$14,839,860.83** | **$14,839,860.83** | **$14,839,860.83** | **$14,839,860.83** | **$14,839,860.83** | **$14,839,860.83** |
| Retained Earnings | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($14,407,941.80) | ($27,147,547.27) | ($27,147,547.27) |
| Net Income | ($1,421,731.78) | ($2,782,223.32) | ($4,112,307.08) | ($5,456,292.00) | ($6,822,362.06) | ($7,965,149.97) | ($8,913,461.03) | ($9,813,026.66) | ($10,606,468.52) | ($11,406,934.27) | ($12,054,950.97) | ($12,739,605.47) | ($284,526.90) | ($522,407.22) |
| **Total Equity** | **($1,057,656.15)** | **($2,418,147.69)** | **($3,748,231.45)** | **($5,092,216.37)** | **($6,457,536.43)** | **($7,600,324.34)** | **($8,548,635.40)** | **($9,427,367.73)** | **($10,174,549.49)** | **($10,975,015.24)** | **($11,623,031.94)** | **($12,307,686.44)** | **($12,592,213.34)** | **($12,830,093.66)** |
| **Total Liabilities & Equity** | **$44,680,630.85** | **$45,228,107.53** | **$46,210,013.41** | **$46,870,655.42** | **$49,970,716.88** | **$52,825,141.89** | **$52,837,782.37** | **$56,556,180.93** | **$57,603,598.70** | **$58,189,721.30** | **$59,366,959.80** | **$59,935,758.34** | **$60,549,777.66** | **$61,381,433.47** |
| check | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |