# EXHIBIT H

**(Insurance Summary)**

**Phoeno Wine Company, Inc.**



# ONE PAGE SUMMARY OF INSURANCE
*06/17/2022 to 06/17/2023 (unless otherwise stated below)*

| COMMERCIAL PACKAGE<br>POLICY NO. BKW63301993<br>West American Insurance Company<br>PREMIUM: $31,873.00 ||
|---|---:|
| **PROPERTY:** ||
| Scheduled Locations | Loc #01:1166 Commerce Blvd Ste D American Canyon, CA 94503<br>Loc #02:1562 Airport Blvd Ste A Napa, CA 94558 |
| Business Personal Property | Loc #01: $10,500,000<br>Loc #02: $157,500 |
| Business Income/Extra Expense | Loc #01: $2,080,000 |
| **DEDUCTIBLE** ||
| All Property | $5,000 |
| **GENERAL LIABILITY:** ||
| Each Occurrence | $1,000,000 |
| General Aggregate | $2,000,000 |
| Personal Injury and Advertising Liability | $1,000,000 |
| Products and Completed Operations Aggregate | $2,000,000 |
| Fire Legal Liability | $500,000 |
| Medical Payments | $15,000 |
| **INLAND MARINE:** ||
| Catastrophe Limit | $250,000 |
| Carrier for Hire | $250,000 |
| Additional Debris Removal Expenses | $5,000 |
| Pollutant Cleanup and Removal | $10,000 |
| Deductible | $1,000 |
| **AUTOMOBILE LIABILITY**<br>POLICY NO. BAS63301993<br>POLICY TERM: 03/01/2023 to 03/01/2024<br>Ohio Security Insurance Company<br>PREMIUM: $6,314.00 ||
| Bodily Injury and Property Damage Combined Single Limit for Non-Owned and Hired Vehicles | $1,000,000 |
| Uninsured Motorists | $1,000,000 |
| Physical Damage | ACV |
| Auto Medical Payments | $5,000 |
| **DEDUCTIBLES** ||
| Comprehensive | $3,000 |
| Collision | $3,000 |

| UMBRELLA LIABILITY<br>POLICY NO. USA63301993<br>American Fire and Casualty Company<br>PREMIUM: $3,081.00 ||
|---|---:|
| Umbrella Coverage Aggregate | $4,000,000 |
| Products/Completed Operations Aggregate | $4,000,000 |
| Each Occurrence | $4,000,000 |
| Self-Insured Retention | $10,000 |
| **DIRECTORS & OFFICERS LIABILITY - PRIMARY**<br>POLICY NO. EKS3419606<br>POLICY TERM: 02/26/2022 to 06/26/2023<br>Scottsdale Insurance Company<br>PREMIUM: $22,658.90 (Including fees and taxes)<br>Prepaid 1 year-runoff premium $16,667.70 incepts at change of control ||
| **Claims Made Policy** ||
| D&O Limit | $3,000,000 |
| **RETENTION** ||
| D&O, each claim | $25,000 |
| **EXCESS DIRECTORS & OFFICERS LIABILITY - 1st LAYER**<br>POLICY NO. CDX42608921<br>POLICY TERM: 02/26/2022 to 06/26/2023<br>Argonaut Insurance Company<br>PREMIUM: $13,952 (Including fees and taxes)<br>Prepaid 1 year-runoff premium $10,000 incepts at change of control ||
| **Claims Made Policy** ||
| Excess D&O Limit | $2,000,000 Excess $3,0000,000 D&O Limit |

This summary contains confidential information proprietary to ABD Insurance & Financial Services. Circulation, reproduction or disclosure of this material is prohibited without the written consent of ABD Insurance and Financial Services. This summary is a highlight of the coverages and limits in force upon the date of publication. It is not meant to be all inclusive. Refer to the actual policy(ies) for all terms, conditions, extensions, and exclusions. Changes in coverages or limits made after publication date are not included.



**Underground Cellar**

# ONE PAGE SUMMARY OF INSURANCE
*12/29/2022 to 12/29/2023 (unless otherwise stated below)*

| **MANAGEMENT LIABILITY** |  |
|---|---|
| **DIRECTORS & OFFICERS** | |
| **POLICY NO. CDO4256247-1** | |
| **Peleus Insurance Company** | |
| **PREMIUM: $15,711.55 (Including taxes & fees)** | |
| **Prepaid 1 year-runoff premium $23,280.50 incepts at change of control** | |
| **Claims Made Policy** | |
| D&O limit | $2,000,000 |
| **RETENTION** | |
| D&O, each claim | $25,000 |

| **MANAGEMENT LIABILITY** |  |
|---|---|
| **EXCESS DIRECTORS & OFFICERS – 1st LAYER** | |
| **POLICY NO. 652389565** | |
| **Continental Casualty Company** | |
| **PREMIUM: $11,974** | |
| **Prepaid 1 year-runoff premium $17,961 incepts at change of control** | |
| **Claims Made Policy** | |
| Excess D&O limit | $2,000,000 excess of $2,000,000 D&O limit |

| **MANAGEMENT LIABILITY** |  |
|---|---|
| **EXCESS DIRECTORS & OFFICERS – 2nd LAYER** | |
| **POLICY NO. 0313-1640** | |
| **Allied World Surplus Lines Insurance Company** | |
| **PREMIUM: $10,325.00 (Including taxes & fees)** | |
| **Prepaid 1 year-runoff premium $15,477 incepts at change of control** | |
| **Claims Made Policy** | |
| Excess D&O limit | $1,000,000 excess of $4,000,000 D&O limit |

This summary contains confidential information proprietary to ABD Insurance & Financial Services.  Circulation, reproduction or disclosure of this material is prohibited without the written consent of ABD Insurance and Financial Services. This summary is a highlight of the coverages and limits in force upon the date of publication. It is not meant to be all inclusive. Refer to the actual policy(ies) for all terms, conditions, extensions, and exclusions. Changes in coverages or limits made after publication date are not included.