CRAIG A. BURNETT, ESQ. ID. #118907
LAW OFFICE OF CRAIG A. BURNETT
3558 ROUND BARN BLVD., SUITE 200
SANTA ROSA, CALIFORNIA 95403
Telephone: (707) 523-3328
Email: cburnett@nomoredebt.com

Attorney for VP2 Solutions, LLC, Party in Interest

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In Re:** | Case No. 23-10554 (KBO) |
| | Chapter 7 |
| PHOENO WINE COMPANY, et.al., | |
| | Date: 10/5/23 |
| | Time: 3:00 p.m. (ET) |
| | Place: U.S. Bankruptcy Court |
| | 824 N. Market Street, 6th Floor, |
| Debtor(s) | Courtroom #3 |
| _____ | Wilmington, DE 19801 |

**OBJECTION TO TRUSTEE'S MOTION FOR AN ORDER (A) AUTHORIZING THE PRIVATE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) AUTHORIZING PURCHASER TO FULFILL EXISTING CUSTOMER ORDERS, (C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) AUTHORIZING THE TRUSTEE TO SERVE NOTICE OF THIS MOTION ON CUSTOMERS BY EMAIL, AND (E) GRANTING RELATED RELIEF**

VP2 SOLUTIONS, LLC, party in interest and "Potentially Interested Partner" in the above referenced Chapter 7 proceeding, objects to the motion of Trustee Don A. Beskrone, as follows:

1. VP2 Solutions, LLC (hereinafter "VP2"0) is one of the eight "Potentially Interest Partners, or PIP's" identified in Trustee's motion.

2. VP2 signed the nondisclosure agreement referred to in Trustee's motion and was given access to certain although somewhat limited, information. After review of Trustee's motion, and even based on that limited information provided by the Trustee, VP2 is prepared to make a higher and better offer of the estate's assets under the terms and conditions of the agreement by and between the Trustee and Liquid Lotus Corporation, pursuant to Local Rule 6004-1.

3. VP2 requests the opportunity to be granted access to certain other and further information that

it requested but was unable to obtain.  However, that notwithstanding, VP2 is still prepared to make a higher and better offer for these assets.

WHEREFORE, VP2 Solutions, LLC , party in interest and Potentially Interested Partner, objects to Trustee's motion, requests that this Court deny said motion, and for such relief as the Court deems just.

Date: 9/26/23 　　　　　　　　　　　　　　　　　　*/s/ Craig A. Burnett*
　　　　　　　　　　　　　　　　　　　　　　　　　　Craig A. Burnett, Attorney for
　　　　　　　　　　　　　　　　　　　　　　　　　　VP2 Solutions, LLC , Party in Interest