September 21, 2023

Clerk of the US Bankruptcy Court

824 North Market Street, 3rd Floor

Wilmington, DE  19801

Pleased be advised that I placed orders for wine with Underground Cellars on the following dates and amounts and never received shipments of any of the wine.

| Date | Amount |
| --- | --- |
| August 17, 2022 | $134.40 |
| August 17, 2022 | $144.00 |
| August 23, 2022 | $135.00 |
| September 8, 2022 | $510.00 |
| September 10, 2022 | $121.50 |
| September 24, 2022 | $118.00 |
| September 28, 2022 | $130.80 |
| November 9, 2022 | $ 99.00 |

Grant H. Davis

33 Upper Springs Rd.

Stowe, VT  05672

GHDavis1@att.net

203-953-6968