IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Phoeno Wine Company, Inc., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>Jointly Administered<br><br>Re: Dkt No. 183 |

**LIMITED OBJECTION BY LANDLORD TO SALE MOTION AND
PROPOSED ASSUMPTION AND ASSIGNMENT OF LEASE**

Biagi Bros, Inc. ("Landlord"), by its undersigned attorneys, submit this Limited Objection to the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* [D.I. 183](the "Sale Motion"). In support of this Objection, Landlord respectfully states:

**Preliminary Statement**

1. The Sale Motion seeks two aspects of relief of material concern to the Landlord: (a) to sell (the "Sale") certain wine located in the Premises (defined as the "Facility" in the underlying Asset Purchase Agreement ("APA")) and (b) to assume and assign the Lease to the Purchaser (the "Assumption/Assignment"). Landlord objects to the proposed sale of any wine located in the Facility and asserts its Warehousemen's Lien (defined below). Landlord also objects to the proposed Assumption/Assignment of the Lease pursuant to section 365 without Tenant/Purchaser first curing all pre-and post-petition amounts owed to Landlord under the

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{00036912. }

Lease. Landlord also reserves its right to demand adequate assurance of future performance. Without limitation, to the extent Landlord applies, or is required to apply, the Security Deposit it is holding to ensure the Debtor cures all defaults under the Lease, Landlord demands that such security deposit be replenished to ensure its credit risk is not elevated by the proposed assumption and assignment.

2. The APA provides, "The Purchaser and the landlord for the Facility shall have agreed on an assumption and assignment of the existing lease or a new commercial lease for the Facility, on such terms as the Purchaser may find reasonably acceptable." APA at 3.3. Landlord is willing to engage in such discussions with the Purchaser.

### Relevant Background

3. Prior to the Petition Date, Landlord and debtor Phoeno Wine Company, Inc. ("Debtor" or "Tenant") entered into a certain Sub-Sublease for Multiple Tenants dated October 28, 2021 (the "Lease")[2] for +106,202 sq. feet of warehouse and office space located within a +291,240 SF warehouse building located at 1166 Commerce Blvd., American Canyon, CA 94503 plus associated rights such as parking spaces. Lease at 1.2(b) (the "Premises"). Mr. Jeff Shaw signed the Lease on behalf of the Tenant as its President. A true and correct copy of the Lease is attached hereto as **Exhibit A**.

4. The term of the Lease expires on January 31, 2024. Lease at ¶ 1.3.

5. The current Base Rent is $ $101,954. Lease at ¶1.5.

6. Tenant is also responsible for its Share of Operating Expenses. Lease at 1.6.

7. The following information sets forth current amounts owed:

   Unpaid rents through 9/30/2023 = $210,280
   Unpaid rents due in advance for 10/2023 = $101,954
   Amount on deposit = ($105,140)

---

[2] Unless defined herein, capitalized terms shall have the meanings ascribed to them either in the Lease or APA.

| Date Due | Period Start | Period End | Amt O/S | Comment |
|---|---|---|---|---|
| 1/1/2023 | 1/1/2023 | 1/31/2023 | 3,186.00 | Short paid January rent |
| 2/1/2023 | 2/1/2023 | 2/28/2023 | 3,186.00 | Short paid February rent |
| 8/1/2023 | 8/1/2023 | 8/31/2023 | 101,954.00 | No rent payment received |
| 9/1/2023 | 9/1/2023 | 9/30/2023 | 101,954.00 | No rent payment received |
| 10/1/2023 | 10/1/2023 | 10/31/2023 | 101,954.00 | No rent payment received |
| | | | (105,140.00) | On deposit |

Landlord reserves the right to update and demand payment for all amounts owed as of the effective date of assignment of the Lease. The Lease further provides that a Party may be entitled to an award of its attorney's fees in certain circumstances. Lease at 11.

8. Payments of amounts owed by Tenant to Landlord are secured in at least two ways. First, Landlord holds a security deposit in the amount of $105,140 (the "Security Deposit"). Second, the amounts owed to Landlord are protected by certain California statutes copies of which are attached hereto as **Exhibit B** (together, the "Warehousemen's Lien"). Pursuant to the Warehousemen's Lien, Landlord asserts a lien on all wine stored at the Premises.

9. On May 1, 2023 (the "Petition Date"), the above-captioned debtors filed their respective voluntary petitions for relief under chapter 7 of title 11 of the United States Code ("Bankruptcy Code"). The Schedules are filed together with the voluntary petition. Schedule F does not list Landlord as a creditor of the Debtor. Schedule G does not list the Lease as an Unexpired Lease. See D.I. 1, p. 5380 of 5402.

10. Pursuant to the filed APA [D.I. 183-3; p. 41 of 62], the term "Facility" is defined as "the warehouse facility located at 1166 Commerce Blvd., Suite C & D, American Canyon, CA 94503." APA at 1.1(28). The APA defines Assets as "all wine, champagne and similar consumable alcoholic beverages **stored at the Facility** (the "Wine")." APA at 1.1(7)(**emphasis** added).

**OBJECTION**

11.     Absent an agreement with Purchaser, Landlord objects to the sale of any Assets located at the Premises pursuant to the Warehousemen's Lien and to the proposed assumption and assignment of the Lease pursuant to section 365 of the Bankruptcy Code absent payment of all amounts owed to Landlord under the Lease as of the effective date of assignment.  Landlord reserves all rights with respect to adequate assurance of future performance by Purchaser.

**WHEREFORE**, Landlord respectfully requests this Court enter such relief as is appropriate consistent with this Limited Objection and grant such other further relief that it deems just and appropriate under the circumstances.

Dated: October 4, 2023
         Wilmington, Delaware

Respectfully submitted,

**THE ROSNER LAW GROUP LLC**

By: /s/ *Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Counsel for Landlord*

{00036912. }                              4