CRAIG A. BURNETT, ESQ. Cal. Bar ID. #118907
LAW OFFICE OF CRAIG A. BURNETT
3558 ROUND BARN BLVD., SUITE 200
SANTA ROSA, CALIFORNIA 95403
Telephone: (707) 523-3328

Email: cburnett@nomoredebt.com

Attorney for Interested Party VP2 Solutions, LLC

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PHOENO WINE COMPANY, et al, | Case No. 23-10554 (KBO) <br> Chapter 7 <br><br> NOTICE OF WITHDRAWAL OF DOCUMENTS: DOCKET NOs. 235 and 236 |
| **Debtor(s).** | |

    Craig A. Burnett, counsel for Interested Party VP2 Solutions, LLC, hereby withdraws Documents No. 235 and 236.

Date: 10/4/23                                                  */s/ Craig A. Burnett*
                                                                  Craig A. Burnett, Attorney for Interested Party,
                                                                 VP2 Solutions, LLC