# EXHIBIT A

**Timothy Bergman**

---
SEP 26
---



**Timothy Bergman** • 5:40 PM

Hi Jeff,

Wanted to reach out to you regarding the purchase of UC/Phoeno assets out of BK. Thought you should hear it from us first, we submitted an overbid to the trustee today. Would like to offer a partnership to you to see if we can work together before we get into a bidding war. Please contact me at your earliest convenience any time of day. 707-400-3264

Tim

---
SEP 27
---



**Jeffrey Shaw** • 8:47 PM

Hi Tim, I am not amenable to colluding with you on our bids for the assets out of bankruptcy.



Write a message...

**From:** Jeffrey Shaw
**To:** Tim Bergman
**Subject:** Re: UndergroundVinePals
**Date:** Wednesday, September 27, 2023 2:46:28 PM

With all due respect, you can't afford me.

Also I am not amenable to colluding on our bids for the assets.

Best,
Jeff

Sent from my iPhone

> On Sep 27, 2023, at 10:58 AM, Tim Bergman <tim@vinepals.com> wrote:
>
> Jeff,
>
> We ended the phone call last night under the premise you would send me an email regarding "your needs (as an employee)/ as a partner" to define the 51/49 structure.
>
> We deferred to answer all of your questions until a later time. We'll get there, if we can agree on this first part.
>
> There are many ways to do this, but this structure is the most simple.
>
> 1. VP2 Solutions (holding company) purchases and holds the UC/Pheono assets from the trustee.
>
> 2. Liquid Lotus, Jeff Shaw, or whomever (it doesn't matter to me) owns 49% of VP2 Solutions for $600,000.
>
> 3. We will contribute capital on a 51/49 basis with the intention of bringing $10M-$20M+.
>
> 4. We acknowledge we can do this without one another (or respective teams). However, it is going to be far more cost efficient to work together than to bid against each other.
>
> 5. The only party that benefits from our competition is the BK estate.
>
> 6. We work all solutions together as a team. VP2 has final say (for now). We're reasonable.
>
> 7. Upon meeting agreed KPIs, VP2 is amenable to reducing its day-to-day role with a significantly reduced hands-on approach. Should Jeff Shaw wish to carry on, VP2 would consider an earlier exit to make room for majority stakeholder to execute their vision.
>
> 8. Friday, 9/29/2023 at 5pm is the deadline to agree to these terms in principle.
>
> VP2 is open to negotiating additional terms if necessary.
>
> Let's go!

Tim

On Tue, Sep 26, 2023 at 7:11 PM Jeffrey Shaw <jeff@shaw.vc> wrote:

> Hey man, was nice jamming with you
>
> Here's a preliminary list of questions I'd have in consideration of your offer to purchase a controlling stake in Liquid Lotus:
>
> (If you don't have conviction on any of these, or don't yet have it created, just let me know and we can strategize together on it)
>
> 1. What's your vision for the company, how does it differ from UC 1.0? Do you have a deck?
>
> 2. What are your financial projections for the business; how soon would we become profitable; and what is the burn required until we reach profitability
>
> 3. How much capital do you have access to to sustain the business, and at what terms. If equity, at what valuation/dilution; if debt, what's the repayment structure and timeline
>
> 4. Besides you, who are the other partners we'd be working with
>
> 5. Whats your view on the ideal compliance structure, especially as it relates to shipping permits
>
> 6. What's your view on the key operating roles we'd need, and which still need to be hired
>
> 7. Tell me about your background, and how it makes you best suited to lead the company
>
> 8. What's your customer acquisition strategy, what are the anticipated CAC, LTV, 1-year sales:CAC, and 1-year margin-LTV:CAC
>
> 9. Whats your plan for fulfillment, and do you have a shipping partner and what are your shipping rates
>
> 10. What's your view on an ideal liquidity event/exit strategy, and ideal timing
>
> 11. What do you envision the duties of my role being, what compensation

package can you offer, and what's the upfront cash payment you're willing to offer me as cash off the table

12. What questions didn't I ask that I should have?

Jeff

Sent from my iPhone

**Tim Bergman**
Chief Executive Officer



**The EASIEST way to buy wine.**

mobile: 707-400-3264
email: tim@vinepals.com

VinePals
Napa, CA

VinePals.com