**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| In re: Phoeno Wine Company, Inc., *et al*[1] Debtor. | Chapter 7 Case No. 23-10554 (KBO) (Jointly Administered) |
|---|---|

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 16, 2023 AT 9:30 A.M. (ET)**
**BEFORE THE HONORABLE KAREN B. OWENS**[2]

**THIS HEARING WILL BE CONDUCTED IN PERSON. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party is interested in observing the hearing; (iii) a party is proceeding in a claims allowance dispute on a pro se basis; (iv) an individual has a good faith health-related reason to participate remotely and has obtained permission from chambers to do so; or (v) other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**PLEASE NOTE: ALL INDIVIDUALS PARTICIPATING BY VIDEO MUST REGISTER AT LEAST TWO HOURS PRIOR TO THE HEARING AT THE PROVIDED LINK.**

https://debuscourts.zoomgov.com/meeting/register/vJIsc-GuqTopGn3kcZFHeyFcKuiBcKUz46k

**AFTER REGISTERING YOUR APPEARANCE BY ZOOM, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

## I. MATTER GOING FORWARD

1. Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief [D.I. 183; 9/12/2023]

   **Objection Deadline**: September 26, 2023 at 4:00 p.m. (ET) (extended by agreement with certain parties)

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

[2] The hearing with take place at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom No. 3, Wilmington, DE 19801.

**Objections/Responses**:

A. Joinder filed by Robert C. Robichaud [D.I. 203; 9/18/2023]

B. Response to Trustee's Motion and Motion for an Order Authorizing the Private Sale of Certain Assets Free and Clear of Liens filed by Langtry Farms, LLC [D.I. 215; 9/22/2023]

C. Informal Objection from Cuvee Wine Cellars [9/26/2023]

D. Memorandum of Law/Brief of the Ad Hoc Group of Wine Customers in Support of Motion Authorizing Sale of the Assets of Debtor [D.I. 217; 9/26/2023]

E. Opposition of TriplePoint Capital to Trustee's Motion to Sell Assets Free and Clear [D.I. 218; 9/26/2023]

F. Objection to Motion Authorizing Private Sale Filed by VP2 Solutions, LLC [D.I. 220; 9/26/2023]

G. Joinder of Brent Beckley to the Brief of the Ad Hoc Group of Wine Customers in Support of the Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief [D.I. 226; 9/28/2023]

H. Limited Objection by Landlord to Sale Motion and Proposed Assumption and Assignment of Lease [D.I. 247; 10/4/2023]

I. Limited Objection of Liquid Lotus Corporation and Jeffrey Shaw to the Participation of VP2 Solutions, LLC or Its Principals in the Sale of Substantially All of the Debtors' Assets [D.I. 252; 10/5/2023]

**Related Pleading(s):**

J. [SEALED] Affidavit/Declaration of Service regarding the Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief [D.I. 206; 9/19/2023]

K. Motion to File Under Seal regarding Affidavit of Service [D.I. 207; 9/19/2023]

L. (REDACTED) Affidavit of Service regarding the Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer

Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief [D.I. 208; 9/19/2023]

M. Omnibus Reply In Support Of Motion Of Don A. Beskrone, Chapter 7 Trustee, For An Order (A) Authorizing The Private Sale Of Certain Assets Free And Clear Of Liens, Claims, Interests, And Encumbrances, (B) Authorizing Purchaser To Fulfill Existing Customer Orders, (C) Authorizing Assumption And Assignment Of Certain Executory Contracts And Unexpired Leases, (D) Authorizing The Trustee To Serve Notice Of This Motion On Customers By Email, And (E) Granting Related Relief [D.I. 237; 10/3/2023]

N. Expedited Motion of TriplePoint Capital for Entry of an Order Granting Leave to File the Sur-Reply Filed by TriplePoint Private Venture Credit, Inc., TriplePoint Venture Growth BDC Corp., TriplePoint Venture Lending Fund, LLC [D.I. 241; 10/4/2023]

O. Order Shortening Notice Period and for Expedited Hearing to Consider Motion of TriplePoint Capital for Entry of an Order Granting Leave to File the Sur-Reply [D.I. 244; 10/4/2023]

P. Order Granting Motion of Landlord for Leave to File a Late Limited Objection to Sale Motion [D.I. 246; 10/4/2023]

Q. Re-Notice of Hearing on Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief [D.I. 256; 10/6/2023]

Status: The Bid Deadline was October 11, 2023 at 5:00 p.m. (ET). The Trustee has received three bids and will conduct an auction on October 13, 2023 beginning at 10:00 a.m. (ET). The hearing on this matter is going forward.

Dated: October 12, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7 Trustee to Phoeno Wine Company, Inc., et al*