**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Phoeno Wine Company, Inc., *et al.,*[1] | ) | Case No. 23-10554 (KBO) |
| Debtors. | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 220** |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 220**

**PLEASE TAKE NOTICE** that Docket No. 220, the *Objection to Trustee's Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of This Motion on Customers By Email, and (E) Granting Related Relief* is hereby withdrawn by VP2 Solutions, LLC.

Date:   October 13, 2023
      Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON** LLC


 */s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: whazeltine@sha-llc.com

and

Craig A. Burnett, Esq.
**ATTORNEY AT LAW**
3558 Round Barn Blvd., Suite 200
Santa Rosa, CA 95403
Tel: (707) 523-3328
Email: cburnett@nomoredebt.com

*Attorneys for VP2 Solutions, LLC*

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).