IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., et al[1]. | ) | Case No. 23-10554 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date:   October 16, 2023 at 9:30 a.m. (ET) |
| | ) | Objections Due: At the Hearing |

**NOTICE OF REVISED ORDER GRANTING MOTION OF DON A. BESKRONE, CHAPTER 7 TRUSTEE, FOR AN ORDER (A) AUTHORIZING THE PRIVATE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) <u>GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE** that on September 12, 2023, Don A. Beskrone, in his capacity as the duly appointed Chapter 7 trustee (the "<u>Trustee</u>") in the above-captioned cases and for the above-referenced debtors (collectively, the "<u>Debtors</u>"), by and through his undersigned counsel, Ashby & Geddes, P.A, filed the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* (the "<u>Motion</u>")[2] [D.I. 183] with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that on October 5, 2023, the Court held a Status Conference.  A *Re-Notice of Hearing o*n *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* was filed on September 6, 2023 [D.I. 256] (the "<u>Re-Notice of Hearing</u>") setting forth certain bidding deadlines and re-noticing the hearing on the Motion for October 16, 2023 at 9:30 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE**, that attached to the previously served Motion as Exhibit A was a proposed sale order (the "<u>Proposed Sale Order</u>").

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2023, the Trustee conducted

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Motion or Agreement, as applicable.

{01947648;v1 }    1

an Auction and selected TriplePoint Private Venture Credit Inc. ("Successful Bidder") as the party submitting the highest and best bid (the "Successful Bid"). The Trustee and the Successful Bidder have revised the Proposed Sale Order and Asset Purchase Agreement in accordance with the Successful Bid. The revised Proposed Sale Order including exhibits attached thereto (the "Revised Proposed Sale Order") is attached hereto as **Exhibit A**, which includes a copy of the Successful Bid as "Exhibit 1" to the Revised Proposed Sale Order. For convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Sale Order against the Proposed Sale Order is attached hereto as **Exhibit B**.

Dated: October 16, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com

*Counsel for Don A. Beskrone, Chapter 7 Trustee*