**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., et al. | ) | Case No. 23-10554 (KBO) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: November 7, 2023 at 1:00 p.m. (ET)** |
| | ) | **Objections Due: October 31, 2023 at 4:00 p.m. (ET)** |

**RE - NOTICE OF HEARING ON MOTION FOR AN ORDER (A) AUTHORIZING THE PRIVATE SALE OF CERTAIN ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES, (B) AUTHORIZING PURCHASER TO FULFILL EXISTING CUSTOMER ORDERS, (C) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES, (D) AUTHORIZING THE TRUSTEE TO SERVE NOTICE OF THIS MOTION ON CUSTOMERS BY EMAIL, AND (E) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the Chapter 7 Trustee, Don A. Beskrone (the "Trustee"), for the estates of the above-captioned debtors (the "Estates" or the "Debtors"), has filed the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* (the "Motion")[1] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3d Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion was previously served on you.

**PLEASE TAKE FURTHER NOTICE** that on October 13, 2023, the Trustee conducted an Auction and selected TriplePoint Private Venture Credit Inc. ("Successful Bidder") as the party submitting the highest and best bid (the "Successful Bid"). The Trustee and the Successful Bidder have revised the Proposed Sale Order and Asset Purchase Agreement in accordance with the Successful Bid. A copy of the Successful Bid is attached hereto as **Exhibit A** along with a redlined version marked against the bid of Liquid Lotus, LLC, which was attached to the Motion, is also attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the revised Proposed Sale Order (the "Revised Proposed Sale Order") is attached hereto as **Exhibit C**, along with a redlined version marked against the original Proposed Sale Order, which was attached to the Motion, is also attached hereto as **Exhibit D**.

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **October 31, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that replies to the objections, if any, must be (a) in writing and served on or before **November 7, 2023 at 4:00 p.m. (ET)** (the "Reply Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Reply Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** a hearing to consider approval of the Motion will be held on **November 7, 2023 at 1:00 p.m. ET** (the "Hearing") before the Honorable Karen B. Owens, United States Bankruptcy Judge for the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 6th Floor, Courtroom #3, Wilmington, DE 19801.

Dated: October 16, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*

Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Telephone: (302) 654-1888
Email: GTaylor@ashbygeddes.com

*Counsel to the Chapter 7 Trustee*