# Appendix 1

*List of Members of the Ad Hoc Group of Wine Customers*

| |
|---|
| Amber L. Adam |
| Andrew Priestes |
| Ashley Lucibello |
| Ben Switzer |
| Brace William Ginsler |
| Bradley Coppella |
| Brennan Bubp |
| Carl G. Yale |
| Carrie Ridge |
| Charles Siegel |
| Cheryl Evans Sibson |
| Dimitrios Malatos |
| Eric Brown |
| Frank Nocito |
| James Hannifin |
| James Ligori |
| Jeffrey L Shada |
| Jennifer Wheeler |
| Jim Helmers |
| John Andrew Fedorko |
| Jonathan Kiely |
| Kevin Koesters |
| Lonnie Boudreux |
| Maia Marusak |
| Matt Van Tassell |
| Melissa Blount |
| Michael Busch |
| Michael Costello |
| Michael J. Konowicz |
| Name |
| Nathan Inks |
| Nathan Palan |
| Orlando Browne |
| Prageeta Sharma |
| Rhoda DeMuth |
| Richmond C Douglas |

6

| |
|---|
| Samuel Weeman |
| Stephen Infantino |
| Stuart Ridge |
| Sue Linder |
| William Kim |