IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PHOENO WINE COMPANY, INC., et al.,[1] | Case No. 23-10554 (KBO) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 183 and 285** |

**JOINDER OF BRENT BECKLEY TO THE OBJECTION OF THE AD HOC
GROUP OF WINE CUSTOMERS TO THE REVISED MOTION AUTHORIZING
SALE OF THE ASSETS OF DEBTOR**

Brent Beckley, by and through his undersigned counsel, hereby files this Joinder (this "Joinder") to the Objection (the "Objection") [Dkt. No. 285] filed by the Ad Hoc Group of Wine Customers (the "Customer Group") to the Chapter 7 Trustee's (the "Trustee") motion for an order (i) authorizing the private sale of certain assets free and clear of liens, claims, interests and encumbrances to Liquid Lotus Corporation ("Liquid Lotus"), (ii) authorizing Liquid Lotus to fulfill existing customer orders, (iii) authorizing assumption and assignment of certain executory contracts and unexpired leases, (iv) authorizing the Trustee to serve notice of the Motion on customers by e-mail, and (v) granting related relief (the "Motion") [Dkt. No. 183].

1.  Brent Beckley ("Beckley") hereby joins in, adopts and incorporates the reasoning set forth in the Objection as though fully set forth herein.

2.  Beckley is an owner of certain wine that is currently in the possession of the Debtors and is stored at their leased premises (collectively, the "Stored Wine"). Beckley is further

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar ("Underground") (7930).

identified as a "Deficit Customer" in Debtor Phoeno Wine Company, Inc.'s ("Phoeno") schedules of assets and liabilities (the "Schedules").

    3.    Phoeno's Schedules, provide, in pertinent part:

> **Deficit Customer.** A "Deficit Customer" as identified in Schedule E is a Customer who has paid for more wine than is currently being stored for that Customer at the facility. For example, the Customer may have ordered $1000 worth of wine to be stored with the Debtor, but as of the Petition Date, only $600 of the ordered wine had been delivered to the Debtor for storage. That Customer would have a "Deficit" claim for the $400 of wine that had been paid for by the Customer but had not been delivered to the Debtor.

(Phoeno Explanatory Notes for Schedules [Dkt. No. 1]).

    4.    The Stored Wine is owned by Beckley and is not property of the estate, nor is it subject to any third-party lien.

    5.    Due to competing bids received by the Trustee in response to the Motion, on October 13, 2023, the Trustee conducted an auction of the Debtors' assets. At the conclusion of the auction bidding, the Trustee determined that the offer submitted by TriplePoint Private Venture Credit Inc. ("TriplePoint") was the highest and best offer received.

    6.    Because the proposed sale to TriplePoint compels Beckley (and similarly situated customers) to repurchase the Stored Wine at a discount in order to obtain possession (instead of the payment of costs contemplated by the sale to Liquid Lotus), Beckley objects to the Motion and respectfully requests that it be denied in its entirety.

*[Remainder of page left intentionally blank]*

7. Beckley expressly reserves all of his rights in all respects, including, without limitation, his right to supplement this Joinder and to move for additional and further relief.

Dated: October 31, 2023

          **SAUL EWING LLP**

       By:<u>*/s/ Paige N. Topper*</u>
         Mark Minuti (DE Bar No. 2659)
         Paige N. Topper (DE Bar No. 6470)
         1201 N. Market Street, Suite 2300
         P.O. Box 1266
         Wilmington, DE 19899
         Telephone: (302) 421-6800
         Email: Mark.Minuti@saul.com
            Paige.Topper@saul.com

         *Counsel for Brent Beckley*