## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC. et al., | ) | Case No. 23-10554-KBO |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Response Deadline: November 1, 2023** |
| | ) | **at 4:00 p.m. (EST)** |
| | ) | **Hearing Date: November 7, 2023 at** |
| | ) | **1:00 p.m. (EST)** |
| | ) | |

### JOINDER OF CREDITOR KEITH MCCORMICK IN THE
### BRIEF OF THE AD HOC GROUP OF WINE CUSTOMERS OPPOSING THE REVISED
### MOTION AUTHORIZING SALE OF THE ASSETS OF DEBTOR

NOW COMES Creditor Keith McCormick ("McCormick"), by and through his undersigned counsel, and hereby objects to the motion of Don A. Beskrone, the Chapter 7 trustee ("Trustee") for the sale of the assets of debtors Phoeno Wine Company, Inc. ("Phoeno") and Underground Enterprises, Inc. DBA Underground Cellar ("Underground Enterprises") (and jointly, the "Debtor"), as set forth in Docket # 183 (the "Sale Motion"), and as modified by the Revised Order filed by Trustee, as set forth in Docket #269.

### JOINDER

McCormick's holdings in the Debtor is estimated to be valued at approximately $35,000 which makes him one of the single largest Customer Creditor of the Debtors. McCormick takes the position that title to the wine he has purchased has been transferred to and is in the name of McCormick. In addition to this Objection, McCormick reserves all rights.

For his Objection, McCormick hereby joins in the Objection of the Ad Hoc Group of Wine Customers opposing the Revised Motion Authorizing Sale of the Assets of Debtor  (the "Ad Hoc Customer Group Objection") and hereby adopts and incorporates as if fully set forth herein the Ad Hoc Customer Group Objection.

## <u>WHEREFORE</u>

Based on the foregoing, McCormick hereby Objects to and requests that the Court deny the Sale Motion, and for such other additional relief as is just and equitable under the circumstances.

Respectfully submitted,

Dated:  November 1, 2023

*/s/Brian A. Sullivan*
Brian A. Sullivan
(DE Bar No.  Bar #2098)
**Werb & Sullivan**
1225 N. King Street, Suite 600
Wilmington, DE 19801
Phone: (302) 652-1100
Fax: (302) 652-1111
bsullivan@werbsullivan.com

*Attorney for Keith McCormick*