IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| PHOENO WINE COMPANY, INC., *et al.*,[1] | Case No. 23-10554 (KBO) |
| Debtors. | (Jointly Administered) |
| | Related to Docket No. 183, 269, and 285<br>Objection Deadline: October 31, 2023 at 4:00 p.m. (EST)[2]<br>Hearing Date: November 7, 2023 at 1:00 p.m. (EST) |

## JOINDER OF ROBERT FLOYD TO THE OBJECTION OF THE AD HOC GROUP OF WINE CUSTOMERS TO THE REVISED MOTION AUTHORIZING SALE OF THE ASSETS OF DEBTOR

Robert Floyd, by and through his undersigned counsel, hereby files this joinder (this "Joinder") to the objection (the "Objection") [Dkt. No. 285] filed by the Ad Hoc Group of Wine Customers (the "Customer Group") to the motion of Don. A Beskrone, the Chapter 7 trustee ("Trustee") for the sale of the assets of debtors Phoeno Wine Company, Inc. ("Phoeno") and Underground Enterprises, Inc. DBA Underground Cellar ("Underground Enterprises") (and jointly, the "Debtor"), as set forth in Dkt. # 183 (the "Sale Motion"), and as modified by the Revised Order filed by Trustee, as set forth in Dkt. #269.

1. Robert Floyd ("Mr. Floyd") hereby joins in, adopts and incorporates the reasoning set forth in the Objection as though fully set forth herein.

2. Like the individuals in the Customer Group, Mr. Floyd was a customer of the Debtor prior the Petition Date. Mr. Floyd is an owner of certain wine that is currently in the possession of the Debtors and is stored at their leased premises (collectively, the "Stored Wine").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

[2] The Trustee agreed to extend the objection deadline for Mr. Floyd until November 2, 2023 at 4:00 p.m. ET.

51262773.1 11/02/2023

3.      Prior to the Petition Date, Mr. Floyd downloaded a list of his Stored Wine from the Debtor's website before the Debtor filed for bankruptcy. Attached as **Exhibit A** is a true and correct copy of the list of Mr. Floyd's Stored Wine with the Debtor, as of the last time Mr. Floyd accessed the Debtor's website.

4.      After the Petition Date, the Debtor's website was taken down, and Mr. Floyd was unable despite diligent effort to retrieve additional information regarding his Store Wine. Therefore, the list of Mr. Floyd's stored wine may need updating via the Debtor's records.

5.      The Stored Wine is owned by Mr. Floyd and is not property of the estate, nor is it subject to any third-party lien.

6.      Due to competing bids received by the Trustee in response to the Motion, on October 13, 2023, the Trustee conducted an auction of the Debtors' assets. At the conclusion of the auction bidding, the Trustee determined that the offer submitted by TriplePoint Private Venture Credit Inc. ("TriplePoint") was the highest and best offer received.

7.      Because the proposed sale to TriplePoint compels Mr. Floyd (and similarly situated customers, including the Customer Group) to repurchase their respective Stored Wine at a discount in order to obtain possession (instead of the payment of costs contemplated by the sale of the Debtor's assets to Liquid Lotus), Mr. Floyd objects to the Motion and respectfully requests that it be denied in its entirety.

*[Remainder of Page Left Intentionally Blank]*

8. Mr. Floyd expressly reserves all of his rights in all respects, including, without limitation, his right to supplement this Joinder and to move for additional and further relief.

Dated: November 2, 2023

**SAUL EWING LLP**

*/s/ John D. Demmy*
John D. Demmy (DE Bar No. 2802)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
Telephone: (302) 421-6848
john.demmy@saul.com

-and-

Jorge Garcia
701 Brickell Avenue, 17th Floor
Miami, FL 33131
Telephone: (305) 428-4525
jorge.garcia@saul.com

*Attorneys for Robert Floyd*