**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| PHOENO WINE COMPANY, INC., *et al*[1] | ) | Case No. 23-10554 (KBO) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF WITHDRAWAL**

**PLEASE TAKE NOTICE** that Don A. Beskrone, Trustee, hereby withdraws the *Motion for Order Authorizing the Trustee's Abandonment of Personal Property of the Debtors' Estates Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007* [D.I. 276], filed on October 16, 2023.

Dated: November 15, 2023
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Gregory A. Taylor*
Gregory A. Taylor (DE Bar No. 4008)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: GTaylor@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7 Trustee to Phoeno Wine Company, Inc., et al*

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).