IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Phoeno Wine Company, Inc., *et al*[1]<br><br>Debtor. | Chapter 7<br><br>Case No. 23-10554 (KBO)<br><br>(Jointly Administered) |

**TRUSTEE'S REPORT REGARDING SALE OF ESTATE PROPERTY**

Don A. Beskrone, Chapter 7 Trustee in the above-captioned case, files this Report pursuant to Bankruptcy Rule 6004(f) setting forth the results of the sale of certain assets pursuant to the *Motion for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Purchaser to Fulfill Existing Customer Orders, (C) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Authorizing the Trustee to Serve Notice of this Motion on Customers by Email, and (E) Granting Related Relief* [D.I. 183] (the "Sale Motion"), filed on September 12, 2023.

1.  On November 13, 2023, the Court entered the *Order Granting Motion of Don A. Beskrone, Chapter 7 Trustee, for an Order (A) Authorizing the Private Sale of Certain Assets Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* [Docket No. 312] (the "Sale Order").

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01964501;v1 }

2.        On November 14, 2023, the sale closed consistent with the terms approved by the Sale Order.

| | |
|---|---|
| Dated:  December 4, 2023 | /s/ *Don A. Beskrone*  <br>Don A. Beskrone, Esquire (#4380)<br>Chapter 7 Panel Trustee<br>P. O. Box 272<br>Wilmington, DE  19899<br>Telephone: (302) 654-1888<br>Email: dbeskronetrustee@gmail.com |