IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| Phoeno Wine Company, Inc., *et al*[1] | Case No. 23-10554 (KBO) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING STIPULATION WITH RESPECT TO THE TURNOVER OF FUNDS HELD BY SILICON VALLEY BANK TO THE CHAPTER 7 TRUSTEE**

This matter coming before the Court upon the *Stipulation with Respect to the Turnover of Funds Held by Silicon Valley Bank to the Chapter 7 Trustee* (the "Stipulation"), and the Court having review the Stipulation,

IT IS HEREBY ORDERED that:

1. The Stipulation attached hereto as **Exhibit 1** is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief provided in the Stipulation and granted pursuant to this Order.

3. The 14-day stay periods under Bankruptcy Rules 4001(a) and 6004(h), to the extent applicable, are hereby waived.

4. The Court shall retain sole and exclusive jurisdiction to enforce the provisions of this Order and the Stipulation.

Dated: March 15th, 2024
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers, are: Phoeno Wine Company, Inc. (5273) and Underground Enterprises, Inc. d/b/a Underground Cellar (7930).

{01979393;v3 }